UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NINETY-FIVE MADISON COMPANY, L.P.

Debtor.

Chapter 11

Case No.

## CORPORATE OWNERSHIP STATEMENT

RITA SKLAR, hereby certifies the following to be true subject to penalties of perjury:

1. I am the Managing Member of RAS Property Management LLC, the General Partner of the above-captioned Debtor, Ninety-Five Madison Company, LP (the "Debtor").

2. The Debtor is not a publicly held corporation or other publicly held entity.

3. The Debtor is a New York Limited Partnership.

4. None of the Debtor's equity is held by a publicly held corporation or other publicly held entity.

5. I submit this Statement based upon my personal knowledge and the books and records of the Debtor.

Dated: New York, New York
       March 22, 2021

NINETY-FIVE MADISON COMPANY, LP

By:  RAS Property Management LLC, General Partner

By: _Rita Sklar_
    Name: Rita Sklar
    Title: Managing Member

{11906634:1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NINETY-FIVE MADISON COMPANY, L.P.

Debtor.

Chapter 11

Case No.

## CORPORATE DISCLOSURE STATEMENT

The undersigned, being the Managing Member of RAS Property Management LLC, the General Partner of the Debtor, Ninety-Five Madison Company, LP hereby states that with the exception of theLois M. Weinstein Trusts, there are no entities that directly or indirectly own 10% or more of any class of debtor's equity interest.

Dated: New York, New York
       March 22, 2021

NINETY-FIVE MADISON COMPANY, LP

By:  RAS Property Management LLC, General Partner

By: _/s/ Rita Sklar_____
    Name: Rita Sklar
    Title: Managing Member

{11906631:1}