DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for Michael Sklar and Sharan Sklar*
605 Third Avenue
New York, New York 10158
212.557.7200 (tel)
jjg@dhclegal.com (email)
Joshua J. Goldstein, Esq.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | |
| NINETY-FIVE MADISON COMPANY, L.P. ) | Case No. 21-10529 (shl) |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that DAVIDOFF, HUTCHER & CITRON LLP hereby appears in this proceeding as attorneys for **MICHAEL SKLAR** and **SHARAN SKLAR**, the residuary beneficiaries of the Estate of Lois Weinstein, deceased, and, pursuant to §1109(b) of the Bankruptcy Code and Bankruptcy Rules 2002, 9007 and 9010, demands that all papers served or filed be given to and served upon the undersigned.

Dated:  New York, New York
         June 2, 2021

                                        DAVIDOFF HUTCHER & CITRON LLP

                                        By: /s/ Joshua J. Goldstein
                                              Joshua J. Goldstein, Esq.

                                        DAVIDOFF HUTCHER & CITRON LLP
                                        attn: Joshua J. Goldstein
                                        605 Third Avenue
                                        New York, New York 10158
                                        (212) 557-7200
                                        jjg@dhclegal.com
                                        *Attorneys for Michael Sklar and Sharan Sklar*

00924548