

Windels Marx Lane & Mittendorf, LLP

windelsmarx.com

Charles E. Simpson
212.237.1070
csimpson@windelsmarx.com

156 West 56th Street | New York, NY 10019
T. 212.237.1000 | F. 212.262.1215

June 11, 2021

**VIA ECF and EMAIL**
(shl.chambers@nysb.uscourts.gov)

Honorable Sean H. Lane
United States Bankruptcy Judge
United States Bankruptcy Court,
  Southern District of New York
One Bowling Green
New York, NY 10004-1408

    Re: **In re Ninety-Five Madison Company, L.P.**
       **Chapter 11 Case No. 21-10529-shl**

Dear Judge Lane:

  Please be advised that this Firm and the undersigned are counsel to the above-referenced Debtor and Debtor-in-Possession, Ninety-Five Madison Company, L.P. ("NFMC"), in its Chapter 11 case (the "Chapter 11 case") before Your Honor. This letter and the attached Exhibits are being submitted to Your Honor in response to Your Honor's directions stated during the June 3, 2021 hearing held by the Court with respect to the Motion by Vitra, Inc., a tenant and unsecured creditor of NFMC, for an Order Dismissing the Chapter 11 case or Converting the Chapter 11 case to a Chapter 7 case.

  Among other matters expressed by Your Honor was Your Honor's concerns with regard to the management of NFMC's operations going forward and the need for NFMC's general partner, RAS Property Management, LLC ("RAS") and its sole Member and Manager, Ms. Rita A. Sklar, to understand and take seriously the concerns expressed to Your Honor by certain creditors and parties-in-interest and the need for NFMC to obtain a Manager of the real property owned by NFMC at 95 Madison Avenue, New York, New York (the "Property") with independent judgment.

  In furtherance of Your Honor's directions, we have attached hereto the following documents which evidence NFMC's efforts and accomplishments with respect to Your Honor's concerns stated above:



**WINDELS MARX** | Windels Marx Lane & Mittendorf, LLP

Honorable Sean H. Lane
United States Bankruptcy Judge
June 11, 2021
Page 2

    A.    The "Amended and Restated Limited Partnership Agreement of Ninety-Five Madison Company, L.P.", executed by each of its General and Limited Partners, which provides for a restructured General Partner consisting of RAS, Michael Sklar Management L.L.C. and Sharan Sklar Management L.L.C., each of which will possess a 1% General Partner interest; and, at paragraph 4.03 provides for the assignment of duties with respect to the management of NFMC's operations to Michael Sklar and Sharan Sklar and a to-be-selected management agent for the Property;

    B.    The "Before" and "After" holdings by the respective parties of partnership interests in NFMC;

    C.    The "Assignment and Assumption of Interests" (Ninety-Five Madison Company, L.P.;

    D.    The SL Green Realty Corp.'s proposal for providing management and leasing services for the Property;

    E.    The "Proposal for Property Management Services" from Avison Young; and,

    F.    The "Proposal of Olmstead Properties" for the management and leasing of 95 Madison Avenue.

We believe that the above and the Exhibits attached hereto evidence that the concerns expressed by Your Honor are being addressed by NFMC and in a short period of time NFMC will be in a position to file its proposed Plan of Reorganization.

Respectfully,

Charles E. Simpson

CES:mvr
Enclosures

cc:  S. Jason Teele, Esq. (steele@sillscummis.com)
     Richard Morrissy (USTP) (Richard Morrissey@usdoj.gov)
     Victor Abriano (USTP) (Victor.Abriano@usdoj.gov)
     Joshua J. Goldstein, Esq. (jjg@dhclegal.com)
     Jeffrey A. Barr, Esq. (jeffreyabarr@gmail.com)

{11934095:1}