Hearing Date and Time: August 12, 2021 at 10:00 am
Objection Deadline: August 5, 2021 at 5:00 pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| In re: | |
| | Chapter 11 Case |
| NINETY-FIVE MADISON COMPANY, L.P., | |
| | No. 21-10529 (SHL) |
| Debtor. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF HEARING ON MOTION FOR AN ORDER PURSUANT TO**
**11 U.S.C. § 105(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019(a)**
**APPROVING A STIPULATION AND AGREEMENT OF COMPROMISE,**
**SETTLEMENT, AND RELEASE**

**PLEASE TAKE NOTICE**, that a hearing will be held on the motion (the "**Motion**")[1] of Ninety-Five Madison Company, L.P., debtor and debtor-in-possession (the "**Debtor**"), by its attorneys, Windels Marx Lane & Mittendorf, LLP, seeking entry of an order pursuant to 11 U.S.C. § 105(a) and Federal Rule of Bankruptcy Procedure 9019(a), for the entry of an Order approving a Stipulation and Agreement of Compromise, Settlement, and Release (the "**Stipulation**") between the Debtor and TellaS Ltd. ("**TellaS**") on August 12, 2021 at 10:00 am (the "**Hearing**") or as soon thereafter as counsel can be heard, before the Honorable Sean H. Lane, United States Bankruptcy Judge.

**PLEASE TAKE FURTHER NOTICE** that the Motion and any accompanying papers have been filed electronically with the Clerk of the United States Bankruptcy Court for the Southern District of New York (the "Court") and may be reviewed by all registered users of the

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

{11944484:1}

Court's website at: http://www.nysb.uscourts.gov.  Copies of the Court's docket including the Motion may also be viewed at no cost at http://www.kccllc.net/helios;

**PLEASE TAKE FURTHER NOTICE** that responses and objections, if any, to the Debtor's Motion must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and be electronically filed in accordance with the General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at the Court's Website), and shall be filed with the Court (with a courtesy copy delivered to the Chambers of Bankruptcy Judge Sean H. Lane) and served so as to be actually received not later than August 5, 2021 at 5:00 p.m., prevailing Eastern time (the "**Objection Deadline**"), on: (i) Windels Marx Lane & Mittendorf LLP, 156 West 56th Street, New York, New York, 10019, Attn: Charles E. Simpson, Esq.; (ii) Olshan, Attorneys for TellaS Ltd., 1325 Avenue of the Americas, New York, New York 10019, Attn. Adam Friedman, Esq.; and (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn: Richard Morrissey, Esq.;

**PLEASE TAKE FURTHER NOTICE**, that the Hearing will be conducted telephonically pursuant to General Order M-543 of the Bankruptcy Court, and Bankruptcy Judge Lane's Chambers Rules, which may be found on the Bankruptcy Court's website at www.nysb.uscourts.gov (the "**Court's Website**").  Parties wishing to participate in the Hearing telephonically must register with Court Solutions.  Information on how to register with Court Solutions can be found in General Order M-543.

{11944484:1}                                                        2

**PLEASE TAKE FURTHER NOTICE** that if an objection to the Motion is not received by the Objection Deadline, the relief requested shall be deemed unopposed, and the Bankruptcy Court may enter an order granting the relief sought without a hearing.

Dated: New York, New York
July 15, 2021

**WINDELS MARX LANE & MITTENDORF, LLP**
*Attorneys for the Debtor and Debtor-In-Possession*

By:    /s/ Charles E. Simpson
Charles E. Simpson (csimpson@windelsmarx.com)
A Member of the Firm

156 West 56th Street
New York, New York 10019
Tel. (212) 237-1000 / Fax. (212) 262-1215