# EXHIBIT B

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

NINETY-FIVE MADISON COMPANY, L.P.,

Debtor.

Chapter 11

Case No. 21-10529 (SHL)

## ORDER FOR RETENTION OF AVISON YOUNG-NEW YORK, LLC AS PROPERTY MANAGEMENT AGENT FOR THE DEBTOR *NUNC PRO TUNC* TO JULY 1, 2021

**UPON** the Application[1] of the above-named Debtor seeking authority to employ and appoint AVISON YOUNG-NEW YORK, LLC ("Avison Young") as Property Management Agent to the Debtor herein, *nunc pro tunc* to July 1, 2021; upon the Affidavit of Richard Hillgardner, Jr.; it appearing that Avison Young represents no interest adverse to the Debtor or to its estate in the matters upon which it is to be engaged; and, that its employment is supported by a good business reason and is in the best interests of the estate; it is

**ORDERED**, that the Application is granted *to the extent provided herein*; it is further

**ORDERED**, that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; it is further

**ORDERED**, that the Debtor be and it hereby is authorized to employ and appoint Avison Young, effective as of July 1, 2021, as Property Management Agent to (a) represent the Debtor as the Debtor's Property Management Agent in the above-captioned Chapter 11 case, in accordance with the terms of the Management Services Agreement, dated July 1, 2021 and pursuant to

---

[1] The Debtor respectfully withdraws any reference in the Application to the retention of Avison Young pursuant to Section 327(a) of the Bankruptcy Code.

{11941513:1}

Sections 363(b) of the Bankruptcy Code and on the terms and conditions in the Management Services Agreement and Affidavit effective as of July 1, 2021; it is further

**ORDERED**, that Avison Young shall receive compensation for its property management services rendered on a monthly basis in accordance with the Fee Schedule attached as Exhibit "C" to the Management Services Agreement approved herein.

Dated: July 6, 2021

> /s/ Sean H. Lane
> **HONORABLE SEAN H. LANE**
> **UNITED STATES BANKRUPTCY JUDGE**

NO OBJECTION

OFFICE OF THE UNITED STATES TRUSTEE
Region 2

By:   /s/ Richard C. Morrissey
      Richard Morrissey
      Trial Attorney
      July 2, 2021