**EXHIBIT E**



**LEE & LOW BOOKS**
ABOUT EVERYONE • FOR EVERYONE

95 MADISON AVENUE
NEW YORK, NY 10016

phone 212.779.4400
fax 212.683.1894

general@leeandlow.com

imprints
BEBOP BOOKS
CHILDREN'S BOOK PRESS
SHEN'S BOOKS
TU BOOKS

leeandlow.com
blog.leeandlow.com

   

June 17, 2021

Charles Simpson
Partner
Windels Marx
156 West 56th Street
New York, NY 10019

Dear Mr. Simpson:

I am writing at the request of our Building owner Rita Sklar at 95 Madison Avenue to provide the background of our commercial tenancy. We have been long time tenants of the building dating back to 1995 and have seen many changes over the years. Originally, we were on the 6th floor in small office space and then in 2004 we moved up to the 12th floor where we remain a tenant to this day. Currently we occupy Suite 1204-1207, and in December 2019 we signed an 11-year lease extension.

My father Thomas Low signed the original lease in 1995 and he and Ms. Sklar always had a good working relationship built on mutual respect. She was always warm and kind in their dealings and when he made inquiries and requests, she was always responsive.

Today our company is owned by myself and my brother Jason Low and we look forward to continuing our long-term tenancy at 95 Madison Avenue. With the city reopening after the pandemic shutdowns, we are eager to see regular activity and staffing resume at the building and having new management company in place to oversee the day-to-day activities. These are positive developments that Ms. Sklar is implementing as she plans to step away from management and many of her long-term staff retire. In addition, having the building fully staffed will be important to have in place as our staff members return to the office later this year.

I hope this background information is helpful and please do not hesitate to contact me should you need any additional information.

Best regards,

Craig Low
President