# EXHIBIT F

# M&T Bank

One M&T Plaza, Buffalo, NY 14203-2399
Corporate Services

June 23, 2021

VIA ELECTRONIC MAIL (csimpson@windelsmarx.com)

Windels Marx
156 West 56th Street
New York, NY 10019
Attn: Charles E. Simpson, Partner

RE: Ninety-Five Madison Company, L.P./Ms. Rita A. Sklar
    Emmet Building
    95 Madison Avenue
    New York, New York

Dear Mr. Simpson:

I've worked in the corporate real estate industry for over 25 years. Currently, I am a Regional Real Estate Manager for M&T Bank. I've been in that capacity for over 8 years. As such, I manage the Bank's owned and leased real property portfolios in New Jersey and in parts of New York and Connecticut.

In my current position, I've had the pleasure of interacting with Ms. Rita Sklar regularly on a professional level throughout the past 8 years. As you aware, Rita is the principal representing the landlord entity that leases space to M&T Bank on the ground floor of the Emmet Building at 95 Madison Avenue in Manhattan.

I have found Rita Sklar to be professional, diligent, responsive and of high character. Rita has always been very attentive and ready, willing and able to deal with any lease or property management issues that have arisen. I think it's important to note that Rita has always been available to deal with a myriad of COVID-19 issues. In that vein, she continued to treat the Bank very fairly notwithstanding the trying times we all experienced.

As landlord-tenant relationships go, my experience with Ms. Rita Sklar is near the top. The professional rapport we have established enable us to equitably address any issues presented without conflict, contention or legal action.

Sincerely,

James M. Roll
Vice President
716-359-3620