# Sills Cummis & Gross
A Professional Corporation

**101 Park Avenue, 28th Floor**
**New York, New York 10178**
**Tel: (212) 643-7000**

S. Jason Teele
Member
Direct Dial: 973-643-4779
Email: steele@sillscummis.com

The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-7000

July 27, 2021

**VIA ECF**

The Honorable Judge Sean H. Lane
United States Bankruptcy Judge
One Bowling Green
New York, New York 10004-1408

**Re:   In re Ninety-Five Madison Company LP, Case No. 21-10529 (SHL)**

Dear Judge Lane:

  We write on behalf of Vitra, Inc. ("**Vitra**"), a creditor in the above-referenced chapter 11 case in response to the Debtor's submission from yesterday [Docket No. 54] (the "**Supplemental Declaration**").

  Each of the exhibits attached to the Supplemental Declaration constitutes inadmissible hearsay under Federal Rule of Evidence 802. Vitra objects to the admission of the exhibits on that basis.

  Vitra respectfully requests that the Court either strike the exhibits from the record or decline to ascribe them any evidentiary weight. To the extent that the Debtor intends to rely on the exhibits during today's hearing, or to introduce them into evidence, Vitra intends to object at the hearing.

  Finally, Vitra objects to the Supplemental Declaration in its entirety because the Court afforded the Debtor an opportunity to reply to any supplemental submission made by Vitra last Friday, July 23, 2021. Vitra elected not to make a further submission. Therefore the Supplemental Declaration is an inappropriate response to nothing.

Very truly yours,

S. Jason Teele

cc:   Charles E. Simpson, Esq. (via CM/ECF)

8204348 v1