# GLENN AGRE BERGMAN & FUENTES

Andrew K. Glenn
aglenn@glennagre.com
55 Hudson Yards, 20th Floor
New York, NY 10001
212.358.5600

September 24, 2021

**Via ECF**
The Honorable Sean H. Lane
United States Bankruptcy Judge
One Bowling Green
New York 10004-1408

Re:   *In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (SHL)*

Dear Judge Lane:

We are proposed counsel for the debtor and debtor in possession (the "Debtor") in the above-referenced Chapter 11 case.

We respectfully request a two-day adjournment, subject to the Court's availability, of the status conference currently scheduled for September 27, 2021 at 11:00 a.m., to allow the Debtor to continue its discussions with Vitra, Inc. ("Vitra") concerning a consensual scheduling order, as discussed with the Court at the last hearing. Vitra has consented to and supports this request. If the Court is unavailable on September 29, 2021, we respectfully request that the status conference be scheduled for later in the week.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Andrew K. Glenn*

Andrew K. Glenn

cc:   All Counsel of Record (via ECF)
      S. Jason Teele, Esq.
      Gregory A. Kopacz, Esq.

**Glenn Agre Bergman & Fuentes LLP**
New York
San Francisco
glennagre.com