**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 Proceeding |
| NINETY-FIVE MADISON COMPANY, L.P., | Case No. 21-10529 (SHL) |
| Debtor. | **Re: Docket No. 15** |

**ORDER DENYING, WITHOUT PREJUDICE, THE MOTION OF VITRA, INC.
TO DISMISS THE DEBTOR'S BANKRUPTCY CASE OR, IN THE ALTERNATIVE,
TO CONVERT THE DEBTOR'S CASE TO A CASE UNDER CHAPTER 7
OF THE BANKRUPTCY CODE, AND FOR RELATED RELIEF**

Upon the *Motion of Vitra, Inc. to Dismiss the Debtor's Bankruptcy Case or, in the Alternative, to Convert the Debtor's Case to a Case Under Chapter 7 of the Bankruptcy Code, and for Related Relief* [Docket No. 15] (the "**Motion**"), it is

**FOUND AND DETERMINED THAT:**

A. The Court has jurisdiction over the matters raised in the Motion pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the Southern District of New York*, dated January 31, 2012.

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and this Court has power to enter a final order consistent with Article III of the United States Constitution.

C. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

D. Proper and adequate notice of the Motion has been given and no other or further notice is necessary.

E. The Court conducted numerous hearings and status conferences in connection with the Motion, including a hearing held on September 21, 2021.

**NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:**

1. For the reasons stated on the record during the September 21, 2021 hearing, the Motion is denied, without prejudice.

8324515

-2-

2. This Court retains exclusive jurisdiction to hear and determine any dispute arising under this Order.

Dated: New York, New York
September 29, 2021

*/s/ Sean H. Lane*
Honorable Sean H. Lane
United States Bankruptcy Judge