**Fill in this information to identify the case and this filing:**

Debtor Name: NINETY-FIVE MADISON COMPANY, LP

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known): 21-10529-shl

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 11/08/2021         ✗ /s/ Michael Sklar
MM / DD / YYYY                   Signature of individual signing on behalf of debtor

                                 Michael Sklar
                                 Printed name

                                 General Partner
                                 Position or relationship to debtor

---

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor: NINETY-FIVE MADISON COMPANY, LP

United States Bankruptcy Court for the: Southern District of NY (State)

Case number (If known): 21-10529-shl

☒ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>NYC Department of Finance<br>P.O. Box 680<br>Newark, N.J. 07101-0680<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 ) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>Real Estate Taxes<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $ 1,292,470.00 | $ 1,292,470.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |
| **2.3** | **Priority creditor's name and mailing address**<br>_____<br>_____<br>_____<br><br>**Date or dates debt was incurred**<br>_____<br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | $_____ | $_____ |

Debtor NINETY-FIVE MADISON COMPANY, LP
Name

Case number (if known) 21-10529-shl

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Vitra, Inc.
7528 Walker Way
Allentown, PA 18106

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Arbitration Award

Date or dates debt was incurred: 2017, 2018
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 1,855,880.00

**3.2 Nonpriority creditor's name and mailing address**
Verrill Dana LLP
355 Riverside Avenue
Westport, Connecticut 06880

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Legal Services

Date or dates debt was incurred: 2017-2021
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 875,000.00

**3.3 Nonpriority creditor's name and mailing address**
Danielle C. Lesser, Esq.
909 Third Avenue
New York, NY 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Receiver's Award

Date or dates debt was incurred: 2017-2020
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 204,140.00

**3.4 Nonpriority creditor's name and mailing address**
Rosenberg Feldman Smith LLP
520 White Plains Rd., Ste. 500
Tarrytown, NY 10591

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Legal Services

Date or dates debt was incurred: 2017-2018
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☒ Yes

$ 189,328.86

**3.5 Nonpriority creditor's name and mailing address**
Harty Built, LLC
300 Park Ave., 13th Floor
New York, New York 10022

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Construction Services

Date or dates debt was incurred: 2018
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 26,644.50

**3.6 Nonpriority creditor's name and mailing address**
Agir Electrical, Ltd.
61 Plainfield Road
Albertson, NY 11507

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Electrical Services

Date or dates debt was incurred: 2017
Last 4 digits of account number: ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 11,494.49

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 5

Debtor __NINETY-FIVE MADISON COMPANY, L.P.__   Case number (if known) __21-10529-shl__
      Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3._7_
**Nonpriority creditor's name and mailing address**
Ms. Rita Sklar
3 East 83rd Street
New York, New York 10028

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Fees incurred on behalf of the Debtor, services rendered to the Debtor and funds advanced to the Debtor.

**Date or dates debt was incurred** 2019-2020
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?** While the claim is undisputed, the claim may include unliquidated amounts and is subject to offsets and
☐ No
☐ Yes

$ 355,034.83

### 3._8_
**Nonpriority creditor's name and mailing address**
Estate of Lois Weinstein
c/o J. Barr, 225 Broadway, Ste. 3110
New York, New York 10007

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Partnership Share

**Date or dates debt was incurred** 10/23/20
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☒ Yes

$ 4,500,000.00

### 3._9_
**Nonpriority creditor's name and mailing address**
Everest Scaffolding, Inc.
1150 Longwood Avenue
Bronx, New York 10474

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Debt

**Date or dates debt was incurred**
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14,861.42

### 3._10_
**Nonpriority creditor's name and mailing address**
First Insurance Funding Corporation
450 Skokie Blvd., Ste. 1000
Northbrook, Illinois 60062-7917

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance Funding

**Date or dates debt was incurred** 2020
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24,315.68

### 3._11_
**Nonpriority creditor's name and mailing address**
TEI Group
30-30 47th Ave., St. 610
Long Island City, N.Y. 11101

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Repairs

**Date or dates debt was incurred** 2020
**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20,336.25

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page _3_ of _5_

Debtor  NINETY-FIVE MADISON COMPANY, L.P.            Case number (if known) 21-10529-shl
        Name

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

### 3.12  Nonpriority creditor's name and mailing address

Sklar Equities, Inc.

95 Madison Ave., Ste 1201

New York, New York 10016

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☒ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Fees incurred on behalf of the Debtor, services rendered to the Debtor and funds advanced to the Debtor.

$ 355,034.83

**Date or dates debt was incurred**  2019-2020

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☒ Yes

---

### 3.___  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

### 3.___  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

### 3.___  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

---

### 3.11  Nonpriority creditor's name and mailing address

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

$ _____

**Date or dates debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

Debtor ___NINETY-FIVE MADISON COMPANY, LP_____  Case number *(if known)*__21-10529-shl___
       Name

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 1,292,470.00 |
| 5b. **Total claims from Part 2** | 5b. + | $ 8,432,070.86 |
| 5c. **Total of Parts 1 and 2**  Lines 5a + 5b = 5c. | 5c. | $ 9,724,540.86 |

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page _5_ of _5_