Andrew K. Glenn
Shai Schmidt
Rich Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
55 Hudson Yards
20th Floor
New York, New York 10001
Telephone: (212) 358-5600

*Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 21-10529 (SHL) |
| NINETY-FIVE MADISON COMPANY, L.P., | ) |
| | ) |
| Debtor. | ) |
| | ) |

**NOTICE OF CANCELLATION OF HEARING ON DEBTOR'S**
**MOTION FOR AUTHORITY TO ENTER INTO INSURANCE PREMIUM**
**FINANCE AGREEMENT AND TO PROVIDE ADEQUATE PROTECTION**

**PLEASE TAKE NOTICE** that on October 15, 2021, Ninety-Five Madison Company,

L.P., the debtor and debtor-in-possession in this Chapter 11 case, filed the *Motion of Debtor for*

*Authority to Enter Into Insurance Premium Finance Agreement and to Provide Adequate*

*Protection* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion were

required to be filed and served by November 2, 2021 2021 at 10:00 a.m. (E.T.). (the "Objection

Deadline").

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") to consider the

Motion before the Honorable Sean H. Lane, United States Bankruptcy Judge for the Southern

District of New York (the "Court"), was scheduled to be held on November 9, 2021 at 10:00 a.m.

(E.T.).

      **PLEASE TAKE FURTHER NOTICE** that the Objection Deadline has passed, and no

objection with respect to the Motion has been filed with the Court or served on the relevant parties.

Accordingly, the Hearing is no longer necessary and, with the Court's permission, the Hearing has

been cancelled.

Dated:  November 8, 2021        By:  /s/ *Andrew K. Glenn*
       New York, New York      Andrew K. Glenn
                            Shai Schmidt
                            Rich Ramirez
                            Naznen Rahman
                            **GLENN AGRE BERGMAN & FUENTES LLP**
                            55 Hudson Yards
                            20th Floor
                            New York, New York 10001
                            Telephone: (212) 358-5600
                            E-mail: aglenn@glennagre.com
                                        sschmidt@glennagre.com
                                        rramirez@glennagre.com
                                        nrahman@glennagre.com

                            *Counsel to the Debtor*