Andrew K. Glenn  
Shai Schmidt  
Richard C. Ramirez  
Naznen Rahman  
**GLENN AGRE BERGMAN & FUENTES LLP**  
1185 Avenue of the Americas  
22nd Floor  
New York, New York 10036  
Telephone: (212) 970-1600  

*Counsel to Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Debtor. | ) Chapter 11<br>)<br>) Case No. 21-10529 (DSJ)<br>)<br>)<br>)<br>) |

### NOTICE OF (I) ENTRY OF ORDER APPROVING AND CONFIRMING DEBTOR'S AMENDED COMBINED CHAPTER 11 PLAN OF REORGANIZATION AND (II) OCCURRENCE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on December 21, 2023, the United States Bankruptcy Court for the Southern District of New York (the "Court") entered the *Order Approving and Confirming Debtor's Amended Combined Chapter 11 Plan of Reorganization* [Docket No. 300] (the "Confirmation Order"), which confirmed the *Combined Chapter 11 Plan and Disclosure Statement of Debtor Ninety-Five Madison Company, L.P.* [Docket No. 274] (with all supplements and exhibits thereto, as it has been and may be amended, altered, modified, revised, or supplemented from time to time, the "Plan").[1]

**PLEASE TAKE FURTHER NOTICE** that, on **February 14, 2024,** the Effective Date of the Plan occurred. All conditions precedent to the Effective Date set forth in Article IX.A of the Plan have been satisfied or waived in accordance with the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Article II.C of the Plan, all final requests for payment of Professional Fee Claims shall be filed and served no later than **March 15, 2024** (*i.e.,* thirty (30) days after the Effective Date).

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to such terms in the Plan and the Confirmation Order.

**PLEASE TAKE FURTHER NOTICE** that the terms of the Plan and the Confirmation Order are immediately effective (and/or adopted, where applicable) and enforceable and deemed binding upon the Debtor, the Reorganized Debtor, and any and all Holders of Claims or Interests and such Holder's respective successors and assigns.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and the Plan may be viewed by all registered users of the Court's website at http://www.nysb.uscourts.gov.

| | |
|---|---|
| Dated: February 20, 2024<br>New York, New York | By: */s/ Andrew K. Glenn*<br>Andrew K. Glenn<br>Shai Schmidt<br>Richard C. Ramirez<br>Naznen Rahman<br>**GLENN AGRE BERGMAN & FUENTES LLP**<br>1185 Avenue of the Americas<br>22nd Floor<br>New York, New York 10036<br>Telephone: (212) 970-1600<br>Email: aglenn@glennagre.com<br>        sschmidt@glennagre.com<br>        rramirez@glennagre.com<br>        nrahman@glennagre.com<br><br>*Counsel to Debtor* |