# EXHIBIT C

# INVOICE



March 7, 2024

Ninety-Five Madison Company, L.P.
95 Madison Avenue
New York, NY 10016

| **DESCRIPTION** | |
|---|---|
| **Advisor:** | Branton Realty Services LLC<br>Attn: Woody Heller<br>1080 Fifth Avenue<br>New York, NY 10128<br>Telephone: 917.612.1230 |
| **Tax I.D.** | #87-1732177 |
| **Client:** | Ninety-Five Madison Company, L.P. |
| **Invoice:** | 95 Mad 03 |
| **Property** | 95 Madison Avenue, New York, NY 10016 |
| **Expense Reimbursement:** | RCM Deal Room Website Renewals |
| $1,200 x 2 | $2,400 |
| **Total Amount Due:** | **$2,400** |

| **WIRING INSTRUCTIONS** | |
|---|---|
| **Currency:** | USD – U.S. Dollar |
| **Bank Name:** | Chase Bank |
| **ABA/SWIFT:** | 021000021 / CHASUS33 |
| **Bank Address:** | 270 Park Avenue, New York, NY 10017 |
| **Account Name:** | Branton Realty Services LLC |
| **Account Number:** | 778757556 |

Joshua Stein PLLC
Please remit to:
PO Box 8000
New York, NY 10150-2411



# Statement

Branton Realty Services LLC
1080 Fifth Avenue, 2B
New York, NY 10128
Email: wheller@brantonrealty.com

July 31, 2023

**TIN: 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**
**DUNS: 035501304**

| | |
|---|---:|
| For legal services rendered in June and July 2023 relating to negotiation of engagement agreement with Berdon LLP for tax analysis at 95 Madison Avenue. | $3000.00 |
| All photocopies, messenger runs, word processing, meals, secretarial time, scanning, postage, FedEx charges, telephone calls and other disbursements in the period this statement covers. | $0.00 |
| **TOTAL DUE** | $3000.00 |

*For Wire Transfers or ACH, Please Use This Address:*

| | |
|---|---|
| **Bank:** | City National Bank |
| **Bank Address:** | 400 Park Avenue, Suite 2010, NY, NY 10022 |
| **ABA No.** | 026-013-958 |
| **Account No.** | 665188604 |
| **Account Name:** | Joshua Stein PLLC Operating Account |
| **Reference:** | 536-05 |

| Form **W-9** | **Request for Taxpayer** | Give Form to the |
|---|---|---|
| (Rev. October 2018) | **Identification Number and Certification** | requester. Do not send to the IRS. |
| Department of the Treasury Internal Revenue Service | ▶ Go to *www.irs.gov/FormW9* for instructions and the latest information. | |

**1** Name (as shown on your income tax return). Name is required on this line; do not leave this line blank.

Joshua Stein PLLC

**2** Business name/disregarded entity name, if different from above

**3** Check appropriate box for federal tax classification of the person whose name is entered on line 1. Check only **one** of the following seven boxes.

- [✓] Individual/sole proprietor or single-member LLC
- [ ] C Corporation
- [ ] S Corporation
- [ ] Partnership
- [ ] Trust/estate

- [ ] Limited liability company. Enter the tax classification (C=C corporation, S=S corporation, P=Partnership) ▶ _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is **not** disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (see instructions) ▶

**4** Exemptions (codes apply only to certain entities, not individuals; see instructions on page 3):

Exempt payee code (if any) _____

Exemption from FATCA reporting code (if any) _____

*(Applies to accounts maintained outside the U.S.)*

**5** Address (number, street, and apt. or suite no.) See instructions.

Box 8000

**6** City, state, and ZIP code

New York, NY 10150-2411

Requester's name and address (optional)

**7** List account number(s) here (optional)

---

### Part I   Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. The TIN provided must match the name given on line 1 to avoid backup withholding. For individuals, this is generally your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the instructions for Part I, later. For other entities, it is your employer identification number (EIN). If you do not have a number, see *How to get a TIN*, later.

**Note:** If the account is in more than one name, see the instructions for line 1. Also see *What Name and Number To Give the Requester* for guidelines on whose number to enter.

**Social security number**

5 6 2 – 0 4 – 0 3 7 1

or

**Employer identification number**

---

### Part II   Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (defined below); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the certification, but you must provide your correct TIN. See the instructions for Part II, later.

**Sign Here**   Signature of U.S. person ▶ *Joshua Stein*   Date ▶ 12/14/23

---

## General Instructions

Section references are to the Internal Revenue Code unless otherwise noted.

**Future developments.** For the latest information about developments related to Form W-9 and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/FormW9*.

## Purpose of Form

An individual or entity (Form W-9 requester) who is required to file an information return with the IRS must obtain your correct taxpayer identification number (TIN) which may be your social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN), to report on an information return the amount paid to you, or other amount reportable on an information return. Examples of information returns include, but are not limited to, the following.

- Form 1099-INT (interest earned or paid)
- Form 1099-DIV (dividends, including those from stocks or mutual funds)
- Form 1099-MISC (various types of income, prizes, awards, or gross proceeds)
- Form 1099-B (stock or mutual fund sales and certain other transactions by brokers)
- Form 1099-S (proceeds from real estate transactions)
- Form 1099-K (merchant card and third party network transactions)
- Form 1098 (home mortgage interest), 1098-E (student loan interest), 1098-T (tuition)
- Form 1099-C (canceled debt)
- Form 1099-A (acquisition or abandonment of secured property)

Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN.

*If you do not return Form W-9 to the requester with a TIN, you might be subject to backup withholding. See What is backup withholding, later.*

Cat. No. 10231X   Form **W-9** (Rev. 10-2018)