Joshua Stein
**JOSHUA STEIN PLLC**
110 West 57th Street, Fourth Floor
New York, NY  10019
Telephone: (212) 688-3300
Email: joshua@joshuastein.com

Schuyler G. Carroll
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, New York  10036
Telephone: (212) 790-4521
Email: scarroll@manatt.com

*Counsel to Branton Realty Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINETY-FIVE MADISON COMPANY, L.P., | Case No. 21-10529 (DSJ) |
| Debtor. | |

**NOTICE OF HEARING TO CONSIDER FINAL FEE APPLICATION OF BRANTON REALTY SERVICES LLC FOR (i) PAYMENT OF REAL ESTATE BROKER AND SALES AGENT COMMISSIONS, (ii) REIMBURSEMENT OF EXPENSES, AND (iii) RELATED RELIEF**

**PLEASE TAKE NOTICE** that on June 4, 2024, the undersigned filed the *Final Fee Application of Branton Realty Services LLC For (i) Payment of Real Estate Broker and Sales Agent Commissions, (ii) Reimbursement of Expenses, And (iii) Related Relief* (the "Fee Application") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Application seeks approval and allowance of a commission in the amount of $950,000 and expenses in the amount of $5,400.

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Hearing") on the Fee

Application is scheduled to be held before the Honorable David S. Jones, United States Bankruptcy Judge, on **July 2, 2024, at 10:00 a.m. (EST)**.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "Objections") to the Fee Application shall (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, (iii) be filed with the Clerk of the Court, and (iv) be served so as to be actually received by Joshua Stein PLLC, 110 West 57th Street, Fourth Floor, New York, NY 10019 (Attn: Joshua Stein, Esq.), joshua@joshuastein.com and Manatt, Phelps & Phillips, LLP**,** 7 Times Square**,** New York, New York 10036 (Attn: Schuyler G. Carroll, Esq.) scarroll@manatt.com, no later than **June 25, 2024, at 4:00 p.m. (EST)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that objecting parties are required to attend the Hearing, and failure to appear may result in relief being granted upon default, provided that objecting parties shall attend the Hearing remotely as provided in Judge Jones' rules.

**PLEASE TAKE FURTHER NOTICE** that if no Objections are timely filed and served, the Court may grant the Fee Application without further notice or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that upon allowance by the Court, the Debtor shall be authorized and directed to promptly pay Branton Realty Services LLC all allowed requested fees and expenses.

PLEASE TAKE FURTHER NOTICE that copies of the Fee Application may be obtained by contacting the undersigned or from the Court's website, https://ecf.nysb.uscourts.gov, with a PACER account.

Dated: June 4, 2024
       New York, New York

*[signature: Joshua Stein]*

_____
Joshua Stein
**JOSHUA STEIN PLLC**
110 West 57th Street, Fourth Floor
New York, NY 10019
Telephone: (212) 688-3300
Email: joshua@joshuastein.com

Schuyler G. Carroll
**MANATT, PHELPS & PHILLIPS, LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 790-4521
Email: scarroll@manatt.com

*Counsel to Branton Realty Services LLC*