# EXHIBIT 1

| | |
|---|---|
| **From:** | Rich Ramirez |
| **To:** | Carroll, Schuyler |
| **Cc:** | Andrew K. Glenn |
| **Subject:** | RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS |
| **Date:** | Thursday, June 27, 2024 11:29:29 AM |
| **Attachments:** | image001.jpg |
| | image002.png |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

I am in Court tomorrow morning through tomorrow afternoon. We can send you our requests Monday; we don't expect to have many.

Please copy us on the email to Chambers requesting that the hearing be adjourned.

--

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Thursday, June 27, 2024 11:04 AM
**To:** Rich Ramirez <rramirez@glennagre.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Since we have not received it yet, we have no idea what will be requested.

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

manatt.com

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Thursday, June 27, 2024 10:58:57 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Schuyler, what do you mean by "subject to review of your document request"?

--

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Thursday, June 27, 2024 10:50 AM
**To:** Rich Ramirez <rramirez@glennagre.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

That is acceptable subject to review of your document request and receipt of your document request by no later than us before noon tomorrow.

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally

privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Thursday, June 27, 2024 9:14 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Schuyler, are we good on this schedule? I ask because the extension to object to the fee app for the US Trustee and the Reorganized Debtor runs through today. We should give Mark a heads up that we have an agreed schedule and are adjourning the hearing.

Thanks,

--

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

**From:** Rich Ramirez
**Sent:** Wednesday, June 26, 2024 1:35 PM
**To:** Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

Thanks, Schuyler. We can agree to this schedule, with the one addition below in red. We anticipate sending our discovery requests over the next couple of days.

- July 12 - Debtor's deadline to produce documents
- July 19 – Branton's deadline to produce documents
- August 9 - Discovery concludes
- August 27 - Debtor's objection due
- September 10 – Branton reply due
- September 16 – Hearing – subject to the court availability

If this is agreeable, will you please send us a proposed scheduling stip?

--

**Rich Ramirez**

W: 212.970.1624
[rramirez@glennagre.com](mailto:rramirez@glennagre.com)



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Sent:** Wednesday, June 26, 2024 11:12 AM
**To:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>
**Cc:** Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

> **[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

We are prepared to agree to near the same schedule you proposed, but cannot do the same dates due to conflicts.  Our agreement, however, is conditioned on a deadline for the debtor to produce documents. This deadline still gives you more than two weeks, so it really should not be a problem.

July 12 - Debtor's deadline to produce documents
August 9 - Discovery concludes
August 27 - Debtor's objection due
September 10 – Branton reply due
September 16 – Hearing – subject to the court availability

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>
**Sent:** Wednesday, June 26, 2024 9:55 AM
**To:** Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Cc:** Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>

**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Schuyler, when can we expect a response from you on our scheduling proposal below?

Thanks,

--

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

**From:** Rich Ramirez
**Sent:** Monday, June 24, 2024 11:31 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

Schuyler,

We've discussed your proposed schedule with our clients. Please see below for our revised dates. Due to scheduling conflicts on our end between now and the week of August 5, in addition to the need to accommodate third-party discovery and summer vacations, we do not believe a full evidentiary hearing is possible in your proposed time frame. Our goal is to give us more flexibility.

If these dates are acceptable, will you please circulate a scheduling motion and proposed order reflecting the same? We request that the order provide that, in addition to the proposed dates below, the discovery rules applicable to adversary proceedings will apply to this contested matter.

| September 6 | Discovery Concludes |
|---|---|
| September 13 | Objections Due |
| September 20 | Branton Reply Due |
| September 26 (subject to the Court's availability) | Hearing |

--
**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Saturday, June 22, 2024 12:03 PM
**To:** Carroll, Schuyler <SCarroll@manatt.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

Schuyler, we're still discussing with our client and hope to have an answer back to you over the weekend or early next week.

Thanks,

—

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com

**Glenn Agre Bergman & Fuentes LLP**
1185 Avenue of the Americas, 22nd Floor
New York, NY 10036

---

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Friday, June 21, 2024 3:25:51 PM
**To:** Rich Ramirez <rramirez@glennagre.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

> **[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Please let me know if the schedule I proposed is acceptable and your response to what else you want.  Thank you.

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Thursday, June 20, 2024 3:14 PM
**To:** Carroll, Schuyler <SCarroll@manatt.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

Thanks Schuyler, we're discussing with the client and will be back in touch shortly. In the meantime, we should inform the US Trustee that the hearing will be postponed as a courtesy given the noticed objection deadline. Let me know if you would prefer to send that email with us copied.

Also, not sure what you mean by "what you want besides discovery." What are you referring to?

Rich

--
**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Thursday, June 20, 2024 10:50 AM
**To:** Rich Ramirez <rramirez@glennagre.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

July 19 - Discovery concludes
July 26 - Debtor's objection due
August 2 – Branton reply due
August 8 – Hearing – the court previously told me this date is available

We still need to hear from you as to what you want besides discovery.

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Thursday, June 20, 2024 10:16 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Schuyler, following up on the proposed schedule. Your RFPs set a deadline of noon today; please confirm that all discovery and objection deadlines are at a standstill pending hammering out the new schedule.

Thanks,

--
**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Wednesday, June 19, 2024 10:26 AM
**To:** Rich Ramirez <rramirez@glennagre.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I should be able to get back to you later today, if not certainly tomorrow. How about you?

**Schuyler Carroll**

Partner

**Manatt, Phelps & Phillips,** LLP

7 Times Square

New York, NY 10036

**D** (212) 790-4521 **M** (917) 302-6464

SCarroll@manatt.com

**manatt.com**

---

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Wednesday, June 19, 2024 10:24:20 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Schuyler, thanks for the call yesterday. Please let us know when we may expect your scheduling proposal. The US Trustee has asked that the Reorganized Debtor keep him in the loop on this fee application; we should let him know ASAP that the July 2 hearing will be continued to a later date.

Thanks,

--
**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Rich Ramirez
**Sent:** Tuesday, June 18, 2024 8:21 AM
**To:** Carroll, Schuyler <SCarroll@manatt.com>; Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

Thanks. I just circulated a Zoom for 3:30pm.

--
**Rich Ramirez**
W: 212.970.1624

[rramirez@glennagre.com](mailto:rramirez@glennagre.com)



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Sent:** Tuesday, June 18, 2024 8:03 AM
**To:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>; Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

> **[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

I am free from 1-4

**Schuyler Carroll**

Partner

**Manatt, Phelps & Phillips,** LLP

7 Times Square
New York, NY 10036

**D** (212) 790-4521 **M** (917) 302-6464

[SCarroll@manatt.com](mailto:SCarroll@manatt.com)

**manatt.com**

---

**From:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>
**Sent:** Monday, June 17, 2024 7:42:46 PM
**To:** Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>; Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

---

Schuyler, what time windows work for you to connect tomorrow?

Thanks,

--
**Rich Ramirez**
W: 212.970.1624

[rramirez@glennagre.com](mailto:rramirez@glennagre.com)



1185 Avenue of the Americas
New York, NY 10036

---

**From:** Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>
**Sent:** Monday, June 17, 2024 11:31 AM
**To:** Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Cc:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

I'm free for the next hour, then after 4:30.

Andrew K. Glenn
Managing Partner
[aglenn@glennagre.com](mailto:aglenn@glennagre.com)
W: (212) 970-1601
M: (908) 581-3659

1185 Avenue of the Americas
New York, NY 10036

---

**From:** Carroll, Schuyler <[SCarroll@manatt.com](mailto:SCarroll@manatt.com)>
**Sent:** Monday, June 17, 2024 9:54 AM
**To:** Andrew K. Glenn <[aglenn@glennagre.com](mailto:aglenn@glennagre.com)>
**Cc:** Rich Ramirez <[rramirez@glennagre.com](mailto:rramirez@glennagre.com)>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Just called you. When are you available today?

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
[SCarroll@manatt.com](mailto:SCarroll@manatt.com)

**From:** Andrew K. Glenn <aglenn@glennagre.com>
**Sent:** Friday, June 14, 2024 12:56:09 PM
**To:** Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Rich Ramirez <rramirez@glennagre.com>
**Subject:** Re: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

I'm available for the next hour, then out of pocket for the remainder of the day.  Let me know if you are free.

Andrew K. Glenn
Managing Partner
aglenn@glennagre.com
W: (212) 970-1601
M: (908) 581-3659

1185 Avenue of the Americas
New York, NY 10036

**From:** Carroll, Schuyler <SCarroll@manatt.com>
**Sent:** Friday, June 14, 2024 6:15 AM
**To:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** RE: In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

**[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thanks for the letter. Are you available at 11 this morning?

**Schuyler Carroll**
Partner

**Manatt, Phelps & Phillips,** LLP
7 Times Square
New York, NY 10036
**D** (212) 790-4521 **M** (917) 302-6464
SCarroll@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

---

**From:** Rich Ramirez <rramirez@glennagre.com>
**Sent:** Thursday, June 13, 2024 11:12 PM
**To:** joshua@joshuastein.com; Carroll, Schuyler <SCarroll@manatt.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>; Naznen Rahman <NRahman@glennagre.com>
**Subject:** In re Ninety-Five Madison Company, L.P., Case No. 21-10529 (DJS) // Letter to BRS

[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.

---

Counsel:

On behalf of Andrew K. Glenn, please see the attached correspondence.

Regards,

--

**Rich Ramirez**
W: 212.970.1624
rramirez@glennagre.com



1185 Avenue of the Americas
New York, NY 10036

---

*****************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

---

*****************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

---

*****************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

---

*****************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ********************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.