Andrew K. Glenn
Shai Schmidt
Richard C. Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to Post-Effective Date Debtor*
*Ninety-Five Madison Company, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Post-Effective Date Debtor. | Chapter 11<br><br>Case No. 21-10529 (DSJ) |

## NOTICE OF DISCOVERY CONFERENCE

**PLEASE TAKE NOTICE** that a discovery conference (the "Discovery Conference") has been scheduled for **September 3, 2024 at 1:00 p.m. (E.T.)**, before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Discovery Conference will be held via "Zoom for Government." Parties wishing to participate in the Discovery Conference must make arrangements using the eCourt Appearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, by at September 3, 2024 at 10:00 a.m. (E.T.).

Dated: August 29, 2024
      New York, New York

    By: /s/ *Richard C. Ramirez*
Andrew K. Glenn
Shai Schmidt
Richard C. Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
      sschmidt@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Counsel to the Post-Effective Date Debtor Ninety-Five Madison Company, L.P.*