**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NINETY-FIVE MADISON COMPANY, L.P., | ) | Case No. 21-10529 (DSJ) |
| | ) | |
| Post-Effective Date Debtor. | ) | |
| | ) | |

**ORDER REGARDING SCHEDULING ON ASSERTED FEE ENTITLEMENT OF**
**BRANTON REALTY SERVICES LLC**

On September 3, 2024, the Court conducted a conference regarding discovery and scheduling issues raised by Post-Effective Date Debtor Ninety-Five Madison Company, L.P. and Branton Realty Services LLC ("Branton") in connection with Branton's fee application. Following the conference, the Court directed the parties to discuss a briefing and hearing schedule and contact chambers to seek approval. On September 10, 2024, the parties submitted a proposed schedule to the Court.

It is hereby ORDERED as follows:

1. The parties have agreed and the Court has determined that the following schedule shall govern the events leading up to and including the hearing on Branton's fee application.

| DATE | EVENT |
|---|---|
| **September 25, 2024** | Document Discovery Deadline |
| **October 7-18, 2024** | Depositions To Be Held |
| **October 18, 2024** | All Discovery Deadline |
| **November 8, 2024** | Deadline for Branton Brief |
| **November 26, 2024** | Deadline for Debtor Objection |
| **December 5, 2024** | Deadline for Branton Reply |
| **December 12, 2024** | Hearing on Branton Fee Application |

2.      The deadlines set out herein cannot be changed unless so directed by the Court.

3.      If any questions should arise or another conference is necessary prior to the hearing on December 12, 2024, the parties shall notify the Court.

4.      This Court shall retain jurisdiction with respect to any matters or disputes arising from or related to the implementation of this order.

SO ORDERED.

Dated: New York, New York
       September 11, 2024

                                    *s/ David S. Jones*
                                    Honorable David S. Jones
                                    United States Bankruptcy Judge