Bijan Amini
Jordan Reisch
**AMINI LLC**
121 West 35th Street
12th Floor
New York, NY 10001
Tel: 212-490-4700

*Counsel to Branton Realty Services LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 21-10529 (DSJ) |
| NINETY-FIVE MADISON COMPANY, L.P., | ) <br> ) |
| Debtor. | ) <br> ) |

## NOTICE OF SCHEDULING CONFERENCE

**PLEASE TAKE NOTICE** that a scheduling conference (the "Scheduling Conference") has been scheduled for November 12, 2024 at 2:00 p.m. (E.T.), before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the Scheduling Conference will be held via "Zoom for Government." Parties wishing to participate in the Scheduling Conference must make arrangements using the eCourt Appearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl, by November 11, 2024 at 4:00 p.m. (E.T.).

| | |
|---|---|
| Dated: November 7, 2024<br>New York, New York | Respectfully submitted,<br><br>AMINI LLC<br>By: <u>/s/ *Jordan Reisch*</u><br>Bijan Amini<br>Jordan Reisch<br>131 West 35th Street<br>12th Floor<br>New York, New York 10001<br>Telephone: (212) 490-4700<br>Email: bamini@aminillc.com<br>       jreisch@aminillc.com<br><br>*Counsel to Branton Realty Services LLC* |