Andrew K. Glenn
Shai Schmidt
Rich Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to Reorganized Debtor*
*Ninety-Five Madison Company, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| NINETY-FIVE MADISON COMPANY, L.P., | Case No. 21-10529 (DSJ) |
| Reorganized Debtor. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on January 7, 2025, the *Ninety-Five Madison Company, L.P.'s Memorandum in Opposition to the Final Application of Branton Realty Services LLC for (I) Payment of Real Estate Broker and Sales Agent Commissions, (II) Reimbursement of Expenses and (III) Related Relief* [Dkt. No. 392] (the "Opposition") was served by electronic mail on counsel to Branton Realty Services LLC, with a courtesy copy to the Chambers of the Honorable David S. Jones. I further certify that the Opposition was filed electronically on January 8, 2025. Notice of the Opposition was sent by electronic mail to all parties able to receive notice by operation of this Court's electronic filing system (the "CM/ECF System") on the date of filing. Parties may access the Opposition through the CM/ECF System.

Dated: January 8, 2025
    New York, New York

                                          */s/ Richard C. Ramirez*
                                          Richard C. Ramirez
                                          **GLENN AGRE BERGMAN & FUENTES LLP**
                                          1185 Avenue of the Americas
                                          New York, New York 10036
                                          Telephone: (212) 970-1600
                                          Email: rramirez@glennagre.com