# EXHIBIT B



**WACHTEL MISSRY**
885 SECOND AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 909-9500
FED. I.D. #13-3235905

January 8, 2025

Madison 29 Holding LLC  Invoice No.  526311
135-25 Northern Blvd., 2nd Floor  Client No.  100834
New York, NY  11354  Matter No.  002

## INVOICE SUMMARY

For Professional Services Rendered From November 12, 2024 Through December 23, 2024

**RE:  Madison 29 Holding LLC- Post Closing**

    Professional Services Rendered  $ 6,936.00
    Total Disbursements  $ 93.89

    **TOTAL DUE**  **$ 7,029.89**

Madison 29 Holding

January 8, 2025
Invoice No. 526311
Client No. 100834
Matter No. 002

**RE:   Madison 29 Holding LLC- Post Closing**

**PROFESSIONAL SERVICES RENDERED**

| Date | Tkpr | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 11/12/24 | SJC | | .30 | 795.00 | 238.50 |
| 11/13/24 | SJC | | .30 | 795.00 | 238.50 |
| 11/14/24 | SJC | | .50 | 795.00 | 397.50 |
| 11/22/24 | SJC | | .50 | 795.00 | 397.50 |
| 12/11/24 | SJC | | .30 | 795.00 | 238.50 |
| 12/17/24 | SJC | | .70 | 795.00 | 556.50 |
| 12/18/24 | SJC | | .40 | 795.00 | 318.00 |
| 12/19/24 | SJC | | .30 | 795.00 | 238.50 |
| 12/19/24 | AR | | 2.10 | 375.00 | 787.50 |
| 12/19/24 | JLL | | 1.30 | 550.00 | 715.00 |
| 12/20/24 | AR | | 2.50 | 375.00 | 937.50 |
| 12/20/24 | AR | | 2.50 | 375.00 | 937.50 |
| 12/20/24 | JLL | | 1.40 | 550.00 | 770.00 |
| 12/23/24 | JLL | | .30 | 550.00 | 165.00 |

**PROFESSIONAL SERVICES RENDERED**                                 **$ 6,936.00**

WACHTEL MISSRY

Madison 29 Holding

January 8, 2025
Invoice No. 526311
Client No. 100834
Matter No. 002

**RECAPITULATION**

| Name | Hours | Rate | Total |
|---|---:|---:|---:|
| Steven J. Cohen | 3.30 | 795.00 | 2,623.50 |
| Alex Randazzo | 7.10 | 375.00 | 2,662.50 |
| Jason Libou | 3.00 | 550.00 | 1,650.00 |
| **Total** | **13.40** | | **$ 6,936.00** |

**DISBURSEMENTS**

| Description | Amount |
|---|---:|
| Overnight Mail | 93.89 |

| | |
|---:|---:|
| **TOTAL DISBURSEMENTS** | **$ 93.89** |
| **TOTAL DUE** | **$ 7,029.89** |



**WACHTEL MISSRY**
885 SECOND AVENUE
NEW YORK, NEW YORK 10017

TELEPHONE: (212) 909-9500
FED. I.D. #13-3235905

January 8, 2025

| | |
|---|---|
| Madison 29 Holding LLC | Invoice No. 526311 |
| 135-25 Northern Blvd., 2nd Floor | Client No. 100834 |
| New York, NY 11354 | Matter No. 002 |

## REMITTANCE

RE: Madison 29 Holding LLC- Post Closing

**TOTAL THIS BILL**            **$ 7,029.89**

**All checks should be made payable to:**    Wachtel Missry LLP
(Please return this advice with payment.)    ATTN: Accounts Receivable
885 Second Avenue, 47th Floor
New York, NY 10017

**For payment by wire or ACH in USD:**    Citibank, NA
153 East 53rd Street
New York, NY 10022
ABA Routing: #021 000 089
Account: #535 05 483
Wachtel Missry LLP

*Please reference: Invoice No. 526311, File No. 100834 - 002*

## INVOICES ARE PAYABLE UPON RECEIPT