# EXHIBIT C

# Katten

Direct Billing Inquiries to:
**Doris Emanuel**
doris.emanuel@katten.com

50 Rockefeller Plaza
New York, NY 10020-1605

January 6, 2025

Madison 29 Holdings LLC
c/o NUVERSE ADVISORS LLC
Attn: Steve Saali
Carnegie Hall Tower 21st Floor
152 West 57th Street
New York, NY 10019

Invoice No. 40245221
Client No. 100173
Matter No. 00030

FEIN: 36-2796532

**Re: 95 Madison Ave Purchase** (100173.00030)

For legal services rendered through December 31, 2024 relating to a claim made by Branton Realty Services LLC for a brokerage commission in connection with the sale of 95 Madison Avenue, New York, NY ........................................................................... $6,895.00

**CURRENT INVOICE TOTAL:** **$6,895.00**

Disbursements and other charges incurred which have not yet been posted as of the above date will be billed at a later date.

Katten Muchin Rosenman LLP is an Illinois limited liability partnership including professional corporations that has elected to be governed by the Illinois Uniform Partnership Act (1997).
Katten Muchin Rosenman UK LLP is a limited liability partnership of solicitors and Registered Foreign Lawyers registered in England and Wales.

## PROFESSIONAL SERVICES
Matter 00030: 95 Madison Ave Purchase

| Date | Attorney or Assistant | Description | Hours |
|---|---|---|---|
| 09 Oct 24 | Park, Eddy | | 0.80 |
| 10 Oct 24 | Vetri, Scott M. | | 0.70 |
| 10 Oct 24 | Park, Eddy | | 1.40 |
| 11 Oct 24 | Vetri, Scott M. | | 0.60 |
| 11 Oct 24 | Park, Eddy | | 0.50 |
| 15 Oct 24 | Vetri, Scott M. | | 0.30 |
| 15 Oct 24 | Park, Eddy | | 0.10 |
| 16 Oct 24 | Muldrew, Brian L. | | 0.40 |
| 16 Oct 24 | Vetri, Scott M. | | 0.30 |
| 16 Oct 24 | Park, Eddy | | 0.20 |
| 17 Oct 24 | Park, Eddy | | 0.20 |
| 21 Oct 24 | Vetri, Scott M. | | 0.20 |
| | | **TOTALS:** | **5.70** |

## SUMMARY OF PROFESSIONAL SERVICES
Matter 00030: 95 Madison Ave Purchase

| | Attorney or Assistant | Hours |
|---|---|---|
| 40479 | Muldrew, Brian L. | 0.40 |
| 46325 | Park, Eddy | 3.20 |
| 42457 | Vetri, Scott M. | 2.10 |
| | **TOTAL:** | **5.70** |

# Katten

50 Rockefeller Plaza
New York, NY 10020-1605

## REMITTANCE
Please include this remittance advice with your payment to ensure proper account crediting

| | | | |
|---|---|---|---|
| **Attorney:** | 42457 - Vetri, Scott M. | **Invoice No.:** | 40245221 |
| **Client:** | 100173 - NUVERSE ADVISORS LLC | **Invoice Date:** | 06 Jan 25 |
| **Matter:** | 00030 - 95 Madison Ave Purchase | | |

**Current Invoice Charges:** $6,895.00

**Wire Instructions:**
Reference: 100173.00030

JP Morgan Chase Bank
1211 Avenue of the Americas, 39th Floor
New York, NY 10036

WIRE Payment: ABA #021000021
ACH Payment: ABA #071000013
Swift Code: CHASUS33

For credit to: Katten Muchin Rosenman LLP
Account # 234192

When wiring a payment please e-mail a copy of the remittance to payments@katten.com

Remittance address:
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, IL 60661-3693

Please direct any billing inquiries to Doris Emanuel at doris.emanuel@katten.com.