

**622 Third Avenue, Suite 600**
**New York, NY 10017**
**(P) 212-767-0707  // (F) 844-466-0560**

|  |  | Settlement Date: | June 5, 2024 |
|---|---|---|---|
|  |  | Title Number: | GA-3549-NY-24 |
| **PARTIES:** |  |  |  |
| Buyer: |  | Seller: |  |
| **Madison 29 Holding LLC** c/o Sunlight Development 135-25 Northern Boulevard, 2nd Floor Flushing, NY 11354 |  | **Legal 1031 Exchange Services, LLC, as Qualified Intermediary for Ninty-Five Madison Company, L.P., under Exchange No. 5195479-X-NY-QI-LGL** 95 Madison Avenue, Suite 609 New York, NY 10016 |  |
| Lender: **S3 Lender MA LLC** |  | ESCROW AGENT: **Stewart Title Insurance Company** 2 Grand Central Tower 140 East 45th Street, 33rd Floor New York, NY 10017 |  |
| ADDRESS: **89-95 Madison Avenue** New York, NY 10016 |  |  |  |

| Purchase Price: |  | BUYER CREDITS/DEBITS | SELLER CREDITS/DEBITS |
|---|---|---|---|
| Purchase Price |  | $ 65,000,000.00 | $ 65,000,000.00 |
| Credits to Seller: |  |  |  |
|   2nd half Real Estate Taxes 6/3/24 - 6/30/24 |  | $ (116,080.12) | $ 116,080.12 |
|   2nd half Mall Tax 6/3/24 - 6/30/24 |  | $ (1,877.21) | $ 1,877.21 |
|   Fuel Reading |  | $ (15,296.62) | $ 15,296.62 |
|   Adjournment Fee |  | $ (27,500.00) | $ 27,500.00 |
| Credits to Buyer: |  |  |  |
|   Water Charges 5/8/24 - 6/2/24 |  | $ 195.89 | $ (195.89) |
| Total Adjustments |  | $ (160,558.06) | $ 160,558.06 |
| **Total Due To Seller/From Buyer:** |  | **$ 65,160,558.06** | **$ 65,160,558.06** |

| Lender Sources: |  |  |  |
|---|---|---|---|
| Acquisition Loan |  | $ 50,000,000.00 |  |
| **TOTAL LENDER SOURCES** |  | **$ 50,000,000.00** |  |
| Lender Netted Fees: |  |  |  |
| Total Lender Netted Fees |  | $ - |  |
| **Lender Total Wire to Escrow** |  | **$ 50,000,000.00** |  |
| Borrower Sources: |  |  |  |
| Madison 29 Holding LLC | 2/21/24 | $ 4,710,000.00 |  |
| Madison 29 Holding LLC | 4/11/24 | $ 50,000.00 |  |
| Madison 29 Holding LLC | 5/7/24 | $ 1,570,000.00 |  |
| Stewart Title Insurance Company - Deposit Interest | 6/5/24 | $ 16,882.82 |  |
| S3 Global Multi-Strategy | 6/5/24 | $ 9,561,209.20 |  |
| **TOTAL BORROWER SOURCES** |  | **$ 15,908,092.02** |  |

| Third Party Expenses: | Invoice # | BUYER: | SELLER: |
|---|---|---|---|
| Gotham Abstract & Settlement, LLC |  | $ 217,296.13 | $ 130,572.38 |
| Madison Avenue Servicing LLC | 6/6/24 @ 3PM |  | $ 17,068,697.33 |
| Christodoulou & Lau, P.C. |  | $ 20,000.00 |  |
| Stewart Title Insurance Company | Funding Fee | $ 2,500.00 |  |
| Seyfarth Shaw LLP | Payoff Attorney |  | $ 2,450.00 |
| Glenn Agre Bergman & Fuentes LLP | 103487 |  | $ 349,821.79 |
| Windels Marx Lane & Mittendorf, LLP | Fee Order |  | $ 500,000.00 |
| Rosenberg Estis |  |  | $ 210,245.74 |
| Gruber Palumberi Raffaele Fried, CPA's P.C. | Fee Order |  | $ 111,702.00 |
| Boies Schiller |  |  | $ 150,000.00 |
| Two Bins Capital | Broker Fee | $ 400,000.00 |  |
| Ninety -Five Madison Company LP Debtor in Possession Case # 21-10529 | Sellers Proceeds |  | $ 251,350.60 |
| Andamio Scaffolding LLC | 248662 |  | $ 2,123.06 |
| Acram Group |  |  | $ 48,649.41 |
| Clifton Budd & Demaria LLP | 134215 | $ 1,030.00 |  |
| Wachtel Missry LLP | 100834.001 | $ 106,309.00 |  |
| Madison 29 Holding LLC | Borrower Overage | $ 398.83 |  |
| Legal 1031 Exchange Services, LLC, as Qualified Intermediary for Ninty-Five Madison Company, L.P., under Exchange No. 5195479-X-NY-QI-LGL | Exchange Proceeds |  | $ 46,334,945.75 |
| **Total Third Party Expenses** |  | **$ (747,533.96)** | **$ (65,160,558.06)** |
| **TOTAL DUE FROM/TO BUYER/SELLER** |  | **$ 0.00** | **$ -** |

**SIGNATURE PAGE TO FOLLOW ON SEPARATE SHEET**

The undersigned hereby certify that they have carefully reviewed this Closing Statement and they approve and agree to the payment of all fees, costs, and expenses. Furthermore, all parties hereby authorize and direct Gotham Abstract & Settlement LLC to make disbursements pursuant to this Closing Statement.

All parties hereby agree that in the event mathematical errors, in this Closing Statement, are discovered by either party or that the underlying information upon which the statements are based was in error, then the parties shall appropriately adjust for such errors by post-closing remittances based on requests made by either party subsequent to Closing.

This Closing Statement may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. An executed counterpart of this Closing Statement may be delivered by facsimile transmission or electronic mail and any executed counterpart so delivered shall be deemed to be an original for all purposes.

_____  
**Madison 29 Holding LLC**  
By:

*Faith Graf*  
_____  
**Legal 1031 Exchange Services, LLC, as Qualified Intermediary for Ninty-Five Madison Company, L.P., under Exchange No. 5195479-X-NY-QI-LGL**

Read and Approved By:

Exchanger: Ninety-Five Madison Company, L.P.

By: Michael Sklar Management LLC, its general partn

By: _____

READ AND APPROVED BY:

                          **NINETY-FIVE MADISON COMPANY,**
                          **L.P.,** a New York limited partnership

                                By: Michael Sklar Management LLC,
                                     its general partner

                                By: _____
                                    Name: Michael Sklar
                                    Title:  Sole Member

                              By: Sharan Sklar, Management LLC,
                                     its general partner

                                By: _____
                                    Name: Sharan Sklar
                                    Title:  Sole Member

READ AND APPROVED BY:

                **NINETY-FIVE MADISON COMPANY,**
                **L.P.**, a New York limited partnership

                    By:  Michael Sklar Management LLC,
                         its general partner

                    By: _____
                         Name: Michael Sklar
                         Title:  Sole Member

                    By:  Sharan Sklar, Management LLC,
                         its general partner

                    By: _/s/ Sharan Sklar_____
                         Name: Sharan Sklar
                         Title:  Sole Member

The undersigned hereby certify that they have carefully reviewed this Closing Statement and they approve and agree to the payment of all fees, costs, and expenses. Furthermore, all parties hereby authorize and direct Gotham Abstract & Settlement LLC to make disbursements pursuant to this Closing Statement.

All parties hereby agree that in the event mathematical errors, in this Closing Statement, are discovered by either party or that the underlying information upon which the statements are based was in error, then the parties shall appropriately adjust for such errors by post-closing remittances based on requests made by either party subsequent to Closing.

This Closing Statement may be executed in any number of counterparts, each of which shall be deemed an original, and all of which shall constitute one and the same instrument. An executed counterpart of this Closing Statement may be delivered by facsimile transmission or electronic mail and any executed counterpart so delivered shall be deemed to be an original for all purposes.

**Madison 29 Holding LLC**
By: *Linzhong Zhuo*
    *Manager*

**Ninety-Five Madison Company, L.P.**
By: