# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.<br><br>Debtor. | Chapter 11<br><br>Case No. 21-10529 (DSJ)<br><br>Re: ECF #420 |

## NOTICE OF SETTLEMENT OF ORDER GRANTING FINAL FEE APPLICATION OF BRANTON REALTY SERVICES LLC

PLEASE TAKE NOTICE that in accordance with LBR 9074-1(a) and the Decision on Application of Branton Realty Services LLC for Compensation and Reimbursement of Expenses (ECF #420 at 40), Branton Realty Services LLC hereby submits/settles the attached proposed order granting its fee application (ECF #362).

PLEASE TAKE FURTHER NOTICE that the Debtor shall have until April 16, 2025 ("Objection Deadline") to object to the proposed order, including the assertion of attorneys' fees and expenses sought therein, and which are documented in the exhibits to the declaration of Jordan Reisch filed contemporaneously herewith.

PLEASE TAKE FURTHER NOTICE that if an objection to the proposed order is not filed by the Objection Deadline, the proposed order shall be deemed uncontested and the Court may enter the same without further notice or hearing.

Dated: April 2, 2025
       New York, NY

AMINI LLC

/s/ Jordan Reisch
Bijan Amini
Jordan Reisch
131 West 35th Street
12th Floor
New York, NY 10001
(212) 490-4700
bamini@aminillc.com
jreisch@aminillc.com
- and -

Joshua Stein  
Joshua Stein PLLC  
110 West 57th Street  
Fourth Floor  
New York, NY 10019  
(212) 688-3300  
[joshua@joshuastein.com](mailto:joshua@joshuastein.com)

*Counsel to Branton Realty Services LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | Chapter 11 |
|---|---|
| NINETY-FIVE MADISON COMPANY, L.P. | Case No. 21-10529 (DSJ) |
| Debtor. | |

**ORDER GRANTING FINAL FEE APPLICATION OF
BRANTON REALTY SERVICES LLC AND RELATED RELIEF**

Upon the application of Branton Realty Services LLC for allowance of compensation and reimbursement of expenses (ECF #362, "Application"); and due and proper notice of the Application having been provided, and it appearing no other or further notice need be provided; now, therefore, for reasons set forth in the Decision on Application of Branton Realty Services LLC for Compensation and Reimbursement of Expenses (ECF #420), it is hereby:

ORDERED that the Application is granted to the extent set forth in the attached Schedules.

Dated: New York, NY
_____, 2025

                                                                   Hon. David S. Jones
                                                  United States Bankruptcy Judge

| Case No. 21-10529 (DSJ) | | **FIRST INTERIM FEE PERIOD** | | | | | | Schedule A |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Case Name: Ninety-Five Madison Company, L.P. | | **August 17, 2022-April 2, 2025** | | | | | | |

| (1) Applicant | (2) Date; ECF Doc. # of Application | (3) Interim Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for prior Fee Period(s) (i.e. Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Branton Realty Services LLC *Broker* | 6/4/2024<br><br>362 | $950,000 plus $80,619.86 interest[1] | $1,030,619.86 | $1,030,619.86 | N/A | $1,030,619.86 | $563,532.12[2] | $563,532.12 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2025     INITIALS: _____, USBJ

---

[1] Under the Listing Agreement (ECF #181, Exhibit 1, ¶ 14), interest on the $950,000 commission (due "upon the closing" of June 5, 2024, ¶ 5) accrues at the rate of prime + 2%/year. The prime rate on the closing date was 8.5%/year. 10.5%/year interest from the closing date to the date of the Court's decision is $80,619.86.

[2] Expenses are comprised of those incurred in course of the Branton's engagement ($6,600) plus attorneys' fees and expenses incurred in relation to seeking to enforce its agreement with the Debtor ($556,932.12). An itemization of the broker expenses and attorneys' fees and expenses are included in the declaration of Jordan Reisch dated April 2, 2025 (ECF #421).

Case No. 21-10529 (DSJ)            **FIRST INTERIM FEE PERIOD**            Schedule B
Case Name: Ninety-Five Madison            **August 17, 2022-April 2, 2025**
Company, L.P.

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Branton Realty Services LLC *Broker* | $950,000 plus $80,619.86 interest | $1,030,619.86 | $563,532.12 | $563,532.12 |

DATE ON WHICH ORDER WAS SIGNED: _____, 2025            INITIALS: _____, USBJ