# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| NINETY-FIVE MADISON COMPANY, L.P., | ) | Case No. 21-10529 (DSJ) |
|  | ) |  |
| Post-Effective Date Debtor. | ) |  |
|  | ) |  |

## ORDER REGARDING OBJECTION DEADLINE FOR SETTLEMENT OF ORDER GRANTING FINAL FEE APPLICATION OF BRANTON REALTY SERVICES LLC

On March 27, 2025, the Court entered a Decision on Application of Branton Realty Services LLC ("Branton") for Compensation and Reimbursement of Expenses (ECF #420) granting Branton's administrative expense fee application in the amount of $950,000 plus reimbursement of its expenses plus reasonable legal fees and disbursements. The Court directed Branton to docket a proposed order, on notice, effectuating this ruling, quantifying and substantiating the expenses and fees it asserted are due and directed the parties to attempt to reach agreement on what constitutes a reasonable figure for such fees and expenses.

On April 2, 2025, Branton filed a Notice of Settlement of Order and Proposed Order (ECF #422), which stated that Debtor shall have until April 16, 2025 to object ("Objection Deadline"). Branton and the Debtor now jointly seek a one-week extension of the Objection Deadline to April 23, 2025 to allow the parties additional time to meet and confer on what constitutes a reasonable figure for such fees and expenses.

It is hereby ORDERED that the Objection Deadline is extended to April 23, 2025.

**SO ORDERED.**

Dated: New York, New York
      April 16, 2025

                                                      *s/ David S. Jones*
                                                      Honorable David S. Jones
                                                      United States Bankruptcy Judge