Andrew K. Glenn
Agustina G. Berro
Richard C. Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600

*Counsel to Reorganized Debtor*
*Ninety-Five Madison Company, L.P.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 21-10529 (DSJ) |

## NOTICE OF SCHEDULED STATUS CONFERENCE
**[Related Dkt. No. 414]**

**PLEASE TAKE NOTICE** that the Honorable David S. Jones, Bankruptcy Judge for the United States Bankruptcy Court for the Southern District of New York, has scheduled the following date and time for a conference (the "Status Conference") in the above-captioned case:

- **April 22, 2025, at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held via "Zoom for Government." Parties wishing to participate in the Status Conference must make arrangements using the eCourt Appearance portal located on the Court's website, https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that copies of pleadings filed in the above-captioned case may be obtained from the Court's website, https://ecf.nysb.uscourts.gov, for a nominal fee.

Dated: April 21, 2025
      New York, New York

By: */s/ Richard C. Ramirez*
Andrew K. Glenn
Agustina G. Berro
Richard C. Ramirez
Naznen Rahman
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
E-mail: aglenn@glennagre.com
        aberro@glennagre.com
        rramirez@glennagre.com
        nrahman@glennagre.com

*Counsel to the Reorganized Debtor*
*Ninety-Five Madison Company, L.P.*