**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 21-10529 (DSJ) |

## ORDER IN LIGHT OF REORGANIZED DEBTOR'S LETTER OF MAY 20, 2025

Following a May 7, 2025 hearing, the Court has been working on a decision on Reorganized Debtor's renewed motion seeking an order that Reorganized Debtor contends would enforce the confirmed Plan and plan injunction, in light of a temporary restraining order entered in separate state-court litigation. The May 20, 2025 letter (the "Letter") conveys a proposal of the Reorganized Debtor that it hopes could result in a consensual resolution of the parties' immediate disputes. The Letter also reports that the parties have scheduled a mediation for June 6, 2025.

The Court welcomes these reported developments. As the Court emphasized during its May 7, 2025 hearing on the Reorganized Debtor's motion, the parties would be well served by consensually resolving their differences. The Court encourages all other interested parties to constructively engage with the Reorganized Debtor, but negotiations should not be carried out through additional publicly docketed status updates or other letters to this Court.

The Letter did not propose or request any particular action by the Court. The Court does not wish to unproductively inject itself into the parties' discussions, but the Court is ready and willing to conduct a conference at any time the parties believe would be helpful. The Court would be happy to do so jointly with Justice Patel if the parties believe that would be helpful and if Justice Patel agrees. If the parties would like for such a conference to occur, either with or without Justice Patel, they may contact my chambers to schedule such a conference.

The parties are directed to confer and to submit a joint letter by no later than June 6, 2025

stating whether they would like the Court to defer ruling on the pending motion and, if so, for how long. If the parties would like the Court to delay decision, the Court may deem the motion not fully submitted until the date stated by the parties is reached. That joint letter may also provide a further status update and may convey any additional requests the parties have.

      It is so ordered.

Dated: New York, NY
       May 21, 2025

          /s/ David S. Jones
          Hon. David S. Jones
          United States Bankruptcy Judge