| From: | emanuel@twobinscapital.com |
|---|---|
| Sent: | Thursday, July 28, 2022 8:28 AM |
| To: | Michael Sklar |
| Cc: | Sharan Sklar |
| Subject: | Re: Can you send me your resi plan you had for 95 Madison? |

I was just curious to see how it laid out. Whenever he puts together his materials I guess show it to me.

Sent from my iPhone

> On Jul 28, 2022, at 5:03 AM, Michael Sklar <msklar@ninetyfivemadison.com> wrote:
>
> We are going to have a in house broker. We agreed not to muddy the waters.
>
> Michael Sklar
> General Partner
>
> Ninety-Five Madison Company, L.P.
>  917.270.6083 (c) | Msklar@ninetyfivemadison.com ⏺ A little green
> reminder: Please consider the environment before printing this email
>
> -----Original Message-----
> From: emanuel@twobinscapital.com <emanuel@twobinscapital.com>
> Sent: Thursday, July 28, 2022 3:06 AM
> To: Michael Sklar <msklar@ninetyfivemadison.com>
> Subject: Can you send me your resi plan you had for 95 Madison?
>
>
>
> Sent from my iPhone



EXHIBIT 2 PAGE 174  NFMC_000119

| From: | Woody Heller <woody.heller@outlook.com> |
|---|---|
| Sent: | Thursday, August 18, 2022 11:44 AM |
| To: | Andrew K. Glenn |
| Subject: | Re: 95 Madison |

If there's a broker I'll wait until we're in the market or he'll front run me in the market. Just refer everyone to me and I'll handle them in the manner required. We have to get the broker chaos under control.

Any sense of how it takes to have the BK judge review / approve me engagement agreement?

Thanks

Woody Heller
woody.heller@outlook.com

(917) 612-1230


> On Aug 18, 2022, at 8:36 AM, Andrew K. Glenn <aglenn@glennagre.com> wrote:
>
>
> Their representative is Jeremy Nazerian. Mindful of your issues, I made him put in writing that he is not entitled to a brokerage fee for this.
>
>
> Andrew K. Glenn
> Managing Partner
> aglenn@glennagre.com
> W: (212) 970-1601
> M: (908) 581-3659
>
> 
>
> 1185 Avenue of the Americas, 22nd Floor
> New York, NY 10036
>
> ---
> **From:** Woody Heller <woody.heller@outlook.com>
> **Sent:** Thursday, August 18, 2022 11:30 AM
> **To:** Andrew K. Glenn <aglenn@glennagre.com>
> **Subject:** Re: 95 Madison
>
> **[EXTERNAL EMAIL]** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Exhibit BX - 6

Sure, thanks and keep them coming!

Woody Heller
woody.heller@outlook.com

(917) 612-1230

On Aug 18, 2022, at 6:56 AM, Andrew K. Glenn <aglenn@glennagre.com> wrote:

Woody,

The Gorjian family, which apparently owns one or more buildings near 95 Madison, has been stalking me to make a preemptive bid.

Do you want to speak with them now?

Andrew K. Glenn
Managing Partner
aglenn@glennagre.com
W: (212) 970-1601
M: (908) 581-3659



1185 Avenue of the Americas, 22nd Floor
New York, NY 10036

*******************************Important Notice ******************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

*******************************Important Notice ******************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.

| | |
|---|---|
| **From:** | Andrew K. Glenn <aglenn@glennagre.com> |
| **Sent:** | Thursday, August 18, 2022 11:40 AM |
| **To:** | Cobby Gorjian; Jeremy Nazarian |
| **Cc:** | Woody Heller |
| **Subject:** | 95 Madison Avenue |

Cobby and Jeremy,

Meet Woody Heller of Branton Realty, who will be handling the disposition of 95 Madison. I'll leave it to the three of you to take it from here to discuss next steps.

Andrew K. Glenn
Managing Partner
aglenn@glennagre.com
W: (212) 970-1601
M: (908) 581-3659



1185 Avenue of the Americas, 22nd Floor
New York, NY 10036

---

*******************************Important Notice *****************************
This email and any files transmitted with it are confidential and may be subject to the attorney-client or other privileges. Use or disclosure of this email or any such files by anyone other than the intended recipient is prohibited. If you are not the intended recipient, please notify the sender immediately and delete this message from your system.



Exhibit BX - 7

| | |
|---|---|
| **From:** | Michael Sklar <msklar@ninetyfivemadison.com> |
| **Sent:** | Wednesday, August 31, 2022 4:27 PM |
| **To:** | Woody Heller |
| **Cc:** | Sharan Sklar |
| **Subject:** | Micah Zimmerman- Broker 95 Madison. |

Woody :

Please contact Micah . I have had no discussions with him regarding the property. He has not toured the property .

**Michael Sklar**
Sole Member
Michael Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.

**Ninety-Five Madison Company, L.P.**
917.270.6083 (c) | [Msklar@ninetyfivemadison.com](mailto:Msklar@ninetyfivemadison.com)

 A little green reminder: Please consider the environment before printing this email

---

**From:** Zimmerman, Micah <Micah.Zimmerman@elliman.com>
**Sent:** Wednesday, August 31, 2022 3:53 PM
**To:** Michael Sklar <msklar@ninetyfivemadison.com>
**Subject:** Re: Connection

Hi Michael,

I'm in touch with a potential buyer for 95 Madison. Are you available for a call tomorrow afternoon to discuss putting a deal together.

Best,
Micah

> On Aug 18, 2022, at 1:58 PM, Michael Sklar <[msklar@ninetyfivemadison.com](mailto:msklar@ninetyfivemadison.com)> wrote:
>
> When submitted to court NP .
>
> **Michael Sklar**
> General Partner
>
> **Ninety-Five Madison Company, L.P.**
> 917.270.6083 (c) | [Msklar@ninetyfivemadison.com](mailto:Msklar@ninetyfivemadison.com)
>
>  A little green reminder: Please consider the environment before printing this email

**Exhibit BX - 8**

BR002254

1

EXHIBIT 2 PAGE 178

**From:** Zimmerman, Micah <Micah.Zimmerman@elliman.com>
**Sent:** Thursday, August 18, 2022 1:29 PM
**To:** Michael Sklar <msklar@ninetyfivemadison.com>
**Subject:** Re: Connection

Wonderful,

Since the demise was overstated can you send the contact information of the representative.

Best,
Micah

> On Aug 17, 2022, at 10:13 AM, Michael Sklar <msklar@ninetyfivemadison.com> wrote:
>
> The demise of the representative is greatly overstated.
>
> **Michael Sklar**
> General Partner
>
> **Ninety-Five Madison Company, L.P.**
> 917.270.6083 (c) | Msklar@ninetyfivemadison.com
>
>  A little green reminder: Please consider the environment before printing this email
>
> **From:** Zimmerman, Micah <Micah.Zimmerman@elliman.com>
> **Sent:** Wednesday, August 17, 2022 10:09 AM
> **To:** Michael Sklar <msklar@ninetyfivemadison.com>
> **Subject:** Re: Connection
>
> Hi Michael,
>
> Jonathan had mentioned that the representative that was going to be hired is no more. If you have some time Thursday afternoon it would be great to schedule a call to see how either my team or Douglas Elliman can help hurry this process and get the building sold.
>
> Best,
> Micah
>
> 
> **MICAH ZIMMERMAN**
> LICENSED REAL ESTATE SALESPERSON
> DOUGLAS ELLIMAN REAL ESTATE
> OFFICE: 212.350.8500
> MOBILE: 336.501.0882
> Micah.Zimmerman@elliman.com
> 575 MADISON AVENUE, NEW YORK, NY 10022
> MY LISTINGS

FACEBOOK / TWITTER / YOUTUBE / INSTAGRAM / LINKEDIN
CLICK HERE NYS HOUSING DISCRIMINATION DISCLOSURE NOTICE & FORM
CLICK HERE NYS TENANTS' RIGHTS TO REASONABLE ACCOMMODATIONS FOR PERSONS WITH DISABILITIES

At Douglas Elliman, we won't ask you for your social security number, bank account or other highly confidential informatio email. *Wire Fraud is Real*. Before wiring ANY money, call the intended recipient at a number you know is valid to confirm instructions. Additionally, please note that the sender does not have the authority to bind a third party to a real estate cont written or verbal communication.

This email is for the use of the intended recipient(s) only. If you have received this email in error, please notify the sender immediately and then delete it. If you are not the intended recipient, you must not keep, use, disclose, copy or distribute t without the author's prior permission. We will never send or ask for sensitive or non-public information via e-mail, including account, social security information or wire information. We have taken precautions to minimize the risk of transmitting sof viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liabil any loss or damage caused by software viruses. The information contained in this communication may be confidential and subject to the attorney-client privilege. If you are the intended recipient and you do not wish to receive similar electronic m from us in the future then please respond to the sender to this effect. Please note that any views or opinions presented in mail are solely those of the author and do not necessarily represent those of the Company.

Douglas Elliman may engage a third party vendor to answer telephone, email, text, and internet inquiries. This vendor act s agent for Douglas Elliman, and keeps all information confidential.

> On Aug 12, 2022, at 5:37 PM, Michael Sklar <msklar@ninetyfivemadison.com> wrote:
>
> Micah:
>

> **We are in the process of hiring a representative . I will put you in contact when deal is signed .**

>
> Michael Sklar
> General Partner
>
> Ninety-Five Madison Company, L.P.
> 917.270.6083 (c) | Msklar@ninetyfivemadison.com
> Π A little green reminder: Please consider the environment before printing this email
>
> -----Original Message-----
> From: Jonathan Zimmerman <jonathan.zimmerman@mac.com>
> Sent: Friday, August 12, 2022 5:34 PM
> To: Micah Zimmerman <Micah.Zimmerman@elliman.com>; Michael Sklar <msklar@ninetyfivemadison.com>; Sharan Sklar <ssklar@ninetyfivemadison.com>
> Subject: Connection
>
> Dear all,
>
> Please now be in direct contact so that Micah can be put into contact with the person managing the sale of 95 Madison at the right time.
>
> Best,
>
>
> Jz
>
> *****************************
> Jonathan Zimmerman
> Tel (IT): +393470730610
> Tel (UK): +447960247801

\> Tel (USA): +19174145476
\>

| | |
|---|---|
| **From:** | u=Michael Sklar/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A3107E500DC94D07B57F2DE007E3F80F-MSKLAR |
| **Sent:** | Mon, 12 Sep 2022 12:03:46 -0400 (EDT) |
| **To:** | "Woody Heller" <woody.heller@outlook.com> |
| **Cc:** | "Andrew K. Glenn" <aglenn@glennagre.com>; "Rita Ipad Sklar" <ritasklar@aol.com>; "Rita Sklar" <ritasklar@gmail.com>; "Fleming, Thomas J." <TFleming@olshanlaw.com>; "Sharan Sklar" <ssklar@ninetyfivemadison.com> |
| **Subject:** | 95 Madison - Sale net lease - Shel Capital |
| **Attachments:** | SJS MLS EW Shell_Capital_Via_Emanuel 042822.pdf;Shell_Capital_Via_Emanuel 042722.pdf;Sale 95 Madison.xlsx |

Woody :

I updated the spreadsheet to include Shell capital . Also attached is proposal & email .

**Michael Sklar**
Sole Member
Michael Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
**Ninety-Five Madison Company, L.P.**
917.270.6083 (c) | Msklar@ninetyfivemadison.com
A little green reminder: Please consider the environment before printing this email

**Exhibit BX - 9**

EXHIBIT 2 PAGE 182        NFMC-06612

# SHEL CAPITAL & BLUESTONE INVESTMENTS
225 West 35th Street, Suite 1400
New York, NY 10001

Attention: Emanuel Westfried

Dear Emanuel,

Attached please find an outline detailing our offer and intention to acquire 95 Madison Avenue.

1. **Description of Purchaser**

**Shel Capital** – The firm was founded by Jonathan Bakhash and Rony Kravel . The company owns and operates 30+ buildings in New York City. Jonathan and his family have been active in the NY real estate market for 40 years and own 1MM+ sf of office space in Manhattan. Some of these office buildings include 276 5th Ave, 225 West 35th Street, 29 west 30th street, 145 West 28th Street and 23 west 20th street. Separately, the owners of the company also have a management and leasing arm. Combined, they represent over 500 buildings and 15,000 units in New York.

**Bluestone Investments:** The partnership was founded by Mor Sagi, Nir Livnat, Jonathan Douek and Yonatan Binman. The partners own and operate over $1 billion of real estate between the US, UK, Greece and Israel. With over 70 years of collective experience, the team has a proven track record in investments ranging from income generating real estate projects to financially structured instruments (both debt and equity) in capital markets globally, as well as investments in shipping and in green-energy projects. The group has invested and developed unique iconic real estate projects across the world with major footprints in the U.S, London, Greece and Israel.

2. **Purchase Price:**
    a. Option A – Purchase the leasehold position. Terms as follows:
        i. Term – 99 Years
        ii. $14,000,000 to be paid at closing
        iii. Payment terms of the lease:
            1. Year 1&2 - $0
            2. Year 3+ - $2,050,000 growing at 10% every 5 years. (CPI lookback every 10 years no greater than 2.5%)

    b. Option B – Purchase the fee simple interest for $100,000,000

EXHIBIT 2 PAGE 183                    NFMC-06615

3. **Underwriting and Capital Assumptions**

It is our intention to redevelop 95 Madison into one of the premier boutique office buildings downtown.  We anticipate the construction work to take one full year from closing and plan to invest over $40,000,000 in Hard Costs.  We have already reviewed and discussed with our consultants to underwrite our business plan.  These consultants include:

- Howard Zimmerman Architects and Engineers, DPC. (For Landmarks)
- Brad Zizmor , A + I (Architect and Designer)
- Peter Bernstein, Alexander Wolf and Son (Contractor)
- Chris Spano CJS Builders (Contractor)
- Various Leasing Experts

4. **Deposit Amount(s) including Hard Deposit Amount at Contract Signing**

Purchaser shall deposit with the Seller's escrow agent 10% of the purchase price upon the signing of the Agreement.  Any accrued interest thereon will be applied to Purchase Price at closing. In the event that the Purchaser fails to execute the acquisition of the Property pursuant to the terms of the Agreement, the Deposit will be non-refundable and deemed liquidated damages for the benefit of the Seller.

5. **Closing Contingencies**

None

6. **Internal Approval Process**

Approved

7. **Closing**

Both parties shall endeavor to close on the Property within 60 days or when the Agreement is executed with a clean title.

8. **Access to Property**
During the period in which the Agreement is in effect, Purchaser shall have reasonable access to the Property for the purpose of conducting inspections, and studies as the Purchaser may deem necessary.

Should the aforementioned general terms and conditions be acceptable, please so indicate by executing this letter in the space provided below as Seller and return the same to Purchaser.

Sincerely,

*Rony Kravel*

Rony Kravel

Principal

4/27/2022

EXHIBIT 2 PAGE 184    NFMC-06616

| Purchaser Name | NFMC | Atlas Capital Group | Savannah | 60G | WC acquisitions LLC | Tribecca investment properties | Innovo Properties Group RE LLC | Nightingale Properties | Shell Capital & Bluestone investment | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Purchaser Address | | 40 West 57th Street, New York New York 10019 | 430 Park Avenue 12th fl, New York , New York 10022 | 407 Broom Street, New York, New York 10013 | 400 Park Avenue New York , New York 10022 | 321 Greenwich street, New York , New York 10013 | 1370 Avnenue of the Americas | 1430 Brodaway, New York, New York 10018 | 225 West 35th Street New York , New York 10001 | | |
| Contact | | Jeffrey Goldberger | Christopher Schlank | LEO V . LEYVA | Philip Waterman III | Elliot Ingerman | Andrew Chung | Elie Schwartz | Rony Kravel | | |
| Purchaser telephone Number | | 212-544-2250 | 212-229-0101 | 212-235-0890 | 212-224-7477 | 212-224-7477 | | 212-742-2800 | | | |
| Broker | | Andrew Sasson | Harley Dalton | Harley Dalton | Harley Dalton | Harley Dalton | Harley Dalton | Rama Bassalali | Emanuel Westfried | | |
| Brokerage Firm | | Ackerman-Ziff | Easdil Secured | Easdil Secured | Easdil Secured | Easdil Secured | Easdil Secured | RBM properties LLC | Two Bins Capital LLC | | |
| Broker telephone | | 212-994-8739 | 917-414-0935 | 917-414-0935 | 917-414-0935 | 917-414-0935 | 917-414-0935 | | (917) 282-8726 | | |
| Broker email | | asasson@ackmanziff.com | hdalton@eastdilsecured.com | hdalton@eastdilsecured.com | hdalton@eastdilsecured.com | hdalton@eastdilsecured.com | hdalton@eastdilsecured.com | | com | | |
| Address | | 711 3rd Avenue , New York, New York 10017 | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 1430 Brodaway, suite 1605, New York, New York 10018 | 485 Madison Avenue , 22nd floor , NY, NY 10022 | | |
| LOI Date | | 7/6/2021 | 2/15/2022 | 2/15/2022 | 2/15/2022 | 2/15/2022 | 2/15/2022 | 2/15/2022 | 2/15/2022 | | |
| Total ( $ MM) | | $85,000,000 | $97,500,000 | $97,500,000 | $97,500,000 | $97,500,000 | $97,500,000 | $97,500,000 | $100,000,000 | option Net lease | |
| Comission @ .06 | | $0 | $5,850,000 | $0 | $5,850,000 | $5,850,000 | | $0.00 | | | |
| Net | | $85,000,000 | $91,650,000 | $97,500,000 | $91,650,000 | $91,650,000 | | $97,500,000 | | | |
| Brokerage by Purchaser | | By Purchaser | Seller | Purchaser | Not indicated assume seller | Not indicated assume seller | Purchaser | Buyer | | | |
| Gross Sf Rentabe | 786 @ 27% loss fa | 146,000 | 182,637 | 167,000 | | | | | | | |
| $ SF ( net )  baased on SF | | | $582.19 | $501.82 | $583.83 | | | | | | |
| Non Refundable deposit | | $4,250,000.00 | $10,000,000 | $3,500,000 | $3,600,000 | | $3,500,000.00 | | $10,000,000 | | |
| Deposit pct of purcahse | | 5.00% | 10.26% | 3.59% | 3.69% | 0.00% | 3.59% | 0.00% | 10.00% | | |
| additionl deposit at end of due dilignance | | | | | $3,600,000 | | | | | | |
| All Cash | | All Cash | | | | | | | | | |
| Timing | | Immediate PSA | | 45 days extend by 30 days for 1MM | Due diligence 60 days after PSA | 60 after PSA | 45 Days Due dilligance . | | | | |
| exclsive period | | | 60 days standstill then PSA | | | 60 days | 90 days | 120 | | | |
| Closing | | | | | 90 days after PSA with One 10 dy adjournment | | 120 Days following execution | 90 days with 2 30 day extension with 5 days notice aith additional 500,000 deposit. | | | |
| transfer taxes | | | | | by Seller (not in a  Bankrupcy ? Verify) | | | | | | |
| deliver free and clear of liens | | | | free and clear of liens | free and clear of liens | | | | | | |
| Standstill period | | | | | | | | 45 days | | | |
| Property accepted AS is | | Property accepted as is | | | | | | | | | |
| tenant paying base rent | | | | | | | | Issue Vitra not payign | | | |
| Free and clear of liens | | | | | | | | | | | |
| Free and clear if violation | | | | | | | | There are violatoins | | | |
| Notes | | Quote is old. I spoke to Jeffrey Goldberger week ending 2/20/22. He confirmed that he I sstill interested . He indicated that he would purchase for 90MM . Update quote sent . He wants family to resolve issues . The quoted renatbel square footage is low. I discussed issue of the rentabe. JG indicated he has done his due diligance. | They are requesting a standstill period for due diligence  pending a purchase and sale agreement. Then PSA 60 days | | | | | | Cost to cure vilations at 125 % . Local law work outstandign | Cost to cure vilations at 125 % . Local law work outstandign | | |

EXHIBIT 2 PAGE 185

NFMC-06617

| | | | | | | |
|---|---|---|---|---|---|---|
| Purchaser Name | WC acquisitions LLC | Tribecca investment properties | Tribecca investment properties | Nightingale Properties | Nightingale Properties | Innovo Properties Group RE LLC |
| Purchaser Address | 400 Park Avenue New York , New York 10022 | 321 Greenwich street, New York , New York 10013 | 321 Greenwich street, New York , New York 10013 | 1430 Brodaway , New York, New York 10018 | 1430 Brodaway , New York, New York 10018 | 1370 Avnenue of the Americas |
| Contact | Philip Waterman III | Elliot Ingerman | Elliot Ingerman | Elie Schwartz | Elie Schwartz | Andrew Chung |
| Purchaser telephone Number | 212-224-7477 | 212-224-7477 | 212-224-7477 | 212-742-2800 | 212-742-2800 | |
| Broker | Harley Dalton | Harley Dalton | Harley Dalton | Rama Bassalali | Rama Bassalali | Harley Dalton |
| Brokerage Firm | Easdil Secured | Easdil Secured | Easdil Secured | RBM properties LLC | RBM properties LLC | Easdil Secured |
| Telephone  Number | | | | | | 917-414-0935 |
| | | | | | | hdalton@eastdilsecured.com |
| Address | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 40 West 57th street , 23rd floor | 1430 Broadway, suite 1605, New York, New York 10018 | 1430 Broadway, suite 1605, New York, New York 10018 | 40 West 57th street , 23rd floor |
| Websute | | | | | | |
| LOI Date | 2/15/2022 | 6/2/2021 | 2/15/2022 | 6/23/2021 | 2/15/2022 | 6/3/2021 |
| Total ( $ MM) | $72,000,000 | $75,000,000 | $67,500,000 | $90,000,000 | $70,000,000 | $70,000,000 |
| Reduction due to Market | 100.00% | | 90.00% | | 77.78% | |
| Comission @ .06 | $4,320,000 | $4,500,000 | $4,050,000 | $0.00 | $0.00 | Purchaser |
| Net | $67,680,000 | $70,500,000 | $63,450,000 | $90,000,000 | $70,000,000 | |
| Brokerage by Purchaser | Not indicated assume seller | Not indicated assume seller | Not indicated assume seller | Buyer | Buyer | |
| Gross Sf | | | | | | |
| $ SF ( net )  baased on SF | | | | | | |
| Non Refundable deposit | $3,600,000 | | | | | $3,500,000.00 |
| Deposit pct of purcahse | 5.00% | | | | | 5.00% |
| additionl deposit at end of due dili | $3,600,000 | | | | | |
| All Cash | | | | | | |
| Timing | Due diligance 60 days after PSA | | 60 after PSA | | | 120 Days following execution. 45 day due dilligance |
| exclsive period | | | 60 days | 120 | 120 | 90 days |
| Closing | 90 days after PSA with One 10 dy adjournment | | | | 90 days with 2 30 day extension with 5 days notice  aith additional 500,000 deposit. | closing 120 days |
| transfer taxes | by Seller (not in a Bankrupcy ? Verify) | | | | | |
| deliver free and clear of liens | free and clear of liens | | | | | |
| Standstill period | | | | | 45 days | 45 days |
| Property acepted AS is | | | | | | |
| tenant paying base rent | | | | | Issue Vitra not payign | |
| Free and clear of liens | | | | | | |
| Free and clear if violation | | | | | There are violatoins | |
| Notes | | | | | Cost to cure vilations at 125 % . Local law work outstandign | |
| | | | | | | |

EXHIBIT 2 PAGE 186

NFMC-06618

| Expressed interest | Company | Contact | tel # | Mobile | Email | |
|---|---|---|---|---|---|---|
| 1) | Lyndcrest advisors | Jerry Nazarian | 646-863-1433 | 516-510-0941 | Jeremy@lyncrestadvisors.com | Contacted Andrew Glenn . I did not speak to him . He did not tour building . |
| 2) | Kaufman Investments | Michael Kazmerski | 212-471-4323 | | mkazmierski@kaufmanorganization.com | Toured building with MLS. No proposal |
| 3) | | Moinyan | | | | He toured with Rama Bassali. No broker. |
| 4) | Couglas Elliman | Micah Zimmerman | 212-350-8500 | 336-501-0882 | Micah.Zimmerman@elliman.com | is my cousins son. I did not tour building. I did not discuss the buidling with him . |
| 5) | Two Bins Capital | Emanuel WestFried | | 917-282-8726 | emanuel@twobinscapital.com | |

EXHIBIT 2 PAGE 187

NFMC-06619

| Floors | Useable | Loss factor | Rentable | Useable | Useabel mezzanine | Useable cellar | Source |
|---|---|---|---|---|---|---|---|
| Cellar | | | | | | 5113 | |
| Store corner | | | | 2858 | | | |
| Store Center | | | | 4061 | | | |
| Store Mezzanine | | | | | 850 | | |
| 2 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 3 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 4 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 5 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 6 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 7 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 8 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 9 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 10 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 11 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 12 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 13 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 14 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 15 | 7750 | 27% | 10617 | | | | MAD 08/16/11 |
| 16 | 7666 | 27% | 10501 | | | | The Phillips group 1 |
| Totals | | | **159139** | **6919** | **850** | **5113** | |
| vert rentable ( irregular) | | 27% | | 9478 | 1164 | 7004 | |
| Totals | | | 159139 | 9478 | 1164 | 7004 | 176786 |

EXHIBIT 2 PAGE 188　　　　NFMC-06620

03103

EXHIBIT 2 PAGE 189
NFMC-06621