| | |
|---|---|
| **From:** | Michael Sklar |
| **Sent:** | Tuesday, November 28, 2023 5:28 PM |
| **To:** | emanuel@twobinscapital.com |
| **Cc:** | Sharan Sklar |
| **Subject:** | FW: 95 Madison - Plans Update |
| **Attachments:** | 231113-95 Madison_Update.pdf |
| **Categories:** | Branton |

Michael Sklar
Sole Member
Michael Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | [Msklar@ninetyfivemadison.com](mailto:Msklar@ninetyfivemadison.com) <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email

Exhibit
BX - 34

EXHIBIT 2 PAGE 297     NFMC_000566



CELLAR FLOOR

1ST FLOOR

Copyright © 2015 Workshop DA

SCHEMATIC STUDY - CELLAR & 1 FL

SK-02

PROJECT NUMBER 2114

DATE 11/13/23

Project Status

Owner

SCALE 1" = 20'-0"

95 MADISON AVE, NY

Workshop Design + Architecture, PLLC
98 Fourth Street,
Brooklyn, NY 11231
P: (646) 863-5853
F: (646) 863-5873

11/13/2023 11:01:08 AM



2-15 FLOOR

16TH FLOOR

Copyright © 2015 Workshop DA

SCHEMATIC STUDY - 2ND TO 16TH FLOORS

SK-03

PROJECT NUMBER 2114

DATE 11/13/23

Project Status

Owner

SCALE 1" = 20'-0"

# 95 MADISON AVE, NY

Workshop Design + Architecture, PLLC
98 Fourth Street,
Brooklyn, NY 11231
P: (646) 863-5853
F: (646) 863-5873

11/13/2023 11:01:09 AM



## Talk activity (cont.)

**Mike Sklar**
917-270-6083
iPhone 8 Plus Sim Out

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Nov 29 | 9:31 AM | 203-222-0885 | New York, NY | Incoming, CL | 15 | -- | -- | -- |
| Nov 29 | 9:45 AM | 718-431-4844 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Nov 29 | 12:10 PM | 212-979-6306 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Nov 29 | 12:12 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Nov 29 | 12:37 PM | 212-979-6306 | New York, NY | New York, NY | 24 | -- | -- | -- |
| Nov 29 | 3:12 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Nov 29 | 3:13 PM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Nov 29 | 7:12 PM | 212-979-6306 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Nov 29 | 7:31 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Nov 29 | 7:36 PM | 212-979-6306 | New York, NY | Incoming, CL | 7 | -- | -- | -- |
| Nov 30 | 7:59 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Nov 30 | 2:55 PM | 561-471-5566 | New York, NY | Wpalmbeach, FL | 2 | -- | -- | -- |
| Nov 30 | 2:57 PM | 212-979-6306 | New York, NY | New York, NY | 3 | -- | -- | -- |
| Nov 30 | 2:58 PM | 917-282-8726 | New York, NY | New York, NY | 10 | -- | -- | -- |
| Nov 30 | 3:20 PM | 212-979-6306 | New York, NY | Incoming, CL | 16 | -- | -- | -- |
| Nov 30 | 3:47 PM | 917-304-2886 | New York, NY | New York, NY | 3 | -- | -- | -- |
| Nov 30 | 4:22 PM | 561-471-5566 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Nov 30 | 8:39 PM | 646-438-0093 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Nov 30 | 8:39 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Nov 30 | 8:47 PM | 347-213-9510 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 1 | 9:40 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Dec 1 | 10:45 AM | 646-438-0093 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 1 | 12:26 PM | 646-962-5558 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 1 | 12:38 PM | 212-979-6306 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Dec 1 | 5:28 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 1 | 5:52 PM | 212-979-6306 | New York, NY | New York, NY | 10 | -- | -- | -- |
| Dec 2 | 6:32 PM | 212-979-6306 | New York, NY | New York, NY | 22 | -- | -- | -- |
| Dec 3 | 11:11 AM | 646-438-0093 | Bronx, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 4 | 7:50 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 4 | 8:42 AM | 615-768-8320 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 4 | 9:37 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 4 | 10:43 AM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 4 | 2:00 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 4 | 2:03 PM | 615-768-8320 | New York, NY | Smyrna, TN | 5 | -- | -- | -- |
| Dec 4 | 2:27 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 4 | 2:57 PM | 917-270-0923 | New York, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 4 | 3:05 PM | 615-768-8320 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 4 | 4:24 PM | 212-644-1000 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 4 | 4:27 PM | 212-979-6306 | New York, NY | Incoming, CL | 8 | -- | -- | -- |
| Dec 4 | 5:00 PM | 877-746-4263 | New York, NY | Incoming, CL | 53 | -- | -- | -- |
| Dec 4 | 5:53 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 4 | 6:03 PM | 212-979-6306 | New York, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 4 | 6:35 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 7 | -- | -- | -- |
| Dec 5 | 9:06 AM | 347-948-2082 | New York, NY | Nwyrcyzn04, NY | 2 | -- | -- | -- |
| Dec 5 | 9:52 AM | 646-753-0632 | New York, NY | Incoming, CL | 3 | -- | -- | -- |

Exhibit BX - 35

EXHIBIT 2 PAGE 301

## Talk activity (cont.)

**Mike Sklar**  
917-270-6083  
iPhone 8 Plus Sim Out

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 5 | 10:24 AM | 718-431-4844 | New York, NY | Brooklyn, NY | 2 | -- | -- | -- |
| Dec 5 | 1:29 PM | 516-851-5553 | New York, NY | Incoming, CL | 17 | -- | -- | -- |
| Dec 5 | 1:56 PM | 917-282-8726 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Dec 5 | 5:46 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 5 | 5:47 PM | 212-979-6306 | New York, NY | Incoming, CL | 15 | -- | -- | -- |
| Dec 6 | 9:12 AM | 347-948-2082 | New York, NY | Nwyrcyzn04, NY | 1 | -- | -- | -- |
| Dec 6 | 9:37 AM | 516-581-3495 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 6 | 11:42 AM | 347-948-2082 | New York, NY | Nwyrcyzn04, NY | 8 | -- | -- | -- |
| Dec 6 | 11:51 AM | 212-979-6306 | New York, NY | Incoming, CL | 23 | -- | -- | -- |
| Dec 6 | 3:40 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 6 | 3:57 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 4:02 PM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 5:53 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 6 | 5:55 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 5:55 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 7 | 7:04 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 6 | -- | -- | -- |
| Dec 7 | 9:19 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 2 | -- | -- | -- |
| Dec 8 | 11:15 AM | 212-979-6306 | New York, NY | Incoming, CL | 8 | -- | -- | -- |
| Dec 8 | 11:28 AM | 917-282-8726 | New York, NY | New York, NY | 6 | -- | -- | -- |
| Dec 8 | 11:47 AM | 718-431-4844 | New York, NY | Brooklyn, NY | 3 | -- | -- | -- |
| Dec 8 | 11:55 AM | 347-680-0208 | New York, NY | Nwyrcyzn13, NY | 3 | -- | -- | -- |
| Dec 8 | 5:28 PM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 8 | 6:41 PM | 212-979-6306 | New York, NY | New York, NY | 17 | -- | -- | -- |
| Dec 9 | 11:10 AM | 908-337-3469 | New York, NY | Cranford, NJ | 2 | -- | -- | -- |
| Dec 9 | 5:10 PM | 908-337-3469 | New York, NY | Cranford, NJ | 2 | -- | -- | -- |
| Dec 9 | 5:14 PM | 908-232-5806 | New York, NY | Incoming, CL | 50 | -- | -- | -- |
| Dec 10 | 8:11 PM | 212-979-6306 | New York, NY | New York, NY | 15 | -- | -- | -- |
| Dec 11 | 9:37 AM | 203-257-0947 | New York, NY | Bridgeport, CT | 2 | -- | -- | -- |
| Dec 11 | 9:41 AM | 561-343-0583 | New York, NY | Boca Raton, FL | 1 | -- | -- | -- |
| Dec 11 | 12:11 PM | 212-699-8865 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 11 | 12:38 PM | 212-979-6306 | New York, NY | New York, NY | 8 | -- | -- | -- |
| Dec 11 | 2:42 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 3:12 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 3:17 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 3:18 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 11 | 3:48 PM | 212-979-6306 | New York, NY | Incoming, CL | 10 | -- | -- | -- |
| Dec 11 | 3:57 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 11 | 4:31 PM | 212-878-9500 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 4:32 PM | 212-878-9500 | New York, NY | New York, NY | 32 | -- | -- | -- |
| Dec 11 | 5:04 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 5:05 PM | 917-612-1230 | New York, NY | New York, NY | 17 | -- | -- | -- |
| Dec 11 | 5:21 PM | 917-282-8726 | New York, NY | New York, NY | 13 | -- | -- | -- |
| Dec 11 | 5:34 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 11 | 6:11 PM | 212-979-6306 | New York, NY | New York, NY | 6 | -- | -- | -- |
| Dec 11 | 6:16 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |



12/8/2023 1:55:57 PM

Tomorrow is hard for him. Is Sunday open for you also?

12/8/2023 2:30:11 PM

Sunday works

12/8/2023 2:32:40 PM

Waiting for him to confirm

12/11/2023 9:20:55 AM

I couldn't get him this weekend. He'll actually be back in early January so I'll just sit tight until everything is clean. He's interested for sure

12/11/2023 9:22:48 AM

Keep you posted if I get him earlier. Keep me posted on your side as well

**Exhibit BX - 36**

12/11/2023 10:02:38 AM

> Better . This is clean break and is fair to woodyv



## Talk activity (cont.)

### Emanuel Westfried
917-282-8726
IPHONE 12 PRO MAX

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 5 | 6:35 PM | 516-361-3405 | Great Neck, NY | Mineola, NY | 20 | -- | -- | -- |
| Dec 5 | 6:55 PM | 917-514-7302 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Dec 5 | 7:01 PM | 917-682-7913 | Great Neck, NY | Incoming, CL | 7 | -- | -- | -- |
| Dec 5 | 7:08 PM | 917-885-8900 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Dec 5 | 7:44 PM | 917-885-8900 | Great Neck, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 5 | 8:32 PM | 917-362-5752 | Great Neck, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 6 | 9:08 AM | 305-458-7580 | Mineola, NY | Miami, FL | 1 | -- | -- | -- |
| Dec 6 | 9:15 AM | 917-682-0806 | Mineola, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 9:18 AM | 646-688-3130 | Old Westbu, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 9:20 AM | 917-282-6270 | Albertson, NY | New York, NY | 8 | -- | -- | -- |
| Dec 6 | 9:28 AM | 646-688-3130 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 9:28 AM | 917-682-7913 | Great Neck, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 6 | 9:30 AM | 646-688-3130 | Great Neck, NY | New York, NY | 12 | -- | -- | -- |
| Dec 6 | 9:42 AM | 917-682-7913 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Dec 6 | 9:43 AM | 917-434-5545 | Great Neck, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 6 | 9:44 AM | 917-434-5545 | Great Neck, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 6 | 9:45 AM | 305-458-7580 | Great Neck, NY | Miami, FL | 3 | -- | -- | -- |
| Dec 6 | 9:47 AM | 917-434-5545 | Great Neck, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 6 | 9:51 AM | 917-682-7913 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Dec 6 | 9:53 AM | 917-434-5545 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 9:53 AM | 917-682-7913 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 9:55 AM | 305-458-7580 | Great Neck, NY | Miami, FL | 2 | -- | -- | -- |
| Dec 6 | 9:56 AM | 917-514-7302 | Great Neck, NY | New York, NY | 8 | -- | -- | -- |
| Dec 6 | 10:17 AM | 917-682-0806 | Great Neck, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 6 | 10:23 AM | 617-755-3600 | Great Neck, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 6 | 10:24 AM | 617-755-3600 | Great Neck, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 6 | 11:08 AM | 646-942-4197 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Dec 6 | 11:13 AM | 646-688-3130 | Great Neck, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 11:16 AM | 914-720-8874 | Great Neck, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 11:18 AM | 646-688-3130 | Great Neck, NY | New York, NY | 8 | -- | -- | -- |
| Dec 6 | 11:26 AM | 917-682-0806 | Great Neck, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 6 | 11:30 AM | 917-682-0806 | Great Neck, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 11:32 AM | 917-682-0806 | Great Neck, NY | New York, NY | 4 | -- | -- | -- |
| Dec 6 | 11:36 AM | 914-720-8874 | Great Neck, NY | Wh Plains, NY | 5 | -- | -- | -- |
| Dec 6 | 11:41 AM | 646-942-4197 | Manhasset, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 11:43 AM | 917-510-4964 | Manhasset, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 6 | 11:48 AM | 412-999-5930 | Little Nec, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 6 | 11:52 AM | 646-423-8764 | Oakland GA, NY | New York, NY | 11 | -- | -- | -- |
| Dec 6 | 12:05 PM | 516-361-3405 | East Elmhu, NY | Incoming, CL | 8 | -- | -- | -- |
| Dec 6 | 12:13 PM | 917-204-9192 | Astoria, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 12:15 PM | 646-942-4197 | Astoria, NY | New York, NY | 1 | -- | -- | -- |
| Dec 6 | 12:17 PM | 917-583-1185 | Astoria, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 6 | 12:21 PM | 973-632-6305 | Astoria, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 12:28 PM | 516-840-4316 | Astoria, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 6 | 12:30 PM | 516-840-4316 | Astoria, NY | Syosset, NY | 1 | -- | -- | -- |

Exhibit BX - 37

Verizon000146

EXHIBIT 2 PAGE 305

24

**From:** "Michael Sklar" <msklar@ninetyfivemadison.com>
**Sent:** Mon, 11 Dec 2023 13:39:58 -0500 (EST)
**To:** "Sharan Sklar"
**Subject:** Woody

My thought on Woody to be discussed with Michael Lefkowitz.

1. Should woody continue with the people he has contacted?
2. We will Owe his commission in both cases.
3. What direction we should go . If we flounder we will be in big trouble.

Exhibit BX - 38

EXHIBIT 2 PAGE 306    NFMC-06634

## Talk activity (cont.)

### Emanuel Westfried
**917-282-8726**
**IPHONE 12 PRO MAX**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 13 | 11:16 AM | 917-682-7913 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 11:39 AM | 917-682-7913 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 13 | 11:41 AM | 917-682-7913 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 11:49 AM | 917-204-9192 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Dec 13 | 11:51 AM | 917-682-0806 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 11:56 AM | 917-682-0806 | New York, NY | New York, NY | 8 | -- | -- | -- |
| Dec 13 | 12:04 PM | 646-688-3130 | New York, NY | New York, NY | 8 | -- | -- | -- |
| Dec 13 | 12:07 PM | 812-320-8991 | New York, NY | Bloomingtn, IN | 1 | -- | -- | -- |
| Dec 13 | 12:16 PM | 917-445-2902 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 1:02 PM | 212-979-6306 | Yonkers, NY | New York, NY | 18 | -- | -- | -- |
| Dec 13 | 1:21 PM | 212-979-6306 | Yorktown H, NY | New York, NY | 2 | -- | -- | -- |
| Dec 13 | 1:21 PM | 212-979-6306 | Yorktown H, NY | Incoming, CL | 9 | -- | -- | -- |
| Dec 13 | 1:30 PM | 212-979-6306 | Carmel, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 1:31 PM | 212-880-1200 | Mahopac, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 1:32 PM | 212-880-1200 | Putnam Val, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 13 | 1:35 PM | 812-320-8991 | Putnam Val, NY | Bloomingtn, IN | 1 | -- | -- | -- |
| Dec 13 | 1:37 PM | 201-314-7995 | Putnam Val, NY | Hackensack, NJ | 5 | -- | -- | -- |
| Dec 13 | 1:59 PM | 812-320-8991 | Pleasantva, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 13 | 2:04 PM | 646-688-3130 | Salt Point, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 2:05 PM | 646-688-3130 | Salt Point, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 13 | 2:06 PM | 917-885-8900 | Salt Point, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 2:09 PM | 917-682-0806 | Pleasant V, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 2:12 PM | 646-688-3130 | Rhinebeck, NY | Incoming, CL | 10 | -- | -- | -- |
| Dec 13 | 2:20 PM | 212-979-6306 | Ossining, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 2:22 PM | 646-688-3130 | Red Hook, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 13 | 2:25 PM | 917-514-7302 | Elizaville, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 13 | 2:27 PM | 917-885-8900 | Elizaville, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 13 | 2:29 PM | 917-434-5545 | Craryville, NY | New York, NY | 3 | -- | -- | -- |
| Dec 13 | 2:52 PM | 732-979-8897 | Valatie, NY | Newbrnswck, NJ | 3 | -- | -- | -- |
| Dec 13 | 2:54 PM | 917-682-0806 | Valatie, NY | New York, NY | 3 | -- | -- | -- |
| Dec 13 | 3:00 PM | 516-361-3405 | Schodack, NY | Mineola, NY | 1 | -- | -- | -- |
| Dec 13 | 3:03 PM | 646-709-6845 | East Green, NY | Incoming, CL | 6 | -- | -- | -- |
| Dec 13 | 3:09 PM | 516-361-3405 | Albany, NY | Mineola, NY | 1 | -- | -- | -- |
| Dec 13 | 3:10 PM | 917-682-7913 | Albany, NY | New York, NY | 7 | -- | -- | -- |
| Dec 13 | 3:20 PM | 516-361-3405 | Colonie, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 13 | 3:31 PM | 646-688-3130 | Albany, NY | New York, NY | 1 | -- | -- | -- |
| Dec 13 | 6:29 PM | 917-885-8900 | Averill PA, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 14 | 11:07 AM | 917-494-8600 | Schodack, NY | New York, NY | 3 | -- | -- | -- |
| Dec 14 | 11:11 AM | 857-230-9996 | Nassau, NY | Roxbury, MA | 5 | -- | -- | -- |
| Dec 14 | 11:26 AM | 917-434-5545 | Kinderhook, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 14 | 11:28 AM | 917-434-5545 | Craryville, NY | New York, NY | 1 | -- | -- | -- |
| Dec 14 | 11:29 AM | 917-682-7913 | Hudson, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 14 | 11:34 AM | 516-641-8468 | Hudson, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 14 | 11:44 AM | 516-641-8468 | Craryville, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 14 | 11:46 AM | 516-641-8468 | Craryville, NY | VM Deposit, CL | 1 | -- | -- | -- |

## Talk activity (cont.)

**Mike Sklar**
917-270-6083
iPhone 8 Plus Sim Out

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 16 | 3:05 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 16 | 3:26 PM | 917-270-0923 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Dec 16 | 3:31 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Dec 16 | 3:32 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 17 | -- | -- | -- |
| Dec 16 | 6:31 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 16 | 6:49 PM | 917-270-0923 | Queens, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 16 | 7:04 PM | 917-558-6347 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 17 | 10:42 AM | 212-970-1624 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 17 | 11:57 AM | 347-213-9510 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 17 | 12:06 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 17 | 12:53 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 17 | 1:04 PM | 212-979-6306 | New York, NY | Incoming, CL | 5 | -- | -- | -- |
| Dec 17 | 1:22 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 17 | 1:24 PM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 17 | 1:45 PM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 18 | 8:44 AM | 917-612-1230 | New York, NY | Incoming, CL | 9 | -- | -- | -- |
| Dec 18 | 11:14 AM | 917-612-1230 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 11:47 AM | 212-532-0264 | New York, NY | New York, NY | 18 | -- | -- | -- |
| Dec 18 | 12:05 PM | 917-414-5476 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 12:05 PM | 917-414-5476 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 12:06 PM | 917-414-5476 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 12:06 PM | 393-470730610 Mobile | New York, NY | Italy | 6 | -- | 11.94 | 11.94 |
| Dec 18 | 12:39 PM | 917-612-1230 | New York, NY | New York, NY | 5 | -- | -- | -- |
| Dec 18 | 12:47 PM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 18 | 1:02 PM | 917-499-5946 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 2:15 PM | 830-624-9711 | New York, NY | Newbranfls, TX | 1 | -- | -- | -- |
| Dec 18 | 2:22 PM | 908-581-3659 | New York, NY | Somerville, NJ | 1 | -- | -- | -- |
| Dec 18 | 2:27 PM | 830-624-9711 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 18 | 2:40 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Dec 18 | 2:40 PM | 347-213-9510 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 18 | 3:34 PM | 917-612-1230 | New York, NY | Incoming, CL | 39 | -- | -- | -- |
| Dec 18 | 4:27 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 4:27 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 18 | 4:29 PM | 917-337-6124 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 4:29 PM | 917-337-6124 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 4:38 PM | 212-979-6306 | New York, NY | New York, NY | 38 | -- | -- | -- |
| Dec 18 | 5:17 PM | 917-282-8726 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 9:52 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 18 | 9:52 PM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 19 | 8:22 AM | 908-581-3659 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 19 | 12:24 PM | 917-282-8726 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 19 | 12:43 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 19 | 12:45 PM | 908-581-3659 | New York, NY | Somerville, NJ | 4 | -- | -- | -- |
| Dec 19 | 12:45 PM | 212-979-6306 | New York, NY | New York, NY | 3 | -- | -- | -- |

12/11/2023 10:02:38 AM

> Better . This is clean break and is fair to woodyv

12/18/2023 5:19:33 PM

Need a few hours. Can I call you around 7pm

12/18/2023 5:26:51 PM

> NP

12/18/2023 7:22:59 PM

Tried you back.

12/18/2023 7:40:59 PM

Let's talk tomorrow.

12/19/2023 12:56:54 PM

I'm hoping on a flight in 45 mins. Ill call later tonight if we don't speak before then.

12/19/2023 6:56:49 PM

Call me anytime.

12/20/2023 1:20:06 PM

Let me know when free to talk today.

1/1/2024 7:47:21 AM

Happy new year michael.

Please send NDA for 95 madison. For tomorrows walk through let me know who will tour me around.

1/1/2024 8:58:02 AM

> K

1/1/2024 8:00:45 PM

Who am I meeting with tomorrow at 2 for the tour?

1/1/2024 8:12:48 PM

> Karen 646-753-0632

1/1/2024 8:24:39 PM

Ok. It that your wife?

1/2/2024 11:40:32 AM

> Yes

1/2/2024 2:10:18 PM

He's interested. Send me what you got.

1/2/2024 2:30:34 PM

He seemed really into this. I just left him a little while ago.

**Exhibit BX - 41**

1/2/2024 3:08:37 PM

3 minutes

1/3/2024 8:54:48 AM

He couldn't access that link without a password and email

1/3/2024 4:16:02 PM

My guy is all over this. I'll get you a real offer in next few days. He doesn't want to deal with the 12th floor tenant - I don't blame him.

1/4/2024 10:40:57 AM

1 hour

1/4/2024 10:41:09 AM

Ok. Don't forget about me.

1/8/2024 3:32:37 PM

The facade work is 3.3m+?!? I don't remember why I thought you said 2m. I could be mixing things up.

1/8/2024 6:22:48 PM

Sent you their LOI

1/9/2024 10:41:47 AM

Let me know when you're free to talk.

1/9/2024 11:12:11 AM

Will call in 20

1/9/2024 11:12:21 AM

Ok

1/9/2024 12:27:33 PM

Let me know when free

1/10/2024 9:02:09 AM



1/10/2024 9:10:09 AM

You're very loved right now.

1/10/2024 9:33:45 AM

Are you around today by the building?

1/10/2024 9:35:17 AM

I love you and all but I don't want to schlepp up to Harlem to see you

1/10/2024 5:06:52 PM

28 w 53rd street

1/10/2024 5:28:02 PM

Just got here. At a table right off the elevator in the lobby (2nd floor).

1/10/2024 8:14:39 PM

Was nice seeing you earlier

1/12/2024 9:17:52 PM

Just sent you his revised LOI

1/16/2024 1:39:25 PM

You get the LOI

1/18/2024 10:26:24 AM

Calm when free. No rush.

1/18/2024 10:27:38 AM

Call

1/20/2024 4:03:34 PM

Was that a pocket dial?

1/26/2024 9:38:33 AM

Checking in.

1/29/2024 4:24:53 PM

Just got a call for financing for 95 madison from someone telling me he has a contract.

1/29/2024 5:04:30 PM

Could be through buyer .

1/29/2024 5:44:40 PM

Is your buyer Midas - Simon lichestein ?

1/29/2024 5:59:03 PM

This isn't your buyer.

1/29/2024 6:10:19 PM

Lots of schmucks out there ….

1/30/2024 10:35:33 AM

It appears that way .

1/30/2024 4:39:58 PM

My guy is calling me everyday for updates. How are you progressing with the other guy?

1/31/2024 7:38:18 PM

Talk tomorrow or meet for coffee?

1/31/2024 7:39:22 PM

Let's talk tomorrow. I'm out of town and can't meet in person until Tuesday.

1/31/2024 7:40:01 PM

I'd take you to baccarat hotel for more seltzers anytime 😃

1/31/2024 7:48:44 PM

What time works ?

1/31/2024 7:52:16 PM

Call me anytime.

1/31/2024 7:53:01 PM

If you want to talk tonight I can talk you.

1/31/2024 7:53:03 PM

Too

2/1/2024 9:41:32 AM

Can I call you later?

2/1/2024 9:41:53 AM

Call anytime.

2/1/2024 9:42:04 AM

On call .

2/1/2024 2:36:19 PM

Call in 20

2/1/2024 2:41:05 PM

Ok

2/1/2024 4:11:11 PM

Let's try and wrap this up today. We're almost done.

2/1/2024 5:11:43 PM

7.5 % deposit on signing (Can be LC )  2.5% on bankruptcy court approved .  I hope this works.

2/1/2024 5:12:27 PM

Be right back tk you

2/1/2024 7:51:25 PM

He said ok. Let's move forward.

                2/1/2024 8:33:31 PM

> Should I send the contract you sent me or will you send one with the purchase price and deposit info we agreed on.

                2/1/2024 8:33:50 PM

> Jay Lau, Esq.
>
> Jlau@laupc.com
>
> Christodoulou & Lau, P.C.
> 40 Cutter Mill Road, Suite 504
> Great Neck, NY 11021
> Tel: 516-829-9770
> Fax: 516-829-9788
>
> This is his attorney.

                2/1/2024 8:43:18 PM

>> Will send to our attorney . I already put him on notice.

                2/1/2024 8:48:56 PM

> Ok.

                2/1/2024 8:59:01 PM

> Please try and get him the contract tomorrow so that he has the weekend to review it. He's all over this.

                2/2/2024 4:53:36 PM

> Is 7pm Tuesday ok?

                2/2/2024 6:14:13 PM

>> Ok

                2/2/2024 6:14:23 PM

> I'll send you an invite

                2/2/2024 6:14:46 PM

>> K

                2/2/2024 6:16:33 PM

> Sent.

                2/2/2024 6:52:25 PM

> I guess no contract today… they're all over me.

                2/2/2024 6:53:03 PM

>> I sent the PSA. Check your email.

                2/2/2024 6:53:47 PM

> Sorry. See it now

                2/2/2024 6:53:52 PM

>> NP

## Talk activity (cont.)

**Mike Sklar**
917-270-6083
iPhone 8 Plus Sim Out

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|---|---|---|---|---|---|---|---|---|
| Dec 19 | 12:48 PM | 212-979-6306 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 19 | 1:37 PM | 917-612-1230 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 19 | 1:38 PM | 917-612-1230 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 19 | 4:18 PM | 917-612-1230 | New York, NY | New York, NY | 9 | -- | -- | -- |
| Dec 20 | 10:11 AM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 20 | 10:14 AM | 646-594-4649 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 20 | 10:17 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 20 | 10:21 AM | 908-581-3659 | New York, NY | Somerville, NJ | 4 | -- | -- | -- |
| Dec 20 | 10:25 AM | 646-594-4649 | New York, NY | Incoming, CL | 16 | -- | -- | -- |
| Dec 20 | 11:02 AM | 516-581-3495 | New York, NY | Incoming, CL | 8 | -- | -- | -- |
| Dec 20 | 11:05 AM | 212-979-6306 | New York, NY | Incoming, CL | 23 | -- | -- | -- |
| Dec 20 | 11:35 AM | 212-979-6306 | New York, NY | Incoming, CL | 7 | -- | -- | -- |
| Dec 20 | 12:37 PM | 518-291-3004 | New York, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 20 | 4:26 PM | 518-291-3004 | New York, NY | Catskill, NY | 1 | -- | -- | -- |
| Dec 20 | 4:52 PM | 516-581-3495 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Dec 20 | 5:43 PM | 917-282-8726 | New York, NY | New York, NY | 10 | -- | -- | -- |
| Dec 20 | 6:03 PM | 551-265-8360 | New York, NY | Hackensack, NJ | 28 | -- | -- | -- |
| Dec 21 | 8:51 AM | 518-291-3004 | New York, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Dec 21 | 8:52 AM | 561-343-0583 | New York, NY | Boca Raton, FL | 2 | -- | -- | -- |
| Dec 21 | 4:54 PM | 212-979-6306 | New York, NY | New York, NY | 15 | -- | -- | -- |
| Dec 21 | 5:09 PM | 212-979-6306 | New York, NY | Incoming, CL | 13 | -- | -- | -- |
| Dec 21 | 5:12 PM | 212-689-8000 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 21 | 5:23 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 2 | -- | -- | -- |
| Dec 21 | 5:25 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 21 | 5:25 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 1 | -- | -- | -- |
| Dec 21 | 5:27 PM | 212-979-6306 | New York, NY | New York, NY | 22 | -- | -- | -- |
| Dec 22 | 9:48 AM | 212-551-1241 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 22 | 9:50 AM | 516-851-5553 | New York, NY | Nassauzn02, NY | 1 | -- | -- | -- |
| Dec 22 | 9:54 AM | 516-851-5553 | New York, NY | Nassauzn02, NY | 3 | -- | -- | -- |
| Dec 22 | 10:04 AM | 561-343-0583 | New York, NY | Boca Raton, FL | 1 | -- | -- | -- |
| Dec 22 | 10:05 AM | 518-291-3004 | New York, NY | Catskill, NY | 1 | -- | -- | -- |
| Dec 22 | 3:12 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Dec 22 | 3:25 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 22 | 3:42 PM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Dec 22 | 4:02 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Dec 22 | 4:11 PM | 516-851-5553 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 22 | 4:25 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Dec 22 | 4:47 PM | 347-213-9510 | New York, NY | Nwyrcyzn03, NY | 1 | -- | -- | -- |
| Dec 22 | 4:51 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 22 | 4:52 PM | 347-213-9510 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 22 | 4:53 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 22 | 5:25 PM | 347-213-9510 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 23 | 9:03 AM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 6 | -- | -- | -- |
| Dec 23 | 6:19 PM | 908-337-3469 | New York, NY | Cranford, NJ | 1 | -- | -- | -- |
| Dec 23 | 6:20 PM | 610-294-9839 | New York, NY | Uhlerstown, PA | 1 | -- | -- | -- |