

5:07

**M** **S**

2 People

Wed, Dec 27 at 12:43 PM

Can I get tour 1/2 at 2pm with the Chinese buyer? I'm hitting the ground running on this for you guys.

Thu, Dec 28 at 10:03 AM

Michael  95 Madison Ave

Yes lets catch up tomorrow .

Ok. Call me anytime.

**Exhibit**
BX - 51

EXHIBIT 2 PAGE 346

TB_EW_003190



**From:** Michael Sklar <msklar@ninetyfivemadison.com>
**Sent:** Thursday, December 28, 2023 8:03 AM
**To:** Woody Heller <wheller@brantonrealty.com>; Woody Heller <woody.heller@outlook.com>
**Cc:** Sharan Sklar <ssklar@ninetyfivemadison.com>; Karen Kertesz <kkertesz@ninetyfivemadison.com>
**Subject:** RE: Tours tomorrow

Yes

Michael Sklar
Sole  Member
Michael  Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email

---

**From:** Woody Heller <wheller@brantonrealty.com>
**Sent:** Wednesday, December 27, 2023 6:38 PM
**To:** Woody Heller <woody.heller@outlook.com>; Michael Sklar <msklar@ninetyfivemadison.com>
**Cc:** Sharan Sklar <ssklar@ninetyfivemadison.com>
**Subject:** RE: Tours tomorrow

Michael,

Are the tours confirmed for 2pm tomorrow? I need to advise the buyers. Thanks



1

BR002420

EXHIBIT 2 PAGE 347

**Woody Heller**
Founding Partner

Tel: (917) 612-1230
Email: wheller@brantonrealty.com
Website: brantonrealty.com

**From:** Woody Heller <woody.heller@outlook.com>
**Sent:** Wednesday, December 27, 2023 3:11 PM
**To:** Michael Sklar <msklar@ninetyfivemadison.com>
**Cc:** Sharan Sklar <ssklar@ninetyfivemadison.com>
**Subject:** Tours tomorrow

Michael,

Per our conversation earlier about the new groups that are interested in the building, please arrange for the building to be open tomorrow at 2pm. Please confirm. Thank you.

**Woody Heller**
Founding Partner

Tel: (917) 612-1230
Email: wheller@brantonrealty.com
Website: brantonrealty.com

BR002421

EXHIBIT 2 PAGE 348

| | |
|---|---|
| **From:** | Woody Heller |
| **To:** | Michael Sklar; Sharan Sklar |
| **Subject:** | CNY Revised LOI |
| **Date:** | Thursday, December 28, 2023 2:41:17 PM |
| **Attachments:** | 95 Mad - Offer Letter Revised 12-28-23.docx |
| | image001.png |

Michael & Sharan,

Attached is CNY's revised LOI post our conversation earlier this week. They mention purchasing the building without vacant possession, but the language describing the costs associated therewith need to be revised. Let's discuss when you're available.

**Woody Heller**
Founding Partner

**BRANTON REALTY**

Tel:  (917) 612-1230
Email:  wheller@brantonrealty.com
Website: brantonrealty.com

**Exhibit
BX - 53**

<div align="center">

**ARIES CAPITAL CORP**
425 W 23rd Street, Suite 1
New York, NY 10011
Tel: 212-956-3050

</div>

Mr. Woody Heller                                                                    December 27, 2023
Branton Realty

Subject: Acquisition of 95 Madison Avenue, New York, NY 10016

Dear Mr. Heller:

I am writing this Letter of Intent (LOI) on behalf of Madison 95 Associates LLC, (an SPE formed whose members include principals of CNY Group and Equity Partner hereinafter referred to as (The "Buyer") to express our interest in acquiring the 16-story building located at 95 Madison Avenue, New York, NY 10016 ("The Property"). We believe this sale and acquisition aligns with our strategic goals and represents a significant opportunity for growth for both parties.

Terms of the proposed acquisition are as follows:

1. Property Details: The Buyer wishes to acquire the entire building located at 95 Madison Avenue, New York, NY 10016

2. Consideration: The Buyer agrees to purchase the building for a total consideration of $60,000,000.

3. Delivery: The Seller, Ninety-Five Madison Company, L.P., shall deliver The Building as follows:

    (i)     The Seller shall ensure The Building is delivered fee simple to The Buyer.

    (ii)    The Seller will deliver The Building and title free and clear of all liens and encumbrances.

    (iii)   It has been represented to The Buyer there are several violations on the building, both physical and financial.  The Seller has provided an updated violation report to show which violations are still in place.

    (iv)    It has been represented to The Buyer that there are two office tenants remaining on the 12th floor; (a) Tenant A whose lease expires end of year 2024 with a landlord termination option to terminate the lease in 120 days of due notice and the payment of $5,000 (b) and Tenant B occupying 5,900 sf whose lease matures in 2030. The Buyer has offered to pay up to $250,000 for Tenant B to vacate their 5,900 sf space.  The Seller agrees that the $250,000 can only be used for the buyout of Tenant B and for no other purpose or expense on Seller's part.

    (v)     A side letter agreement will be drafted between The Seller and The Buyer stating The Seller will use commercial best efforts to make a deal with Tenant B to vacate their current space as referenced in (iv) above.  In the event The Seller cannot reach an agreement with Tenant B to vacate; The Seller agrees to relocate Tenant B within the building to a space of similar size and of The Buyer's choice (i.e. commercial, ground floor retail or another unit) within six months of closing with an amount of  approximately $ 2.8M (consideration for the dimunition of value of rentable space ) placed in an escrow account to be paid to Buyer at Closing.  The final amount will be calculated and agreed upon by both parties.  This will be a condition of closing.  It is also understood that The Seller needs to give 6 months notice to Tenant B to vacate. The Seller shall also be responsible for evidencing an Agreement with Tenant A to surrender their space within 6 months of the closing . The Seller will provide Buyer with copies of all communication between Seller and Tenants that relate to their buyout , relocation and / or termination of leases.

BR000502

EXHIBIT 2 PAGE 350

(vi)     The Seller has provided the GRS environmental report dated 10/12/22 in the Seller's data room which can be certified to The Buyer at a cost of approximately $500 to be paid for at The Buyer's expense.

4. Due Diligence: During our diligence, currently underway, The Buyer will pay for various costs of the investigation of The Property. The Seller will provide all information including but not limited to all tenant leases, all landmark documentation or any other city agency mandatory repairs (i.e. Local Law 11 & 10) that have been performed in conjunction with landmarks, any other mandated municipal requirements landmark or otherwise, any information and documentation on any violations, outstanding levies, real estate taxes, union agreements, labor agreements or any bankruptcy related documentation. During this period, The Seller shall provide Buyer with access to all necessary documents, records, and information related to The Property. We realize the majority of the information is contained in the Seller's data room to which Seller has already provided access; The Seller will provide any additional property information that they have, which is not contained in the Seller's data room upon request of Buyer.

5. Good Faith Negotiations: The parties will negotiate the final PSA targeted to be signed by January 8th, 2024, however, this date can be pushed back to a later date in January 2024 if needed.

6. Exclusivity: During the period following the execution of this LOI until the signing of the Purchase Sales Agreement, or sooner termination of this LOI by The Buyer at its sole discretion, whichever occurs earlier, but not later than January 31st, 2024. The Seller shall not engage in any offers, negotiations, or discussions with any third party regarding the sale of The Property. During the due diligence period The Buyer will pay for various costs of the investigation of The Property. The Seller will provide all information including but not limited to all tenant leases, all landmark or any other city agency mandatory repairs (i.e. Local Law 11 & 10) that have been performed in conjunction with landmarks, any other mandated municipal requirements landmark or otherwise, any information and documentation on any violations, outstanding levies or real estate taxes, union agreements, labor agreements, or any bankruptcy related documentation.

7. Purchase Sale Agreement: The Seller has provided a copy of the PSA prepared by Seller's counsel for review by Buyer's counsel.

8. Deposit: The Buyer agrees to a 10% deposit upon signing of a PSA in the form of a Letter of Credit to be held in escrow by The Buyer's title company – Cornerstone Land Abstract. Upon approval by the Bankruptcy Court of the executed Purchase Sale Agreement between Seller and Buyer, The Letter of Credit will convert to a cash deposit. The Seller will confirm the Letter of Credit is acceptable to the bankruptcy court judge.

9. Closing: The closing of the purchase shall occur within 60 days, Time is of the Essence, from receiving Bankruptcy Court approval of the purchase. The closing shall be subject to the satisfaction of all necessary legal and regulatory requirements.

10. Confidentiality: Both parties agree to keep the terms and details of this LOI and the ensuing negotiations strictly confidential, except as required by law or with the prior written consent of the other party.

11. Brokers: It is understood that Branton Realty, Mr. Woody Heller, is the exclusive representative for The Seller of The Property and Aries Capital Corp., Mr. Nicholas Barone is the exclusive representative for The Buyer of The Property; both The Seller and The Buyer will be responsible for paying their respective brokers.

BR000503

EXHIBIT 2 PAGE 351

This LOI is non-binding except for Exclusivity and is intended to outline the general terms and conditions of the proposed transaction. It is not a contract and does not create any legally binding obligations between the parties. Any final agreement shall be subject to the negotiation and execution of a mutually acceptable purchase and sale agreement.

We believe that this acquisition presents a unique opportunity for both parties, and we look forward to working closely with you to a successful sale and acquisition for both parties. Should you have any questions or require additional information, please do not hesitate to contact me.

Thank you for considering our proposal. We anticipate a positive response and the opportunity to proceed with the necessary negotiations.


Sincerely yours,
ARIES CAPITAL CORP

BR000504

EXHIBIT 2 PAGE 352

# Talk activity (cont.)

**Mike Sklar**
**917-270-6083**
**iPhone 8 Plus Sim Out**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Dec 23 | 6:22 PM | 908-337-3469 | New York, NY | Incoming, CL | 9 | -- | -- | -- |
| Dec 24 | 11:26 AM | 610-294-9839 | New York, NY | Uhlerstown, PA | 1 | -- | -- | -- |
| Dec 24 | 11:26 AM | 610-294-9839 | New York, NY | Uhlerstown, PA | 1 | -- | -- | -- |
| Dec 24 | 11:27 AM | 212-979-6306 | New York, NY | New York, NY | 3 | -- | -- | -- |
| Dec 24 | 12:14 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 24 | 12:54 PM | 917-270-0923 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 24 | 2:23 PM | 212-979-6306 | New York, NY | New York, NY | 27 | -- | -- | -- |
| Dec 25 | 9:22 AM | 718-431-4844 | New York, NY | Brooklyn, NY | 2 | -- | -- | -- |
| Dec 26 | 10:34 AM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 26 | 10:36 AM | 212-979-6306 | New York, NY | Incoming, CL | 17 | -- | -- | -- |
| Dec 26 | 11:17 AM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 26 | 11:58 AM | 908-581-3659 | New York, NY | Incoming, CL | 11 | -- | -- | -- |
| Dec 26 | 12:15 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 26 | 12:27 PM | 917-612-1230 | New York, NY | Incoming, CL | 22 | -- | -- | -- |
| Dec 26 | 1:37 PM | 212-979-6306 | New York, NY | Incoming, CL | 7 | -- | -- | -- |
| Dec 26 | 2:06 PM | 212-979-6306 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Dec 26 | 4:04 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 26 | 4:41 PM | 212-979-6306 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Dec 26 | 7:14 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 26 | 7:22 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 26 | 7:30 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 27 | 9:00 AM | 917-612-1230 | New York, NY | New York, NY | 30 | -- | -- | -- |
| Dec 27 | 9:30 AM | 914-450-4019 | New York, NY | Wschstzn06, NY | 1 | -- | -- | -- |
| Dec 27 | 9:44 AM | 516-851-5553 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 27 | 12:40 PM | 212-979-6306 | New York, NY | New York, NY | 30 | -- | -- | -- |
| Dec 27 | 1:34 PM | 516-851-5553 | New York, NY | Nassauzn02, NY | 2 | -- | -- | -- |
| Dec 27 | 2:17 PM | 518-291-3004 | New York, NY | Catskill, NY | 1 | -- | -- | -- |
| Dec 27 | 2:18 PM | 561-343-0583 | New York, NY | Boca Raton, FL | 2 | -- | -- | -- |
| Dec 27 | 3:54 PM | 212-979-6306 | New York, NY | Incoming, CL | 19 | -- | -- | -- |
| Dec 27 | 4:48 PM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 28 | 9:08 AM | 646-486-1048 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 28 | 11:21 AM | 212-979-6306 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Dec 28 | 2:31 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 3 | -- | -- | -- |
| Dec 28 | 4:01 PM | 917-755-6002 | New York, NY | Incoming, CL | 22 | -- | -- | -- |
| Dec 28 | 5:16 PM | 212-979-6306 | New York, NY | Incoming, CL | 51 | -- | -- | -- |
| Dec 28 | 8:07 PM | 212-979-6306 | New York, NY | New York, NY | 10 | -- | -- | -- |
| Dec 28 | 8:25 PM | 917-558-6347 | New York, NY | New York, NY | 12 | -- | -- | -- |
| Dec 29 | 10:57 AM | 917-282-8726 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 29 | 11:02 AM | 917-997-3101 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Dec 29 | 12:42 PM | 917-282-8726 | New York, NY | New York, NY | 12 | -- | -- | -- |
| Dec 29 | 1:13 PM | 917-664-1881 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Dec 29 | 1:17 PM | 917-664-1881 | New York, NY | Incoming, CL | 27 | -- | -- | -- |
| Dec 29 | 1:46 PM | 212-979-6306 | New York, NY | New York, NY | 33 | -- | -- | -- |
| Dec 29 | 2:18 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Dec 29 | 2:24 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |

Exhibit
BX - 54

Verizon000034

EXHIBIT 2 PAGE 353

25

| | |
|---|---|
| **From:** | Michael Sklar |
| **Sent:** | Monday, January 1, 2024 5:43 PM |
| **To:** | Emanuel Westfried |
| **Subject:** | NDA 956 Madison 2 Bins Capital Sunlight Group 010124 |

📄 NDA 95 Madison 2 bins Sunlight Group 010124.pdf

Please sign and have client sign.

Michael Sklar
Sole  Member
Michael  Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email



**Exhibit**
BX - 55

EXHIBIT 2 PAGE 354

NFMC_000582

| From: | emanuel@twobinscapital.com |
|---|---|
| Sent: | Mon, 1 Jan 2024 17:46:48 -0500 (EST) |
| To: | "Linzhong Zhuo" <lin@sunlightgroupny.com> |
| Cc: | "Jimmy Chou" <lgcenterprise@gmail.com> |
| Subject: | Fwd: NDA 956 Madison 2 Bins Capital Sunlight Group 010124 |

See you guys tomorrow at 2pm at 95 Madison Avenue. The seller wants you to sign this NDA.


Sent from my iPhone

Begin forwarded message:

> **From:** Michael Sklar <msklar@ninetyfivemadison.com>
> **Date:** January 1, 2024 at 5:43:20 PM EST
> **To:** emanuel@twobinscapital.com
> **Subject: NDA 956 Madison 2 Bins Capital Sunlight Group 010124**

NDA 95 Madison 2 bins Sunlight Group 010124.pdf


Please sign and have client sign.

Michael Sklar
Sole Member
Michael Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email

**Exhibit**
**BX - 56**

EXHIBIT 2 PAGE 355

TB_EW_000013

**From:** emanuel@twobinscapital.com
**Sent:** Tuesday, January 2, 2024 10:14 AM
**To:** Michael Sklar
**Subject:** Re: NDA 956 Madison 2 Bins Capital Sunlight Group 010124
**Attachments:** NDA 95 Madison 2 bins Sunlight Group 010124.pdf

Sent from my iPhone

On Jan 1, 2024, at 5:43 PM, Michael Sklar <msklar@ninetyfivemadison.com> wrote:

<Outlook-zm1qqu40.png>
NDA 95 Madison 2 bins Sunlight Group 010124.pdf

Please sign and have client sign.

Michael Sklar
Sole Member
Michael Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email


Exhibit
BX - 57

EXHIBIT 2 PAGE 356

NFMC_000583

January 1, 2023

Ninety Five Madison Company
95 Madison Avenue , Suite 609
New York , New York 10023
Att Michael Sklar Msklar@ninety-fivemadison.com

### *Confidentiality Agreement for 95 Madison Avenue, New York, NY (the "Premises")*

Dear Mr. Sklar :

We agree:

1    *Confidential Information.* The "**Confidential Information**" means the following, including any that we previously received from you, relating to the Premises or to Owner: (i) offering memo, leases, contracts, brochures, studies, environmental reports, financial information, and other data and documents that you give us; (ii) copies of any of the foregoing; (iii) information we obtain through site visits; (iv) the facts that we signed this agreement, have or may have an interest in the Premises or a Transaction, or received Confidential Information; and (v) terms of any actual or possible Transaction. Confidential Information does not, however, include information that: (a) is or becomes publicly available except through violation of this agreement; (b) was available to us on a nonconfidential basis before you gave it to us; (c) becomes available to us on a nonconfidential basis from a person other than you (or your representatives) who we do not know is bound by an obligation of confidentiality; or (d) we developed independently of you.

2    *Preservation of Confidentiality.* We will preserve confidentiality of all Confidential Information, by taking commercially reasonable measures toward that end, including at least the same measures we use for our own confidential information. We will not use or share any Confidential Information except to evaluate a Transaction. On your written request, we will promptly return to you (or at our option destroy) all Confidential Information. We may, however, keep backup or archival copies of Confidential Information as our standard data retention procedures require.

3    *Additional Recipients.* We may disclose Confidential Information to our affiliates, directors, insurers,officers, principals, professional advisers (including legal counsel, consultants, accountants, and financial advisors), staff, and actual and prospective debt and equity sources and their representatives (collectively, "**Additional Recipients**"), all only as needed to help us consider a Transaction. We will instruct each Additional Recipient to comply with the previous paragraph.

1

EXHIBIT 2 PAGE 357

NFMC_000584

4      *Required Disclosure.* If any government (including judicial authority) or regulatory authority requires us to disclose Confidential Information, we shall, if legally permitted, promptly notify Owner. We will reasonably cooperate with efforts to block disclosure, at no cost to us. During those efforts we will not disclose Confidential Information unless legally required. We may disclose Confidential Information in any litigation between us and Owner but we will take such actions as are reasonably available to preserve confidentiality.

5      *No Liability.* No party has any obligation to enter into a Transaction, unless and until the parties (or their affiliates) in their sole and absolute discretion negotiate and exchange binding documents to that effect (the "**Definitive Documents**"). Owner makes no representation, and shall have no liability due to our reliance, on any Confidential Information. That does not limit the effect of any Definitive Documents. Either party hereto shall have the right for any or no reason and at any time prior the execution of Definitive Documents to cease communication and negotiations regarding the Tranaction completed herein.

Either party hereto shall have the right for any or no reason and at any time prior the execution of Definitive Documents to cease communication and negotiations regarding the Tranaction completed herein.

6      *Prohibitions.* Without your discretionary consent, we shall not: (i) enter the Premises, except space open to the public; or (ii) communicate about the Premises or a possible Transaction with Owner or any known employee, ground lessor or lessee, lender, management company, supplier or service provider, tenant, or subtenant of Owner or the Premises.

7      *Other Brokers.* We have not dealt and will not deal with any broker, agent, or finder (a "**Broker**") except any Broker who has filled out and signed the Buyer's Broker Acknowledgment below before we deliver(ed) this agreement to Owner. We shall indemnify and hold Owner harmless from and against any and all loss, costs, damages, liability, expense, and judgments (including reasonable attorneys' fees and disbursements and costs of collection) incurred because any Broker claims to have dealt with us for any Transaction, including any Buyer's Broker. We shall and Owner shall have no obligation to) compensate any Buyer's Broker. Any Buyer's Broker constitutes an Additional Recipient. This paragraph shall survive closing of any Transaction and expiration of our obligations on Confidential Information.

8      *Miscellaneous.* This agreement expresses the parties' entire agreement, superseding all prior understandings, on the matters covered. It shall: (i) apply to all Confidential Information until the earlier of (a) execution and delivery of Definitive Documents or (b) one year from the date of this agreement; (ii) be governed by New York law without regard to conflict of laws; and (iii) bind the parties and their successors and assigns. Signatures may be delivered by email, PDF, or counterparts. In

2

EXHIBIT 2 PAGE 358

NFMC_000585

the event of a breach or threatened breach of this agreement, Owner may suffer irreparable injury, so either of them may obtain injunctive relief. If anything in this agreement is invalid, illegal, or unenforceable, then the remainder shall remain fully effective. If any dispute arises about this agreement or the parties' relationship: (i) the prevailing party shall recover reasonable attorneys' fees and disbursements and costs of collection; (ii) any litigation must be commenced only in a state or federal court in Manhattan; (iii) the parties consent to that jurisdiction and venue; (iv) THE PARTIES WAIVE TRIAL BY JURY; and (v) any recovery of damages shall be limited to actual damages, and not punitive, consequential, special, or indirect damages.

*No Further Text on This Page.*

We look forward to receiving and reviewing Confidential Information and discussing a possible Transaction.

Very truly yours,

Sunlight Group NY

By: X 

Name: Mr. Linzhong Zhuo

Street Address:

135-25 northern Blvd
Floor 2 ,
Flushing New York

Telephone:

Email: NY lin@sunlightgroupny.com

Title: _president _____

**BUYER'S BROKER
ACKNOWLEDGMENT**

3

EXHIBIT 2 PAGE 359                                    NFMC_000586

*If this paragraph is not signed below, then no Buyer's Broker
exists and references above to Buyer's Broker shall not apply.*

The Broker signing this Buyer's Broker Acknowledgment below ("**Buyer's Broker**"): (i) joins in all the above obligations on Confidential Information and indemnification for Brokers' claims; (ii) shall be subject to all restrictions and prohibitions in the above agreement; (iii) has not been engaged by and will not act for Owner regarding the Premises or for any Transaction; (iv) waives any claim against Owner for commission or other compensation on account of any Transaction, whether or not consummated; and (v) shall not introduce the Premises to anyone except the party that signed the above agreement. This paragraph shall survive closing of any Transaction and any expiration of obligations on Confidential Information.


Very truly yours,


Two Bins Capital
15 Bond Street
Suite 304
great Neck, NY 11021

By: X _____

Name: _Emanuel Westfried _____


Title: _Broker_____

Telephone: _(917)-282-8726_____


Email: _emanuel@twobinscapital.com

4858-0737-1574, v. 23

4

EXHIBIT 2 PAGE 360

NFMC_000587

| **From:** | Michael Sklar |
|---|---|
| **Sent:** | Tuesday, January 2, 2024 3:36 PM |
| **To:** | emanuel@twobinscapital.com |
| **Cc:** | msklar@ninetyfivemadison.com |
| **Subject:** | 95 Madison - Due diligence information |
| **Attachments:** | Attachments.txt |
| | |
| **Categories:** | Orange Category |

---

**ShareFile Attachments**                    Expires June 30, 2024

---

95 Madison 112023.zip                                    1.1 GB

[ Download Attachments ]

Michael Sklar uses ShareFile to share documents securely.

---

Michael Sklar

Sr. Project Manager

FLINTLOCK CONSTRUCTION SERVICES, LLC |202 West 40th Street , 6th floor  | New York, NY 10018
212.921.2125 x 327(p) | 212.921.2130 (f) | 914.450.1974 (c) | MSklar@Flintlockllc.com
<mailto:MSklar@Flintlockllc.com>
P A little green reminder: Please consider the environment before printing this email



**Exhibit
BX - 58**

EXHIBIT 2 PAGE 361

NFMC_000599

https://flintlockllc.sharefile.com/d-s7d0704503edb4018b914b1a52cf0c7df

EXHIBIT 2 PAGE 362

NFMC_000600

**From:** Michael Sklar
**Sent:** Tuesday, January 2, 2024 1:47 PM
**To:** emanuel@twobinscapital.com
**Subject:** 95 Madison Ceiling height
**Attachments:** 95 Madison ceiling height 092422.pdf


Michael Sklar
Sole  Member
Michael  Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email

**Exhibit
BX - 59**

EXHIBIT 2 PAGE 363

NFMC_000588

| Floor | Area | height   TOS to BOS |
|-------|------|---------------------|
|  |  |  |
| Sub cellar |  | 16'-10 1/2" |
| Cellar |  | 11'-5" |
| 1 |  | 16'-8 1/2" |
| Typical 2-14 |  | 11'-3" |
| 14 |  | 11'-4" |
| 15 |  | 13'-4 1/2" |
| 16 |  | 11'-8 1/2" |
| Solarium ( NIC skylights) |  | 13'-6" |
| Roof | Tank Room | 13'-1" |

BOS= Bottom of slab
TOS= Top of  Slab

EXHIBIT 2 PAGE 364

NFMC_000589

| **From:** | Michael Sklar |
| **Sent:** | Tuesday, January 2, 2024 3:06 PM |
| **To:** | emanuel@twobinscapital.com |
| **Subject:** | 95 Madison conceptual residential Plans & SF calculations . |
| **Attachments:** | 231113-95 Madison_Update V3.pdf; 210818 95 Madison Study V2.pdf; Square footage calculations 95 Madison Ave_MDA_11.03.22.pdf |

1) SF calculation Montroy Anderson 110322
2) 95 Madison Residential Study V2 080821
3) 95 Madison residential study 111323

Michael Sklar
Sole  Member
Michael  Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email



**Exhibit**
BX - 60

EXHIBIT 2 PAGE 365

NFMC_000590



## CELLAR FLOOR

29TH STREET

MADISON AVENUE

**COMMERCIAL**
3501 SF

STORE
(2752 L.S.F.)

**AMENITY**
2845 SF

STORE
(205 L.S.F.)

EXISTING STAIR TO REMAIN

EXISTING FREIGHT (1ST TO CELLAR)

EXISTING FREIGHT (1ST TO 16FL)

EXTEND EXISTING ELEVATOR TO CELLAR

EXISTING STAIR CORE TO REMAIN

## 1ST FLOOR

29TH STREET

MADISON AVENUE

M & E BANK
MAIN FLOOR
TOTAL

2,858 U.S.F.
850 U.S.F.
3,708 U.S.F.

**COMMON**
1028 SF

**COMMERCIAL**
7289 SF

STORE
4081 U.S.F.

RESIDENTIAL ENTRY

**COMMON**
1235 SF

COURT-YARD

9'-4"

13'-4 3/4"

EXISTING STAIR TO REMAIN TO CELLAR

EXISTING FREIGHT (1ST TO CELLAR)

EXISTING FREIGHT (1ST TO 16FL)

EXISTING STAIR TO REMAIN (UP)

EXISTING ELEVATOR & STAIR CORE TO REMAIN

SCHEMATIC STUDY - CELLAR & 1 FL

SK-02

SCALE 1" = 20'-0"

PROJECT NUMBER 2114
DATE 11/13/23
Project Status
Owner

## 95 MADISON AVE, NY

Workshop Design + Architecture, PLLC

98 Fourth Street,
Brooklyn NY 11231
P: (646) 863-5853
F: (646) 863-5873

Copyright © 2015 Workshop DA

11/13/2023 11:01:08 AM

EXHIBIT 2 PAGE 366

NFMC_000591



Copyright © 2015 Workshop DA

# SCHEMATIC STUDY - 2ND TO 16TH FLOORS

SK-03

PROJECT NUMBER 2114
DATE 11/13/23
Project Status
Owner
SCALE 1" = 20'-0"

## 95 MADISON AVE, NY

2-15 FLOOR

16TH FLOOR

Workshop Design + Architecture, PLLC
98 Fourth Street,
Brooklyn, NY 11231
P: (646) 863-5853
F: (646) 863-5873

11/13/2023 11:01:09 AM



ROOF TERRACE
7878 SF

MIN 50%
COMMON ROOF
TERRACE

ELEVATOR & STAIR
BULKHEAD

ELEVATOR
BULKHEAD

STAIR 1
BULKHEAD

98' - 9"

ROOF

SCHEMATIC STUDY - ROOF

SK-04

PROJECT NUMBER 2114
DATE 11/13/23
Project Status
Owner

SCALE 1" = 20'-0"

95 MADISON AVE, NY

Workshop Design +
Architecture, PLLC

98 Fourth Street,
Brooklyn NY 11231
P: (646) 863-5853
F: (646) 863-5873

11/13/2023 11:01:09 AM

EXHIBIT 2 PAGE 368

NFMC_000593



TAX MAP

PROJECT SITE
(INDIVIDUAL LANDMARK BUILDING)

ZONING MAP

95 Madison Ave, NY

8/17/2021

| Floor | Existing | Removed | Added | Proposed Total | Commercial | Residential | Res. Common | Res Unit | Density | Daylight# | 1% Mech | Bulkhead | Other | Total Deduction FA | Commercial | Residential | Total | # of Units |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Residential | | | | | CH Deduction | | | | | Zoning Floor Area | | |
| Cellar | 9,876 | | | 9,876 | 3,501 | 6,374 | 6,374 | | | | | | 9,875 | 9,875 | | | | |
| 1 | 9,750 | | | 9,750 | 7,289 | 2,461 | 2,461 | | | 459 | | | | 459 | 7,289 | 2,602 | 9,291 | |
| 2 | 6,931 | 185 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 3 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 4 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 5 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 6 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 7 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 8 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 9 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 10 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 11 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 12 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 13 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 14 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 15 | 6,825 | 79 | | 6,746 | | 6,746 | 1,406 | 7,340 | 375 | | 87 | | | 462 | | 8,284 | 8,284 | 8 |
| 16 | 8,433 | 65 | 200 | 8,568 | | 8,568 | 1,433 | 7,135 | 376 | 376 | 86 | | | 836 | | 7,730 | 7,730 | 7 |
| Roof | | | 801 | 801 | | 801 | 801 | | | | | 438 | | 438 | | 363 | 363 | |
| Total (Exclude Cellar) | 141,639 | 1,277 | 1,001 | 141,563 | 7,289 | 134,274 | 24,379 | 109,695 | 5,626 | 835 | 1,310 | 438 | | 19,084 | 7,289 | 126,065 | 133,354 | 119 |
| Total (Include Cellar) | 151,714 | 1,277 | 1,001 | 151,438 | 10,790 | 140,648 | 20,753 | | | | | | 9,875 | | | | | |

| Zoning District: | C5-2, Equiv. R10 |
|---|---|
| Lot Area | 9,875 |

| | Permitted | | Existing (Non-compliance) | | Proposed | | |
|---|---|---|---|---|---|---|---|
| | FAR | F.A. | FAR | F.A. | FAR | F.A. | |
| Max Permitted Building | 10 | 98,750 | 14.36 | 141,639 | 13.50 | 133,354 | Existing Non-compliance |
| Commercial | 10 | 98,750 | 14.36 | 141,639 | 0.74 | 7,289 | |
| Residential | 10 | 98,750 | | | 12.77 | 126,065 | |

| Density (680) | 134.50 | ~ | 119 |
|---|---|---|---|

| Building Height | Permitted | Existing | Proposed |
|---|---|---|---|
| Max Base | 155' | ~ | ~ |
| Max Building | 210' | 175' | 175' |

SCHEMATIC STUDY

PROJECT NUMBER 2114
DATE 08/17/21
Project Status
Owner

95 MADISON AVE, NY

Workshop Design +
Architecture, PLLC

99 Fourth Street,
Brooklyn NY 11231
P: (646) 863-5853
F: (646) 863-5873

Copyright © 2015 Workshop DA

8/18/2021 11:41:03 AM

EXHIBIT 2 PAGE 369

NFMC_000594

Copyright © 2015 Workshop DA



**CELLAR FLOOR**

29TH STREET

MADISON AVENUE

COMMERCIAL
3501 SF

AMENITY
2845 SF

COMMERCIAL FREIGHT
(1ST TO CELLAR)

STAIR 2

ELEVATOR & STAIR 1 & REFUSE

**1ST FLOOR**

29TH STREET

MADISON AVENUE

COMMON
1028 SF

COMMERCIAL
7289 SF

COMMERCIAL FREIGHT
(1ST TO CELLAR)

STAIR 2

RESIDENTIAL
ENTRY

COMMON
1235 SF

ELEVATOR & STAIR 1 & REFUSE

13' - 4 3/4"

9' - 4"

SCHEMATIC STUDY - CELLAR & 1 FL

SK-02

SCALE    1" = 20'-0"

| PROJECT NUMBER | 2114 |
| DATE | 08/16/21 |
| Project Status |  |
| Owner |  |

95 MADISON AVE, NY

Workshop Design +
Architecture, PLLC

98 Fourth Street,
Brooklyn, NY 11231
P: (646) 863-5853
F: (646) 863-5873

8/18/2021 11:41:04 AM

EXHIBIT 2 PAGE 370

NFMC_000595

**2-15 FLOOR**

- 30' - 5 1/4"
- 25' - 8"
- 22' - 0"
- 18' - 4 3/4"

29TH STREET

| **2BR** 1190 SF | **1BR** 994 SF | **1BR** 862 SF | **0BR** 825 SF |

39' - 8 3/4"
23' - 0"
32' - 7 3/4"

MADISON AVENUE

**1BR** 810 SF

**1BR** 940 SF

**0BR** 584 SF

**2BR** 1135 SF

STAIR 2

REMOVED: 2-15 FL

EXISTING 39' - 8 1/2"

2ND FLOOR ROOF

COURTYARD

EXISTING 22' - 1 3/4"

21' - 10 1/2"

ELEVATOR & STAIR 1 & REFUSE

REMOVED: 2ND FL

**16TH FLOOR**

29TH STREET

| **2BR** 1177 SF | **1BR** 1030 SF | **1BR** 881 SF | **0BR** 820 SF |

MADISON AVENUE

**1BR** 848 SF

**2BR** 1267 SF

**2BR** 1112 SF

REMOVED: 16 FL

EXISTING 39' - 8 1/2"

COURTYARD

ROOF TERRACE

22' - 1 1/2"

ELEVATOR & STAIR 1 & REFUSE

25' - 7 3/4"

EXISTING

SCHEMATIC STUDY - 2ND TO 16TH FLOORS

SK-03

SCALE   1" = 20'-0"

PROJECT NUMBER   2114
DATE   08/16/21
Project Status
Owner

95 MADISON AVE, NY

Copyright © 2015 Workshop DA

Workshop Design + Architecture, PLLC
99 Fourth Street,
Brooklyn NY 11231
P: (646) 863-5853
F: (646) 863-5873

8/18/2021 11:41:06 AM

EXHIBIT 2 PAGE 371

NFMC_000596

**ROOF TERRACE**

7966 SF

MIN 50%
COMMON ROOF
TERRACE

STAIR 2
BULKHEAD

ELEVATOR
BULKHEAD

STAIR 1
BULKHEAD

98'-9"

ROOF

SCHEMATIC STUDY - ROOF

SK-04

PROJECT NUMBER    2114
DATE    08/17/21
Project Status
Owner

SCALE    1" = 20'-0"

95 MADISON AVE, NY

Workshop Design +
Architecture, PLLC

98 Fourth Street,
Brooklyn NY 11231
P:  (646) 863-5853
F:  (646) 863-5873

8/18/2021 11:41:07 AM

Copyright © 2015 Workshop DA

EXHIBIT 2 PAGE 372

NFMC_000597

# 95 MADISON SF CALCULATIONS

| Floor | Gross SF | Deductions | Retail/ Storage USF | Office USF | Loss factor | Rentable SF |
|-------|---------|------------|---------------------|------------|-------------|-------------|
| | | | | | | |
| SUB-CELLAR | 2,256 | 2,256 | 0 | 0 | 0.00% | 0 |
| CELLAR | 8,793 | 3,568 | 5,225 | 0 | 0.00% | 5,225 |
| 1ST FLOOR | 9,650 | 2,421 | 7,229 | 0 | 0.00% | 7,229 |
| 1ST FLOOR MEZ | 892 | 0 | 892 | 0 | 0.00% | 892 |
| 2ND FLOOR | 9,111 | 984 | 0 | 8,127 | 27.00% | 11,133 |
| 3RD FLOOR | 9,111 | 984 | 0 | 8,127 | 27.00% | 11,133 |
| 4TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 5TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 6TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 7TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 8TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 9TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 10TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 11TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 12TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| TENANT A | | | 0 | 1,201 | 27.00% | 1,646 |
| TENANT B | | | 0 | 1,074 | 27.00% | 1,471 |
| TENANT C | | | 0 | 4,299 | 27.00% | 5,889 |
| TENANT D | | | 0 | 1,566 | 27.00% | 2,145 |
| 13TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 14TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 15TH FLOOR | 9,024 | 884 | 0 | 8,140 | 27.00% | 11,151 |
| 16TH FLOOR | 8,502 | 863 | 0 | 7,639 | 27.00% | 10,464 |
| Total | 156,603 | 21,684 | 13,346 | 121,573 | | 179,888 |

Montroy ■ DeMarco Architecture LLP
99 MADISON AVENUE
14TH FLOOR
NEW YORK, NY 10016

EXHIBIT 2 PAGE 373

NFMC_000598

# Talk activity (cont.)

**Mike Sklar**
**917-270-6083**
**iPhone 8 Plus Sim Out**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jan 2 | 9:53 AM | 917-282-8726 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 2 | 10:25 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Jan 2 | 11:14 AM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 2 | 11:17 AM | 212-979-6306 | New York, NY | New York, NY | 11 | -- | -- | -- |
| Jan 2 | 11:28 AM | 212-979-6306 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 2 | 11:34 AM | 917-282-8726 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 2 | 11:37 AM | 212-979-6306 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 2 | 12:42 PM | 917-282-8726 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 2 | 12:43 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 2 | 12:44 PM | 917-282-8726 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 2 | 12:44 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 2 | 1:38 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 2 | 1:44 PM | 917-282-8726 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 2 | 2:12 PM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 2 | 3:11 PM | 917-282-8726 | New York, NY | New York, NY | 4 | -- | -- | -- |
| Jan 2 | 4:58 PM | 561-343-0583 | New York, NY | Boca Raton, FL | 2 | -- | -- | -- |
| Jan 2 | 4:59 PM | 917-612-1230 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 2 | 5:01 PM | 212-979-6306 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 2 | 5:04 PM | 206-429-9176 | New York, NY | Incoming, CL | 13 | -- | -- | -- |
| Jan 2 | 5:17 PM | 908-581-3659 | New York, NY | Somerville, NJ | 4 | -- | -- | -- |
| Jan 2 | 5:21 PM | 917-612-1230 | New York, NY | New York, NY | 11 | -- | -- | -- |
| Jan 2 | 6:00 PM | 917-612-1230 | New York, NY | New York, NY | 17 | -- | -- | -- |
| Jan 2 | 6:17 PM | 212-979-6306 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 2 | 6:22 PM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 2 | 6:31 PM | 212-979-6306 | New York, NY | Incoming, CL | 11 | -- | -- | -- |
| Jan 2 | 6:45 PM | 908-581-3659 | New York, NY | Incoming, CL | 7 | -- | -- | -- |
| Jan 2 | 6:52 PM | 908-581-3659 | New York, NY | Incoming, CL | 34 | -- | -- | -- |
| Jan 2 | 6:52 PM | 212-979-6306 | New York, NY | Incoming, CL | 36 | -- | -- | -- |
| Jan 2 | 7:38 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 1 | -- | -- | -- |
| Jan 3 | 8:37 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 3 | 8:49 AM | 561-236-8361 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 3 | 9:10 AM | 646-486-1048 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 3 | 9:14 AM | 917-664-1881 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 3 | 11:26 AM | 561-343-0583 | New York, NY | Boca Raton, FL | 3 | -- | -- | -- |
| Jan 3 | 2:47 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 3 | 3:37 PM | 917-270-0923 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 3 | 3:39 PM | 212-979-6306 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 3 | 7:44 PM | 561-236-8361 | New York, NY | Wpalmbeach, FL | 1 | -- | -- | -- |
| Jan 3 | 8:00 PM | 917-304-2886 | New York, NY | Incoming, CL | 5 | -- | -- | -- |
| Jan 3 | 8:06 PM | 917-304-2886 | New York, NY | New York, NY | 24 | -- | -- | -- |
| Jan 3 | 8:34 PM | 212-979-6306 | New York, NY | New York, NY | 24 | -- | -- | -- |
| Jan 4 | 9:54 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 4 | 9:55 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 4 | 12:05 PM | 917-282-8726 | New York, NY | New York, NY | 4 | -- | -- | -- |
| Jan 4 | 12:59 PM | 917-664-1881 | New York, NY | Nwyrcyzn01, NY | 15 | -- | -- | -- |



**From:** Woody Heller <wheller@brantonrealty.com>
**Sent:** Thursday, January 4, 2024 5:05 PM
**To:** ritasklar@gmail.com; Sharan Sklar <ssklar@ninetyfivemadison.com>; Michael Sklar <msklar@ninetyfivemadison.com>
**Cc:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** 95 Mad - Post Termination Protect Prospects

Per the terms of my expired listing agreement for 95 Madison Avenue, attached is the notice relating to Protected Prospects. Per the agreement, hard copies have been sent via overnight FedEx to NFMC and Andrew Glenn, and the email and paper copies going to Andrew Glenn contain the list of Protected Prospects. Thank you.

**Woody Heller**
Founding Partner

Tel:      (917) 612-1230
Email:    wheller@brantonrealty.com
Website:  brantonrealty.com

**Exhibit BX - 62**

BR002116

**BRANTON REALTY SERVICES LLC**
1080 Fifth Avenue, Apt. 2B
New York, NY 10128

January 4, 2024

**BY OVERNIGHT FEDERAL EXPRESS**

Ninety-Five Madison Company, L.P.          Andrew K. Glenn, Esq. (with List)
(without List)                             Glenn Agre Bergman & Fuentes, LLP
95 Madison Avenue, Suite 609               1185 Avenue of the Americas
New York, NY 10016                         New York, NY 10019

*Listing Agreement for Sale – Protected Prospects*

To Whom It May Concern:

Please refer to Listing Agreement for Sale relating to 95 Madison Avenue, New York, NY (the "Property"), approved by the United States Bankruptcy Court, Southern District of New York, on August 31, 2022 between Ninety-Five Madison Company, L.P. and Branton Realty Services LLC ("Branton"), as modified by Amendment of Listing Agreement for Sale dated April 18, 2023 (together, the "Agreement"). Terms not defined in this notice are defined in the Agreement.

The Term ended on December 31, 2023. Agreement Paragraph 5 contemplates that we will send you a List of names of parties who physically toured the Property during the Term with respect to the Transaction (the "Protected Prospects"). As you instructed, we are providing that List, as Exhibit A of this letter, only to Andrew Glenn, Esq., on behalf of Owner. Please refer to the Agreement for a description of Branton's rights regarding the Protected Prospects.

Should you have any questions, please contact us.

Very truly yours,

**BRANTON REALTY SERVICES LLC**, a New York limited liability company

By: _____
Warren Heller, Manager

Copies by email to:

Ms. Rita Sklar (ritasklar@gmail.com) (without List)
Ms. Sharan Sklar (ssklar@ninetyfivemadison.com) (without List)
Mr. Michael Sklar (msklar@ninetyfivemadison.com) (without List)
Andrew K. Glenn, Esq. (aglenn@glennagre.com) (with List)

BR002117

EXHIBIT 2 PAGE 376



**From:** Woody Heller <wheller@brantonrealty.com>
**Sent:** Thursday, January 4, 2024 5:08 PM
**To:** Andrew K. Glenn <aglenn@glennagre.com>
**Subject:** 95 Mad - Post Termination Protect Prospects

Andrew,

Per the terms of my expired listing agreement for 95 Madison Avenue, attached is the notice relating to Protected Prospects. Per the agreement, hard copies have been sent via overnight FedEx to you and NFMC, and this email and paper copies going to you contain the list of Protected Prospects. Kindly confirm receipt of both this email and the FedEx which is scheduled to arrive at your office tomorrow morning by 10:30. Thank you.

**Woody Heller**
Founding Partner

Tel: (917) 612-1230
Email: wheller@brantonrealty.com
Website: brantonrealty.com

**Exhibit**
**BX - 63**

BR002118

**BRANTON REALTY SERVICES LLC**
1080 Fifth Avenue, Apt. 2B
New York, NY 10128

January 4, 2024

**BY OVERNIGHT FEDERAL EXPRESS**

Ninety-Five Madison Company, L.P.          Andrew K. Glenn, Esq. (with List)
(without List)                            Glenn Agre Bergman & Fuentes, LLP
95 Madison Avenue, Suite 609              1185 Avenue of the Americas
New York, NY 10016                        New York, NY 10019

*Listing Agreement for Sale – Protected Prospects*

To Whom It May Concern:

Please refer to Listing Agreement for Sale relating to 95 Madison Avenue, New York, NY (the "Property"), approved by the United States Bankruptcy Court, Southern District of New York, on August 31, 2022 between Ninety-Five Madison Company, L.P. and Branton Realty Services LLC ("Branton"), as modified by Amendment of Listing Agreement for Sale dated April 18, 2023 (together, the "Agreement"). Terms not defined in this notice are defined in the Agreement.

The Term ended on December 31, 2023. Agreement Paragraph 5 contemplates that we will send you a List of names of parties who physically toured the Property during the Term with respect to the Transaction (the "Protected Prospects"). As you instructed, we are providing that List, as Exhibit A of this letter, only to Andrew Glenn, Esq., on behalf of Owner. Please refer to the Agreement for a description of Branton's rights regarding the Protected Prospects.

Should you have any questions, please contact us.

Very truly yours,

**BRANTON REALTY SERVICES LLC**, a New York limited liability company

By: _____
Warren Heller, Manager

Copies by email to:

Ms. Rita Sklar (ritasklar@gmail.com) (without List)
Ms. Sharan Sklar (ssklar@ninetyfivemadison.com) (without List)
Mr. Michael Sklar (msklar@ninetyfivemadison.com) (without List)
Andrew K. Glenn, Esq. (aglenn@glennagre.com) (with List)

BR002119

EXHIBIT 2 PAGE 378

## Protected Prospects

| | | |
|---|---|---|
| 60 Guilders | Heritage Equity Partners | Slate Properties |
| 33 Equities | Hildreth Advisors | Soho Properties |
| 99c LLC | Hines | Somerset Partners |
| ABS Partners Real Estate, LLC | HJ Development | Spector Group |
| Albanese Development Corp. | IGI-USA | ST Investments |
| Alchemy Properties | Innovo Property Group | Stellar Management |
| Alex Solovey | JDS Development | Steve DellaSalla |
| Anbau | JEMB Realty | Sugar Hill Capital Partners, LLC |
| Antero Capital Partners | JMH Development | Sumaida and Khurana |
| Arc Real Estate | Kaufman Investments | Tavros Holdings LLC |
| Arcade Capital | Khalil, Matt & Simon | TF Cornerstone |
| Atlantic Development | Klosed Properties | The Torkian Group |
| Aurora Group | Kushner Realty Acquisitions LLC | Tishman Speyer Properties |
| Azur Companies | L+M Development Partners | Toll Brothers |
| Bailey Acquisitions | Lefferts | Tribeca Associates, LLC |
| Bank of China | Legacy Equity Holdings | Treun Realty Investments |
| Banyan Street Capital | Levine Builders | Tyler Schadt |
| Baruch College | Lincoln Equities | VanBarton |
| Bash Capital | MAG Partners | William Macklowe Company |
| Boris Aronov | Malachite Group | Williams Real Estate |
| Carmel Partners | Meyer Equities LLC | Yan Moshe |
| CNY Group | Michael Ashkenazy | Yeshiva University |
| Cohen Equities | Midwood Management Corporation | |
| Core Home | Mill Creek Residential | |
| Dawson Stellberget | Minotti NYC/Miami | |
| DDC NYC/Los Angeles | Morris Bailey Enterprises | |
| Douglaston Development | Namdar Realty Group LLC | |
| Drake Street Partners LLC | Newbond Holdings | |
| East End Capital | Nightingale Properties | |
| Emmes Asset Management | Northwood Investors | |
| Empire Capital | OCS Development Group | |
| Fetner Properties, Inc. | Pembroke Realty Capital LLC | |
| Frond Capital Partners LLC | Phipps Houses | |
| Gemdale Group | Property Markets Group | |
| Gemini Rosemont | Rabina Properties, LLC | |
| Gensler | RFR Holding Corporation | |
| George Comfort & Sons | Rockefeller Group | |
| Girona Ventures | Rockrose | |
| Glacier Equities | Sage Hall Partners | |
| Global Holdings | Shel Capital | |
| Gorjian Real Estate Group | Shlomo Group | |
| Gotham Organization | Shorewood Real Estate Group LLC | |
| Handler Real Estate Organization | Silverstein Properties | |
| Heights Advisors | Skylight Real Estate Partners | |

BR002120

EXHIBIT 2 PAGE 379