**From:** emanuel@twobinscapital.com
**Sent:** Monday, January 8, 2024 6:21 PM
**To:** Michael Sklar
**Subject:** Fwd: 95 madison offer
**Attachments:** Offer from Sunlight_1.8 (1).pdf; Sunlight Dev_Resume_12.11_2024.pdf

See below and attached. Please call when free to discuss.

Sent from my iPhone

Begin forwarded message:

> **From:** Linzhong Zhuo <lin@sunlightgroupny.com>
> **Date:** January 8, 2024 at 6:15:37 PM EST
> **To:** emanuel@twobinscapital.com, Jimmy Chou <lgcenterprise@gmail.com>
> **Subject: 95 madison offer**
>
>
> Hi Emanuel,
>
> Please see the attached for 95 madison offer and our resume.
>
> thanks,
> Lin

**Exhibit BX - 64**

EXHIBIT 2 PAGE 380

NFMC_000612



# Offer

**Offer Content:**

Address: 95 Madison Ave, New York, NY 10016

Buyer name: Sunlight Development LLC / New LLC to form

Block 858, Lot 58

Lot size: 9,875 SF

Purchase price: $58 million

Seller Name: Michael Sklar / NINETY-FIVE MADISON COMPANY, L.P.

Financing info: $35 million, 2-year term @ 5% interest rate

Due Diligence: 45 days

Down Payment Deposit: 5%

Closing date: 60 days after Due Diligence

**Delivery Conditions:**

Deliver vacant land; No environmental issue; Subject to local law 11; Subject to landmark compliance; Subject to clean title; Real estate tax deduction appeal

**Buyer Attorney Info:**

Jay Lau, Esq.

Christodoulou & Lau, P.C.

40 Cutter Mill Road, Suite 504, Great Neck, NY 11021

Tel: 516-829-9770

Fax: 516-829-9788

E-mail: Jlau@laupc.com

Owner Name:  Sunlight Development LLC

Signature By:

Date:   1/8/2024

EXHIBIT 2 PAGE 381

NFMC_000613

# Sunlight Development

Phone:718-439-6600 | Fax:718-439-6688 | linzhuo123@gmail.com

201 46th FL1, Brooklyn, New York, 11220

## Profile

Sunlight Development offers a full spectrum of construction services ranging from construction management, general contract to consulting services. Our competency and competitiveness have applied to inclusively various construction sites. Numerous projects we have built in the past include high-end multi-family residences, high-end condominiums, and superior commercial properties.

## Professional Services

- Site evaluation
- Engineering evaluation
- Site plan development
- Cost control plan
- Construction work
- Construction management

## Current and Past Construction Projects:

Completed:

136-20 Booth Memorial Ave, Queens, NY (complete 2019), $24 million, 24-family + commercial building

Owned & Sold

201 46th St, Brooklyn, NY (complete 2016) $18 million, 50,000-SF commercial building

Owned & Managed

5011 Queens Blvd, Queens, NY (complete 2021) $35 million, 75-unit rental building     Owned & Managed

146-17 Northern Blvd, Brooklyn NY (complete 2021) $20 million, 35-unit condo & commercial building

GC

38-42 11th St, Queens, NY (complete 2019) $30 million, 150-room hotel     GC

97-21 64th Road, Queens, NY 11374 (complete 2020) $40 million, 80,000-SF mixed-use building

Owned & Managed

136-18 Maple Ave, Queens, NY (complete 2022) $100 million, 20-story mixed-use building

Owned & Managed

113 Columbia Heights, Brooklyn, NY (complete 2022) $14 million, 5-unit condo building     Owned & Sold

EXHIBIT 2 PAGE 382

NFMC_000614

323 East 79th St, New York, NY (under construction), $63 million, 17-story condo building  GC

134-16 35th Ave, Queens, NY (under construction) $56 million, 69-unit condo building Owned & Sold

415 Degraw St, Brooklyn, NY (under construction), $20 million, 6-unit condo building Owned & Sold

36 Remsen St, Brooklyn, NY (under construction), $11 million, 5-unit condo building Owned & Sold

Under Construction:

138-18 Northern Blvd, Queens, NY (under construction) $140 million, 127-unit mixed-use building

30-55 Vernon Blvd, Queens, NY (under construction) $100 million, 119-unit mixed-use building

21-11 31st Ave, Queens, NY (under construction), $17 million, mid-rise mixed-use building

**More than 500,000 SF is under construction currently…**

EXHIBIT 2 PAGE 383

NFMC_000615



EXHIBIT 2 PAGE 384

NFMC_000616

**Few Project References:**

Location: 136-18 Maple Ave, Queens, NY

Status: Complete

Building Type: $100 million, 20-story mixed-use building



EXHIBIT 2 PAGE 385

NFMC_000617

www.sunlightgroupny.com





EXHIBIT 2 PAGE 386

NFMC_000618





EXHIBIT 2 PAGE 387

NFMC_000619

www.sunlightgroupny.com

Location: 5011 Queens Boulevard, New York, NY

Status: Complete

Building Type: 9-story mixed-use building



EXHIBIT 2 PAGE 388

NFMC_000620

Location: 97-29 64 Road, New York, NY

Status: Complete

Building Type: 9-story mixed-use building



EXHIBIT 2 PAGE 389

NFMC_000621





EXHIBIT 2 PAGE 390

NFMC_000622

Location: 134-15 35th St, New York, NY

Status: Complete

Building Type: 12-story mixed-use building



EXHIBIT 2 PAGE 391

NFMC_000623





EXHIBIT 2 PAGE 392

NFMC_000624



EXHIBIT 2 PAGE 393

NFMC_000625

Location: 323 East 79th St, New York, NY

Status: Complete

Building Type: 17-story condo building



EXHIBIT 2 PAGE 394

NFMC_000626





EXHIBIT 2 PAGE 395

NFMC_000627

www.sunlightgroupny.com





EXHIBIT 2 PAGE 396

NFMC_000628

Location: 3055 Vernon Boulevard, New York, NY

Status: Under construction

Building Type: 9-story mixed-use building



EXHIBIT 2 PAGE 397

NFMC_000629

www.sunlightgroupny.com





EXHIBIT 2 PAGE 398

NFMC_000630

| | |
|---|---|
| **From:** | emanuel@twobinscapital.com |
| **Sent:** | Tuesday, January 9, 2024 2:17 PM |
| **To:** | Michael Sklar |
| **Subject:** | Re: 95 madison offer |

When are you free to talk?

Sent from my iPhone

> On Jan 9, 2024, at 2:08 PM, Michael Sklar <msklar@ninetyfivemadison.com> wrote:

1. Something moved quickly , we have someone we will be signing LOI with today . When I sign, I have exclusionary period and will not be able to discuss. Things do not always work out but :
2. Property will be as is – Environmental , Landmark
3. Deliver no tenants or letter to terminate
4. There is enough information to due  diligence. Closing 60 days after PSA. Time of essence. No retrading .

Michael Sklar
Sole  Member
Michael  Sklar Management LLC
as a General Partner of Ninety-Five Madison Company, L.P.
Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>
P A little green reminder: Please consider the environment before printing this email

---

**From:** emanuel@twobinscapital.com <emanuel@twobinscapital.com>
**Sent:** Monday, January 8, 2024 6:21 PM
**To:** Michael Sklar <msklar@ninetyfivemadison.com>
**Subject:** Fwd: 95 madison offer

See below and attached. Please call when free to discuss.

Sent from my iPhone

Begin forwarded message:

> **From:** Linzhong Zhuo <lin@sunlightgroupny.com>
> **Date:** January 8, 2024 at 6:15:37 PM EST
> **To:** emanuel@twobinscapital.com, Jimmy Chou <lgcenterprise@gmail.com>
> **Subject: 95 madison offer**

Hi Emanuel,

Exhibit
BX - 65

EXHIBIT 2 PAGE 399

NFMC_000650

Please see the attached for 95 madison offer and our resume.

thanks,
Lin

<Offer from Sunlight_1.8 (1).pdf>
<Sunlight Dev_Resume_12.11_2024.pdf>

EXHIBIT 2 PAGE 400

NFMC_000651

| | |
|---|---|
| **From:** | Michael Sklar |
| **To:** | woody.heller@outlook.com; Michael Lefkowitz |
| **Cc:** | Andrew K. Glenn; Sharan Sklar |
| **Subject:** | LOI CNY Signed MSL SJS 010924 |
| **Date:** | Tuesday, January 9, 2024 5:55:57 PM |
| **Attachments:** | LOI CNY Signed MLS SJS 010924.pdf |

Woody / Michael:

Attached is signed LOI for CNY .

Michael Sklar

Sole Member

Michael Sklar Management LLC

as a General Partner of Ninety-Five Madison Company, L.P.

Ninety-Five Madison Company, L.P.

917.270.6083 (c) | Msklar@ninetyfivemadison.com <mailto:Msklar@ninetyfivemadison.com>

P A little green reminder: Please consider the environment before printing this email

**Exhibit BX - 66**

BR001226

EXHIBIT 2 PAGE 401

Mr. Woody Heller
Branton Realty

January **7**, 2024

Subject: Acquisition of 95 Madison Avenue, New York, NY 10016

Dear Mr. Heller:

I am writing this Letter of Intent ("LOI") on behalf of Madison 95 Associates LLC (an SPE whose members include principals of CNY Group and Equity Partner (it being understood that the "Equity Partner" will be identified in a signed writing delivered to Seller within three (3) business days of the execution of this LOI) (the foregoing being collectively hereinafter referred to as the "Buyer") to express our interest in acquiring the 16-story building located at 95 Madison Avenue, New York, NY 10016, Block 858, Lot 58 (the "Property"). We believe this sale and acquisition aligns with our strategic goals and represents a significant opportunity for growth for both parties.

Terms of the proposed acquisition are as follows:

1.  Property Details: The Buyer wishes to acquire the Property and the entire building located at the Property (the "Building" and together the Property and the Building thereon are hereinafter referred to as the "Premises").

2.  Consideration: The Buyer agrees to purchase Premises for a total consideration of $60,000,000.

3.  Delivery: Ninety-Five Madison Company, L.P. (the "Seller"), shall deliver the Premises as follows:

    (i)     The Seller shall ensure the Premises is delivered fee simple to the Buyer.

    (ii)    The Seller will deliver the Premises and title free and clear of all liens and encumbrances, excluding any permitted exceptions as per an agreed upon Purchase and Sale Agreement.

    (iii)   It has been represented to the Buyer that there are several violations against the Premises, both physical and financial. The Seller has provided an updated violation report to show which violations are still in place. The Buyer shall accept title to the Premises subject to any and all violations issued against the Premises but Seller shall be responsible for the payment of liquidated fines and penalties levied against Seller in connection with violations issued against the Premises.

    (iv)    It has been represented to the Buyer that the following two office tenants remain on the 12th floor of the Building: (a) Tenant A whose lease expires end of year 2024 with a landlord termination option to terminate the lease in 120 days of due notice and the payment of $5,000; and (b) Tenant B occupying 5,900 sf whose lease matures in 2030. The Buyer has offered to pay up to $250,000 for Tenant B to vacate their 5,900 square foot space (the "Tenant B Space"). The Seller agrees that the $250,000 can only be used for the buyout of Tenant B and for no other purpose or expense on Seller's part.

    (v)     In connection with Tenant B, Seller shall, in Seller's sole discretion, either (i) cause Tenant B to vacate the Tenant B Space as referenced in Section (iv) above pursuant to a letter agreement between Seller and Tenant B whereby Tenant B shall agree to vacate the Tenant B Space within six (6) months of Closing (the "Tenant B Vacate Agreement"); it being agreed to by the parties that a draft of the Tenant B Vacate Agreement shall be an exhibit to the Purchase and Sale Agreement; or (ii) enter into a signed agreement with Tenant B prior to the Closing (a copy of which signed writing must be delivered to Buyer prior to Closing) pursuant to which Tenant B agrees to be



relocated within the Building to a space of the Buyer's choice (i.e. commercial, ground floor retail or another unit) pursuant to the Tenant B Relocation Notice, as hereinafter defined (the "Tenant B Relocation Agreement"); it being agreed to by the parties that a draft of the Tenant B Relocation Agreement shall be an exhibit to the Purchase and Sale Agreement. If Seller elects to proceed pursuant to subsection (ii) above, then Seller shall send a notice to Tenant B by January 31, 2024 advising Tenant B that they are being relocated within six (6) months of the date of the Tenant B Relocation Notice (the "Tenant B Relocation Notice").

    a. In the event that Tenant B executes the Tenant B Vacate Agreement, then to the extent the Tenant B Vacate Agreement requires payment(s) to be made to Tenant B in consideration for its agreement to vacate the premises demised by its lease (the "Vacate Consideration"), then the Buyer shall be responsible for any and all Vacate Consideration due Tenant B up to the aggregate amount of $250,000.00 (the "Vacate Consideration Limit"). In no event shall the Buyer's Vacate Consideration payment obligations exceed the Vacate Consideration Limit. If the Vacate Consideration does exceed the Vacate Consideration Limit, then at the Closing, Seller shall place into escrow the remainder of the Vacate Consideration above the Vacate Consideration Limit, which shall be paid to Buyer at Closing. For the avoidance of doubt and by way of example, if the Vacate Consideration due to Tenant B pursuant to the Tenant B Vacate Agreement is the aggregate amount of $500,000.00, then Buyer shall be responsible for paying Tenant B $250,000.00 and Seller shall place into escrow $250,000.00. Notwithstanding anything to the contrary contained herein, if the parties proceed pursuant to this subsection a., then at Closing any and all obligations of Seller under the Tenant B Vacate Agreement shall be assigned by Seller to Buyer, and assumed by Buyer, and Seller shall have no further obligations or liabilities with respect to the Tenant B Vacate Agreement following Closing.

    b. In the event that Tenant B agrees to the Tenant B Relocation Agreement, then Seller shall place into escrow the amount of $4,640,200.00 [which will cover Buyer's costs of relocating Tenant B, providing temporary services and a tenant protection plan required by the Department of Buildings and a diminution of value based on lost rental of space occupied by Tenant B over approximately 6.5 years] (the "Seller Relocation Escrow"). The Seller Relocation Escrow shall be paid to Buyer at Closing or as otherwise provided for in the Purchase and Sale Agreement.

(vi) The Seller will provide the Buyer with copies of all written material communications between the Seller and either Tenant A or Tenant B that relate to their buyout, relocation and/or termination of their respective leases. The Seller shall be responsible to evidence its election to terminate the lease with Tenant A in a timely fashion pursuant to the lease with Tenant A, and to deliver either the Tenant B Vacate Agreement, or the Tenant B Relocation Agreement, to Buyer (and applicable escrow to Stewart Title) at Closing. The termination of Tenant A's Lease and either (i) the fully executed Tenant B Vacate Agreement or (ii) the fully executed Tenant B Relocation Agreement, (and funding of the escrow) shall be a condition of Closing.

(vii) The Seller has provided the GRS environmental report dated 10/12/22 in the Seller's data room which can be certified to the Buyer at a cost of approximately $500 to be paid for at the Buyer's expense.

4. Due Diligence: During our diligence, currently underway, the Buyer will pay for various costs of the investigation of the Premises. The Seller will provide all information including but not limited to all tenant leases, all landmark documentation or any other city agency mandatory repairs (i.e. Local Law 11 & 10) that have been performed in conjunction with landmarks, any other mandated municipal requirements landmark or otherwise, any information and documentation on any violations, outstanding levies, real estate taxes, union agreements, labor agreements or any bankruptcy related documentation. During this period, the Seller shall provide the Buyer with access to all necessary documents, records, and information related to the Premises. We realize the majority of the information is contained in the Seller's data room to which Seller has already provided access; The Seller will provide any additional property information that they have, which is not contained in the Seller's data room upon reasonable request of the Buyer.

5. Good Faith Negotiations. The parties will negotiate the final PSA targeted to be signed by January 19, 2024, which may be extended upon mutual written agreement of the Seller and the Buyer.



BR001228

EXHIBIT 2 PAGE 403

6. Exclusivity: During the period following the execution of this LOI until the earlier of: (i) the signing of the Purchase and Sale Agreement, (ii) January 19th, 2024, or (iii) sooner termination of this LOI by the Buyer at its sole discretion, whichever occurs earlier, the Seller shall not engage in any offers, negotiations, or discussions with any third party regarding the sale of the Premises. During the due diligence period the Buyer will pay for various costs of the investigation of the Premises. The Seller will provide all information including but not limited to all tenant leases, all landmark or any other city agency mandatory repairs (i.e. Local Law 11 & 10) that have been performed in conjunction with landmarks, any other mandated municipal requirements landmark or otherwise, any information and documentation on any violations, outstanding levies or real estate taxes, union agreements, labor agreements, or any bankruptcy related documentation.

7. Purchase and Sale Agreement: The Seller has provided a copy of the Purchase and Sale Agreement prepared by the Seller's counsel for review by the Buyer's counsel. The Buyer shall provide the Seller with its written mark up of the proposed Purchase and Sale Agreement.

8. Deposit: The Buyer agrees to a 10% deposit upon signing of a Purchase and Sale Agreement in the form of a Letter of Credit to be held in escrow by Stewart Title. Upon approval by the Bankruptcy Court of the executed Purchase and Sale Agreement between the Seller and the Buyer, the Letter of Credit will convert to a cash deposit. The Seller will confirm the Letter of Credit is acceptable to the bankruptcy court judge.

9. Closing: The closing of the purchase shall occur within 60 days, Time is of the Essence, from receiving Bankruptcy Court approval of the purchase. The closing shall be subject to the satisfaction of all necessary legal and regulatory requirements.

10. Confidentiality: Both parties agree to keep the terms and details of this LOI and the ensuing negotiations strictly confidential, except as required by law or with the prior written consent of the other party.

11. Brokers: It is understood that Branton Realty, Mr. Woody Heller, is the exclusive representative for the Seller of the Premises and Aries Capital Corp., Mr. Nicholas Barone is the exclusive representative for the Buyer of the Premises; both the Seller and the Buyer will be responsible for paying their respective brokers pursuant to the broker's respective agreement with the Buyer or Seller, as the case may be, and both brokers shall be entitled to a standard brokerage commission payable at Closing (pursuant to the terms of their respective agreement).

This LOI is non-binding except for the exclusivity and confidentiality provisions contained herein and is intended to outline the general terms and conditions of the proposed transaction. Except as noted, it is not a contract and does not create any legally binding obligations between the parties. Any final agreement shall be subject to the negotiation and execution of a mutually acceptable purchase and sale agreement.

We believe that this acquisition presents a unique opportunity for both parties, and we look forward to working closely with you to a successful sale and acquisition for both parties. Should you have any questions or require additional information, please do not hesitate to contact me.

Thank you for considering our proposal. We anticipate a positive response and the opportunity to proceed with the necessary negotiations.

Sincerely yours,

ARIES CAPITAL CORP

[signatures appear on following page]



BR001229

EXHIBIT 2 PAGE 404

Accepted and Agreed to:

**Accepted and Agreed to by Seller:**

**Ninety-Five Madison Company, L.P.**

By: _Ghani Gy_____

Name: SharanSklar

Title: Sole Member, Sharan Sklar Management LLC, A General Partner Ninety-Five Madison Company, L.P.


By: _Cu _____

Name: _MICHEEL SKLAR_____

Title: _Sole member, Michael SKLAR, Mangern LLC, A general Parter_
                              _Ninety Five MADISON L.P._


**Accepted and Agreed to by Buyer:**

**Madison 95 Associates LLC**

By: _____

Name: _____

Title: _____

BR001230

EXHIBIT 2 PAGE 405

Accepted and Agreed to:

**Accepted and Agreed to by Seller:**

**Ninety-Five Madison Company, L.P.**

By: _____
Name: _____
Title: _____


By: _____
Name: _____
Title: _____


**Accepted and Agreed to by Buyer:**

**Madison 95 Associates LLC**

By: _____
Name: _Kenneth Colao_
Title: _MANAGER_

BR001231

EXHIBIT 2 PAGE 406

# Talk activity (cont.)

**Mike Sklar**
**917-270-6083**
**iPhone 8 Plus Sim Out**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jan 7 | 3:35 PM | 917-558-6347 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 7 | 7:19 PM | 917-304-2886 | New York, NY | New York, NY | 22 | -- | -- | -- |
| Jan 8 | 9:09 AM | 646-753-0632 | Highmount, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 8 | 3:29 PM | 212-979-6306 | Highmount, NY | New York, NY | 2 | -- | -- | -- |
| Jan 8 | 3:31 PM | 212-979-6306 | Highmount, NY | New York, NY | 2 | -- | -- | -- |
| Jan 8 | 3:32 PM | 212-979-6306 | Highmount, NY | New York, NY | 6 | -- | -- | -- |
| Jan 8 | 3:38 PM | 917-664-1881 | Highmount, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 8 | 3:40 PM | 646-753-0632 | Highmount, NY | Nwyrcyzn01, NY | 7 | -- | -- | -- |
| Jan 8 | 3:49 PM | 646-753-0632 | Highmount, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 8 | 3:51 PM | 917-499-5946 | Highmount, NY | New York, NY | 4 | -- | -- | -- |
| Jan 8 | 4:04 PM | 646-753-0632 | Highmount, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 8 | 7:42 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 2 | -- | -- | -- |
| Jan 9 | 7:01 AM | 212-979-6306 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 8:32 AM | 917-664-1881 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 9 | 9:30 AM | 917-664-1881 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 9 | 9:36 AM | 917-664-1881 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 9 | 9:38 AM | 917-664-1881 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 9 | 10:02 AM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 9 | 10:24 AM | 212-979-6306 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 9 | 10:41 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 9 | 10:51 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 9 | 10:59 AM | 646-753-0632 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 9 | 11:30 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 9 | 1:31 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 9 | 2:17 PM | 917-282-8726 | New York, NY | New York, NY | 7 | -- | -- | -- |
| Jan 9 | 2:24 PM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 7 | -- | -- | -- |
| Jan 9 | 2:33 PM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 9 | 4:30 PM | 212-551-1241 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 4:31 PM | 212-551-1241 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 9 | 4:34 PM | 212-878-9500 | New York, NY | New York, NY | 31 | -- | -- | -- |
| Jan 9 | 5:05 PM | 212-878-9500 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 5:05 PM | 212-878-9500 | New York, NY | New York, NY | 24 | -- | -- | -- |
| Jan 9 | 5:29 PM | 212-979-6306 | New York, NY | Incoming, CL | 13 | -- | -- | -- |
| Jan 9 | 5:42 PM | 212-979-6306 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 9 | 6:02 PM | 917-664-1881 | New York, NY | Nwyrcyzn01, NY | 9 | -- | -- | -- |
| Jan 9 | 6:57 PM | 646-753-0632 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 9 | 8:03 PM | 917-282-8726 | New York, NY | Incoming, CL | 14 | -- | -- | -- |
| Jan 9 | 8:22 PM | 908-337-3469 | New York, NY | Cranford, NJ | 1 | -- | -- | -- |
| Jan 10 | 7:34 AM | 646-753-0632 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 10 | 7:35 AM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 10 | 7:37 AM | 646-753-0632 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 10 | 7:42 AM | 646-753-0632 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 10 | 7:53 AM | 561-343-0583 | New York, NY | Boca Raton, FL | 2 | -- | -- | -- |
| Jan 10 | 8:00 AM | 646-753-0632 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 10 | 8:27 AM | 516-719-7837 | New York, NY | Hicksville, NY | 5 | -- | -- | -- |

**Exhibit
BX - 67**

**Verizon000038**

EXHIBIT 2 PAGE 407
29

# Talk activity (cont.)

**Emanuel Westfried**
**917-282-8726**
**IPHONE 12 PRO MAX**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jan 9 | 2:17 PM | 917-270-6083 | Great Neck, NY | Incoming, CL | 7 | -- | -- | -- |
| Jan 9 | 2:52 PM | 917-682-0806 | Great Neck, NY | New York, NY | 9 | -- | -- | -- |
| Jan 9 | 3:01 PM | 917-204-1431 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 3:02 PM | 917-701-8704 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 3:03 PM | 917-682-0806 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 3:10 PM | 646-262-0968 | Great Neck, NY | Nwyrcyzn01, NY | 9 | -- | -- | -- |
| Jan 9 | 3:18 PM | 917-701-8704 | Great Neck, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 9 | 3:21 PM | 917-682-0806 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Jan 9 | 3:33 PM | 330-501-0379 | Great Neck, NY | Youngstown, OH | 1 | -- | -- | -- |
| Jan 9 | 3:36 PM | 516-851-5553 | Great Neck, NY | Nassauzn02, NY | 17 | -- | -- | -- |
| Jan 9 | 3:53 PM | 917-204-1431 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 3:56 PM | 917-204-1431 | Great Neck, NY | Incoming, CL | 7 | -- | -- | -- |
| Jan 9 | 4:02 PM | 917-204-9192 | Great Neck, NY | New York, NY | 8 | -- | -- | -- |
| Jan 9 | 4:06 PM | 917-682-0806 | Great Neck, NY | New York, NY | 4 | -- | -- | -- |
| Jan 9 | 4:10 PM | 917-204-9192 | Great Neck, NY | Incoming, CL | 5 | -- | -- | -- |
| Jan 9 | 4:15 PM | 646-258-2196 | Great Neck, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 9 | 4:15 PM | 917-701-8704 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 4:17 PM | 917-282-6270 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 4:17 PM | 917-282-6270 | Great Neck, NY | New York, NY | 17 | -- | -- | -- |
| Jan 9 | 4:33 PM | 917-362-5752 | Great Neck, NY | Nwyrcyzn01, NY | 3 | -- | -- | -- |
| Jan 9 | 4:44 PM | 917-362-5752 | Great Neck, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 9 | 4:48 PM | 917-701-8704 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Jan 9 | 4:50 PM | 646-258-2196 | Great Neck, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 9 | 4:53 PM | 917-434-5545 | Great Neck, NY | New York, NY | 4 | -- | -- | -- |
| Jan 9 | 4:57 PM | 347-672-2588 | Great Neck, NY | New York, NY | 8 | -- | -- | -- |
| Jan 9 | 5:06 PM | 917-204-9192 | Great Neck, NY | New York, NY | 6 | -- | -- | -- |
| Jan 9 | 5:13 PM | 917-653-9961 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 5:14 PM | 917-514-7302 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 9 | 5:18 PM | 917-204-1431 | Great Neck, NY | Incoming, CL | 24 | -- | -- | -- |
| Jan 9 | 7:58 PM | 412-999-5930 | Great Neck, NY | Pittsburgh, PA | 5 | -- | -- | -- |
| Jan 9 | 8:03 PM | 917-270-6083 | Great Neck, NY | New York, NY | 14 | -- | -- | -- |
| Jan 9 | 8:19 PM | 917-514-7302 | Great Neck, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 9 | 8:56 PM | 516-851-5553 | Great Neck, NY | Nassauzn02, NY | 46 | -- | -- | -- |
| Jan 9 | 9:49 PM | 516-851-5553 | Great Neck, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 10 | 8:23 AM | 917-682-0806 | Great Neck, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 10 | 8:28 AM | 917-682-0806 | Great Neck, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 9:07 AM | 516-633-0152 | Great Neck, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 10 | 9:24 AM | 516-840-9210 | Great Neck, NY | Syosset, NY | 4 | -- | -- | -- |
| Jan 10 | 9:27 AM | 412-999-5930 | Great Neck, NY | Pittsburgh, PA | 1 | -- | -- | -- |
| Jan 10 | 9:27 AM | 917-682-0806 | Great Neck, NY | New York, NY | 2 | -- | -- | -- |
| Jan 10 | 9:28 AM | 412-999-5930 | Great Neck, NY | Incoming, CL | 5 | -- | -- | -- |
| Jan 10 | 10:11 AM | 646-262-0968 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 10 | 11:18 AM | 917-514-7302 | New York, NY | New York, NY | 7 | -- | -- | -- |
| Jan 10 | 11:25 AM | 347-607-7980 | New York, NY | New York, NY | 4 | -- | -- | -- |
| Jan 10 | 11:31 AM | 917-972-4314 | New York, NY | Incoming, CL | 1 | -- | -- | -- |

Exhibit
BX - 68

EXHIBIT 2 PAGE 408    Verizon000175    26

## Talk activity (cont.)

**Emanuel Westfried**
**917-282-8726**
**IPHONE 12 PRO MAX**

| Date | Time | Number | Origination | Destination | Min. | Airtime Charges | LD/Other Charges | Total |
|------|------|--------|-------------|-------------|------|-----------------|------------------|-------|
| Jan 10 | 11:32 AM | 516-840-4316 | New York, NY | Syosset, NY | 2 | -- | -- | -- |
| Jan 10 | 11:40 AM | 917-514-7302 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 10 | 11:46 AM | 732-979-8897 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 10 | 11:49 AM | 516-840-9210 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 10 | 11:52 AM | 516-840-9210 | New York, NY | Syosset, NY | 1 | -- | -- | -- |
| Jan 10 | 11:52 AM | 516-840-9210 | New York, NY | Syosset, NY | 7 | -- | -- | -- |
| Jan 10 | 11:59 AM | 516-840-9210 | New York, NY | Syosset, NY | 1 | -- | -- | -- |
| Jan 10 | 12:04 PM | 917-972-4314 | New York, NY | Queens, NY | 3 | -- | -- | -- |
| Jan 10 | 12:09 PM | 917-579-7386 | New York, NY | Queens, NY | 1 | -- | -- | -- |
| Jan 10 | 12:10 PM | 917-653-9961 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 12:12 PM | 425-941-0248 | New York, NY | Incoming, CL | 5 | -- | -- | -- |
| Jan 10 | 12:31 PM | 917-682-7913 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 10 | 12:50 PM | 917-405-4536 | New York, NY | New York, NY | 2 | -- | -- | -- |
| Jan 10 | 12:52 PM | 917-270-3896 | New York, NY | Incoming, CL | 1 | -- | -- | -- |
| Jan 10 | 12:55 PM | 781-492-4382 | New York, NY | Dedham, MA | 4 | -- | -- | -- |
| Jan 10 | 1:28 PM | 917-821-4330 | New York, NY | Incoming, CL | 8 | -- | -- | -- |
| Jan 10 | 1:37 PM | 917-204-1431 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 1:38 PM | 917-270-6083 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 1:41 PM | 917-682-0806 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 1:46 PM | 330-501-0379 | New York, NY | Youngstown, OH | 4 | -- | -- | -- |
| Jan 10 | 2:54 PM | 347-236-8144 | New York, NY | Nwyrcyzn07, NY | 9 | -- | -- | -- |
| Jan 10 | 3:57 PM | 917-903-9017 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 3:58 PM | 917-648-4345 | New York, NY | Brooklyn, NY | 4 | -- | -- | -- |
| Jan 10 | 4:02 PM | 646-423-8764 | New York, NY | VM Deposit, CL | 1 | -- | -- | -- |
| Jan 10 | 4:02 PM | 646-262-0968 | New York, NY | Nwyrcyzn01, NY | 6 | -- | -- | -- |
| Jan 10 | 4:05 PM | 917-538-5538 | New York, NY | Incoming, CL | 3 | -- | -- | -- |
| Jan 10 | 4:25 PM | 914-450-1974 | New York, NY | Wschstzn06, NY | 2 | -- | -- | -- |
| Jan 10 | 5:08 PM | 646-262-0968 | New York, NY | Nwyrcyzn01, NY | 1 | -- | -- | -- |
| Jan 10 | 5:10 PM | 646-423-8764 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 5:12 PM | 917-362-5752 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Jan 10 | 5:18 PM | 516-851-5553 | New York, NY | Nassauzn02, NY | 1 | -- | -- | -- |
| Jan 10 | 5:29 PM | 516-840-4316 | New York, NY | Syosset, NY | 2 | -- | -- | -- |
| Jan 10 | 5:30 PM | 917-434-5545 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 5:37 PM | 516-851-5553 | New York, NY | Incoming, CL | 6 | -- | -- | -- |
| Jan 10 | 5:41 PM | 917-514-7302 | New York, NY | Incoming, CL | 2 | -- | -- | -- |
| Jan 10 | 7:16 PM | 917-682-7913 | New York, NY | New York, NY | 6 | -- | -- | -- |
| Jan 10 | 7:22 PM | 516-851-5553 | New York, NY | Nassauzn02, NY | 1 | -- | -- | -- |
| Jan 10 | 7:24 PM | 917-682-0806 | New York, NY | New York, NY | 3 | -- | -- | -- |
| Jan 10 | 7:26 PM | 412-999-5930 | New York, NY | Pittsburgh, PA | 2 | -- | -- | -- |
| Jan 10 | 7:28 PM | 917-514-7302 | New York, NY | New York, NY | 5 | -- | -- | -- |
| Jan 10 | 7:36 PM | 646-262-0968 | New York, NY | Nwyrcyzn01, NY | 3 | -- | -- | -- |
| Jan 10 | 7:59 PM | 917-825-1522 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 8:05 PM | 917-204-1431 | New York, NY | New York, NY | 1 | -- | -- | -- |
| Jan 10 | 8:36 PM | 917-204-1431 | New York, NY | Incoming, CL | 4 | -- | -- | -- |
| Jan 10 | 9:00 PM | 917-825-1522 | New York, NY | Incoming, CL | 2 | -- | -- | -- |



Mon, Jan 8 at 2:36 PM

Michael Skylar

SKLAR

Mon, Jan 8 at 3:57 PM

Please send me a copy of your resume wi th the LOI for Madison Avenue when you sent it.

Tue, Jan 9 at 7:58 PM

Madison Ave owner has an offer for above 60 5 percent dep and close in 60 days without dd. He told Emanuel he would just sent out contract for his deal. And if in two weeks that didn't happen. Then he will come back to us.

Do you think if we offer 60 mm no DD, we can also get the contract ? Whoever sign faster can get the contract isn't that better for the owner ?

**Exhibit**
**BX - 69**

S00308

EXHIBIT 2 PAGE 410



I only looked at this property once. We already decide to want the contract asap. I hope this can show him that how fast we can execute. He wants somebody who can really execute and a piece of mind.

Wed, Jan 10 at 9:00 AM

Gm, what did the owner say ?

He said he gave the other guy his word and wants to honor it.

Said if he doesn't perform as he says he will he will come right back to me. And that this won't be a long drawn out thing

How about we offer 62mm owner finance. And 60 mm AA cash no dd

I will call you in a bit.

Need a bit.

9:30 ?

iMessage

S00309

EXHIBIT 2 PAGE 411



Call you then

60mm all cash or 62 mm 50% owner finance. If this still cannot move him. Ask him for a counter.

I'm trying to meet him in person.

Yes, please. I really want this. Thx.

Thu, Feb 1 at 2:38 PM

Just sent you the POF

Got it

Fri, Feb 2 at 4:37 PM

For that proof of funds you sent what exactly is that account? It has a random entity as owner and not you personally so they asked.

This is my LLC, nobody put this much in the personal account. I can send you a proof this entity belongs to me.

ACKNOWLEDGEMENT COPY

ARTICLES OF ORGANIZATION

＋    iMessage    🎤