UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NINETY-FIVE MADISON COMPANY, L.P.,<br><br>Reorganized Debtor. | Chapter 11<br><br>Case No. 21-10529 (DSJ) |

## STIPULATION TO WITHDRAW MOTION WITHOUT PREJUDICE

Pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure, Reorganized Debtor Ninety-Five Madison Company, L.P. and the Estate of Lois Weinstein, by and through their undersigned counsel, hereby stipulate to the withdrawal without prejudice of the *Reorganized Debtor Ninety-Five Madison Company, L.P.'s Renewed Motion to (I) Enforce the Plan Injunction and Confirmation Order and (II) Dissolve Temporary Restraining Order* [Dkt. No. 427], filed on April 28, 2025.

Dated: July 17, 2025
      New York, New York

| **GLENN AGRE BERGMAN & FUENTES LLP** | **LAW OFFICES OF JEFFREY A. BARR** |
|---|---|
| */s/ Richard C. Ramirez*<br>Richard C. Ramirez<br>1185 Avenue of the Americas<br>New York, New York 10036 | */s/ Jeffrey A. Barr*<br>Jeffrey A. Barr<br>211 Duke Ellington Blvd. Suite 7A<br>New York, New York 10025 |
| *Counsel to Reorganized Debtor* | *Counsel to the Estate of Lois Weinstein* |